RON BENDER (SBN 143364)
BETH ANN R. YOUNG (SBN 143945)
JOSEPH M. ROTHBERG (SBN. 286363)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; BRY@LNBYG.COM;
JMR@LNBYG.COM; JSK@LNBYG.COM

Attorneys for David K. Gottlieb, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNARNDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PHILIP M. LAWRENCE, II,<br><br>    Debtor.<br>_____<br><br>DAVID K. GOTTLIEB, solely in his capacity as Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS ST. JOHN, INC., a California Corporation; THOMAS ST. JOHN, an individual, DUN & DUN LLC, a California limited liability company,<br><br>    Defendants. | Case No. 1:23-bk-11082-VK<br><br>Chapter 7<br><br>Adv. Proceeding No.: _____<br><br>**COMPLAINT FOR:**<br><br>1. **Disallowance of Claim (Thomas St. John, Inc.) [11 U.S.C. §502(d)];**<br><br>2. **Disallowance of Claim (Dun & Dun LLC) [11 U.S.C. §502(b)(1), (b)(4), and (d)];**<br><br>3. **Avoidance of Actual Fraudulent Transfers (Thomas St. John) [11 U.S.C. § 548(a)(1)(A), and 11 U.S.C. § 550]**<br><br>4. **Avoidance of Actual Fraudulent Transfers (Thomas St. John) [Cal. Civ. Code § 3439.04]**<br><br>5. **Avoidance of Constructive Fraudulent Transfers (Thomas St. John) [11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 550];**<br><br>6. **Avoidance of Constructive Fraudulent Transfers (Thomas St. John) [Cal. Civ.** |

Code § 3439.05];

7. **Breach of Fiduciary Duty (Thomas St. John);**

8. **Recovery of Fraudulent Transfers [ 11 U.S.C. § 544, 11 U.S.C. § 548 and 11 U.S.C. § 550].**

Trustee David K. Gottlieb, ("Gottlieb", "Plaintiff" or the "Trustee") the duly appointed Chapter 7 Trustee for the bankruptcy estate of Philp M. Lawrence II ("Debtor" or "Lawrence") (referred to herein as "Lawrence", or the "Debtor"), hereby complains and alleges against Thomas St. John, Inc. ("TSJ Inc."), Thomas St. John ("St. John") and Dun & Dun LLC ("Dun & Dun") (collectively, the "Defendants" or individually by name) as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Complaint pursuant to 11 U.S.C. §§ 502, 544, 548, and 550, and 28 U.S.C. §§ 157(b)(1), 157(b)(2)(A), 157(b)(2)(B), 157(b)(2)(H), 157(b)(2)(O) and 1334.

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This action is a core proceeding pursuant to 11 U.S.C. §§ 502, 544, 548, 550, and in accordance with 28 U.S.C. §§ 157(b)(1), 157(b)(2)(A), 157(b)(2)(B), 157(b)(2)(H), 157(b)(2)(O).

4. Pursuant to Local Bankruptcy Rule 7008-1, the Trustee consents to the entry of a final order or judgment on this Complaint by this Court.

## SUMMARY OF CLAIMS

5. By and through this Complaint, the Trustee seeks to disallow the proof of claim of two entities: (1) TSJ Inc. (Claim No. 33 in the sum of $2,304,259 on the Claim Docket), the former business management company of Debtor; and (2) Dun & Dun, (Claim No. 22 in the sum of $241,430.45 on the Claim Docket) an entity created jointly by and between Debtor and Mr. St. John to develop a lucrative real estate investment in a Qualified Opportunity Zone ("QOZ").

6.      Plaintiff is informed, believes, and thereon alleges that Debtor was formerly the majority equity holder in Dun & Dun but through a series of transactions initiated at the direction of Mr. St. John, the Debtor was completely divested of his entire interest and received nothing in return.

7.      At the time of the Debtor's Petition,  the Debtor's interest in QOZ through Dun & Dun had already been diverted by and to Mr. St. John (the "QOZ Transfer").  By and through this Complaint, the Trustee seeks to recover the QOZ Transfer from Defendants Mr. St. John and Dun & Dun.

8.      By and through this Complaint, the Trustee also seeks to pursue direct breach of fiduciary duty claims against Mr. St. John.  The fiduciary breaches stem from numerous transactions by Mr. St. John which constitute acts of  self-dealing, including but not limited to the QOZ Transfer, without providing any exchange of value to the Debtor, and for the payment of excessive, unearned commissions related to the sale of Debtor's record catalog.

## **PARTIES TO THE ACTION**

### A.      **Plaintiff**

9.      The Debtor commenced his bankruptcy case on August 3, 2023, and Plaintiff David K. Gottlieb was appointed on September 14, 2023 as the Chapter 7 Trustee of the bankruptcy estate of the Debtor.

### B.      **Defendants**

10.      The Trustee is informed, believes, and based thereon alleges that Defendant TSJ Inc. is a California corporation, with its principal place of business in Los Angeles County, California.  TSJ Inc. provides business management, bill pay, tax preparation, and financial reporting services to its clients.  TSJ Inc. provided all of these services to Debtor during the period of approximately 2019 through 2023.

11.      TSJ Inc. submitted claim no. 33 in the amount of $2,304,259 in Debtor's bankruptcy case (the "TSJ Inc. Claim").  A true and correct copy of the TSJ Inc. Claim is attached hereto and incorporated by reference herein as **Exhibit A.**

12.      The Trustee is informed, believes, and based thereon alleges that Defendant

Thomas St. John ("St. John") is an individual residing in Los Angeles County, California. Mr. St. John, through his entity TSJ Inc., is the former business manager of Debtor. Mr. St. John is the founder, majority shareholder, and chief executive officer of TSJ Inc. Mr. St. John has testified that he is currently the 100% equity owner of defendant Dun & Dun, having acquired the interests of Debtor in Dun & Dun.

13.     The Trustee is informed, believes, and based thereon alleges that Defendant Dun & Dun is a Delaware Limited Liability Limited Company, with its principal place of business in Los Angeles, County, California, which was formed on or about August 10, 2020, by and between Debtor and Mr. St. John. A true and correct copy of the Limited Liability Company Agreement for Dun & Dun is attached hereto as **Exhibit B** and incorporated herein by this reference and made a part hereof. Dun & Dun submitted creditors claim no. 22 in the sum of $241,430.45 in Debtor's bankruptcy case (the "Dun & Dun Claim") a true and correct copy of which is attached hereto as **Exhibit C** and incorporated herein by this reference and made a part hereof.

### GENERAL ALLEGATIONS

**A.     General Background And Mr. St. John's Relationship With The Parties**

14.     Debtor is a musician, singer, and songwriter.

15.     Debtor's bankruptcy case was commenced on August 3, 2023 (the "Petition Date") by the filing of a Voluntary Petition under chapter 11 of the United States Bankruptcy Code.

16.     The Debtor's bankruptcy case was converted to a liquidation under chapter 7 of the United States Bankruptcy Code on September 12, 2023. Mr. Gottlieb accepted his appointment as the chapter 7 Trustee shortly thereafter, on September 14, 2023.

17.     TSJ Inc. filed its own chapter 11 bankruptcy case in the United States Bankruptcy Court of the Central District of California on or about February 28, 2025, which was assigned case no. 2:25-bk-11641-BR (the "TSJ Inc. Bankruptcy").

18.     On June 10, 2025, Mr. St. John testified in an examination held pursuant to an order entered by the Court in the TSJ Inc. Bankruptcy under Federal Rule of Bank Procedure

("FRBP") 2004.  (See TSJ Inc. Bankruptcy ECF No. 55).

19.     A true and correct copy of highlighted portions of the transcript of the 2004 examination of Mr. St. John, and Exhibit 8 to that 2004 examination, is attached to this Adversary Complaint and incorporated by reference herein as **Exhibit D** (the "TSJ 2004").

20.     At the TSJ 2004 examination, Mr. St. John testified and that he owns eighty percent (80%) of an entity called Thomas St. John Group.  (See **Ex. D**, TSJ 2004 at p. 10 lines 18 – 23 and p.23 lines 4 – 14).

21.     Mr. St. John testified that Thomas St. John Group, in turn, owns 100% of TSJ Inc.  (See **Ex. D**, TSJ 2004 at p. 10 lines 18 - 23).

22.     Mr. St. John testified that he is the chief executive officer of TSJ Inc.  (See **Ex. D**, TSJ 2004 at p. 10 lines 4 – 11).

23.     Mr. St. John testified that he originally formed Dun & Dun with the Debtor.  (See **Ex. D**, TSJ 2004 at p. 72, line 22 – p. 73 line 9).

24.     Mr. St. John further testified that he does not co-own any other businesses with any of his other clients.  (See **Ex. D**, TSJ 2004 at p. 141, lines 21 – 24).

25.     Mr. St. John also testified that he is currently the 100% equity holder in Dun & Dun, after Mr. St. John acquired the Debtor's interest in Dun & Dun.  (See **Ex. D**, TSJ 2004 at p. 22 lines 16 – 22; p. 142 line 13 – p. 143 line 4).

   **B.     TSJ Inc. and Mr. St. John's Fiduciary Relationship With Debtor**

26.     Mr. St. John testified that TSJ Inc. provided business management, bill pay, tax preparation, and other professional services to its various clients, including Debtor.  (**See Ex. D**, TSJ 2004 at p. 17, lines 6 – 17).

27.     Mr. St. John testified that TSJ Inc. was specifically hired to assist Debtor with selling his record catalog.  (See **Ex. D**, TSJ 2004 at p. 43, lines 10 – 22).

28.     Mr. St. John testified that he was personally involved with assisting Debtor with Debtor's business dealings, which included introducing Debtor to other clients of TSJ, Inc. for those clients to provide loans to Debtor.  (See **Ex. D**, TSJ 2004 at p. 220 line 9 – p. 22 line 7).

29.     Mr. St. John testified that he was personally involved with assisting Debtor with

his budget, books, and records, to the point where Mr. St. John would visit Debtor at his home nearly every Monday night over a six-month period to conduct "walk throughs" of a 13-week cash flow report that Mr. St. John had prepared for Debtor.  (See **Ex. D**, TSJ 2004 at p. 109, lines 8 – 14, page 110, lines 2 – 14).

30.    Mr. St. John testified that he and TSJ Inc. were heavily involved in the sale of Debtor's record catalog, including providing services such as analyzing revenue streams and assisting in finding an appropriate buyer for Debtor's record catalog.  (See **Ex. D**, TSJ 2004 at p. 49 line 3 – p. 52 line 7; p. 61 line 4 – p. 62 line 3).

31.    The Trustee is informed, believes, and based thereon alleges that both TSJ. Inc. and Mr. St. John were duty bound to act with the utmost good faith for the benefit of the Debtor, by virtue of being Debtor's business manager, and because Debtor put his confidence in in TSJ Inc. and Mr. St. John to perform their duties with integrity.

32.    The Trustee is informed, believes, and based thereon alleges that because of the professional relationship of trust and confidence that Debtor placed in both Mr. St. John and TSJ Inc. advising Debtor with regard to critical financial transactions with significant consequences, and because of Mr. St. John's position as a member and manager of Dun & Dun, Mr. St. John owed Debtor fiduciary duties, including the duty of care and duty of loyalty.

## C.    The Sale Of Debtor's Record Catalog And Excessive Payments To And Charges By TSJ Inc.

33.    A true and correct copy of an engagement agreement produced by TSJ Inc. in response to the 2004 Exam Subpoena is attached hereto as **Exhibit E** (the "Catalog Engagement Letter").

34.    The Trustee is informed, believes, and based thereon alleges that Catalog Engagement Letter is the contract which TSJ Inc. and Debtor entered into to procure TSJ Inc.'s services in connection with the sale of the Debtor's record catalog.

35.    Mr. St. John testified that prior to the sale of Debtor's record catalog, Debtor was indebted to several third parties, including to Higpnosis SFH I Limited ("Higpnosis").  (See **Ex. A**, TSJ 2004 at p. 45 lines 16 – 22).

36.    The Trustee is informed, believes, and based thereon alleges that at the time of the sale of Debtor's record catalogue the debt owing by Debtor to Higpnosis was approximately $15,000,000.

37.    Mr. St. John testified that Higpnosis had certain rights relating to Debtor's record catalog, including the right to force an auction of Debtor's record catalog if Debtor defaulted on his loan obligations to Higpnosis.  (See **Ex. D**, TSJ 2004 at p. 49 lines 9 – 18).

38.    Mr. St. John testified that he believed finding alternative buyers for Debtor's record catalog could result in a much higher sale price than allowing Higpnosis to force a sale. (See **Ex. D**, TSJ 2004 at p. 49 lines 9 – 18).

39.    Mr. St. John testified that in order to avoid Higpnosis forcing a sale of the record catalog, and to buy time to find alternative buyers for Debtor's record catalog, Mr. St. John introduced Debtor to another client of TSJ Inc., with the understanding that Mr. Verwest would provide Debtor with a private loan to, *inter alia*, discharge Debtor's debt to Hipgnosis which was then in default.  (See **Ex. D**, TSJ 2004 at p. 220 line 9 – p.  226 line 7).

40.    The Trustee is informed, believes, and based thereon alleges that without any license to do so, but on behalf of the Debtor, Mr. St. John acted as a type of "broker" for the loan from Mr. Verwest to Mr. St. John, which loan carried a 9.6% rate of interest.

41.    Eventually, Mr. St. John found a buyer for Debtor's record catalog, Tempo Music Investments LLC ("Tempo").  Tempo agreed to pay up to $90,000,000 for Debtor's record catalog, which was subject to certain "holdbacks" negotiated by Mr. St. John on behalf of Debtor.  (See **Ex. D**, TSJ 2004 at p. 175 line 10 – p. 177 line 14).

42.    The proceeds from the sale of the record catalog from Debtor to Tempo was $74,861,221.60.  (See **Ex. D**, TSJ 2004 at p. 169 lines 1 – 14 and Ex. 8 thereto).

43.    The Catalog Engagement Letter identifies the payment of a fee to be paid to TSJ Inc. equal to "4% of the gross value of the publishing catalog as ultimately agreed between" Debtor and the eventual purchaser.  (See **Ex. E,** at p. 1).

44.    Contrary to the terms of the Engagement Agreement, Mr. St. John testified that the original commission due to TSJ Inc. from Debtor was 4.5%, and that later on, Debtor

allegedly raised TSJ Inc.'s commission from 4.5% to 5%.  (See **Ex. D**, TSJ 2004 at p. 176 line 5- p. 177 line 14).

45.    The Trustee is informed, believes, and based thereon alleges that the Debtor never authorized an increase in the sales commission due to TSJ Inc., beyond the 4% that was set forth in the Catalog Engagement Letter.

46.    A four percent commission on the sale proceeds of $74,861,221.60 would be $2,994,448.864.   In contrast, a five percent commission on such sale proceeds would total $3,743,061.08.

47.    TSJ Inc.'s records indicate that TSJ Inc. was paid **$4,225,458.06** from the proceeds of the Record Catalog sale, and no explanation was provided by Mr. St. John for this increased commission (the "Excess Commission Transfer") which was $1,231,001.16 more than the 4% commission that was agreed to by Debtor in the Catalog Engagement Letter.

48.    The Trustee is informed, believes, and based thereon alleges that TSJ Inc. was unjustifiably overpaid for its commission out of the sale of the Debtor's record catalog, (i.e., the Excess Commission Transfer) which overpayment constitutes a contractual breach by TSJ. Inc., and therefore grounds for disallowance of at least the sum of  $1,231,001.16 of TSJ. Inc.'s Claim pursuant to 11 U.S.C. §502(b).

**D.    Mr. St. John Inserts Himself Into Debtor's Investment In Dun & Dun, And Then Proceeds to Take All of Debtor's Equity In Dun & Dun**

49.    Mr. St. John testified that at the closing of the Debtor's record catalog sale, Debtor invested $3,000,000 in Dun & Dun.  (See **Ex. D**, TSJ 2004 at p. 145 lines 17 – 18; and p. 172 line 10 – p. 173 line 4).

50.    Mr. St. John testified that Dun & Dun was set up by attorneys at DLA Piper to allow Mr. Lawernce to invest a portion of his record sale proceeds in a QOZ  (See **Ex. D**, TSJ 2004 at p. 141 line 6 – p. 148 line 23) which offered the Debtor (and presumably, any other QOZ investors) major tax benefits, like deferring capital gains, and potentially avoiding them altogether if certain conditions are met.  (See **Ex. D**, TSJ 2004 at p. 143 line 11 – p. 144 line 12).

51.     Mr. St. John testified that the four adjoining parcels of land at the corner of Sunset Boulevard and Highland Avenue in Los Angeles; the primary address being 6767 West Sunset Boulevard, Los Angeles, CA 90028 (the "Sunset + Highland Parcels") were eventually identified as an investment and development target within a QOZ in Hollywood.  (See **Ex. D**, TSJ 2004 at p. 141 line 6 – p. 148 line 23).

52.     Mr. St. John testified that originally, Debtor wanted to create a recording studio with a portion of the proceeds of his record catalog sale, but that eventually, the Sunset + Highland Parcels, which were within the Hollywood QOZ, presented Debtor with a more attractive investment opportunity.  (See **Ex. D**, TSJ 2004 at p. 146 line 19 – p. 147 line 14).

53.     Mr. St. John testified that Dun & Dun did in fact invest in the Sunset + Highland Parcels with other limited partners.  (See **Ex. D**, TSJ 2004 at p. 141 line 6 – p. 148 line 23).

54.     A true and correct copy of the document recorded with the Los Angeles County Recorder's office on July 6, 2022, bearing instrument number 20220695705, is attached hereto as **Exhibit F** (the "6767 W Sunset Deed").  The Trustee is informed, believes, and based thereon alleges that the 6767 W Sunset Deed is a grant deed for at least three lots which are a part of the Sunset + Highland Parcels.  The 6767 W Sunset Deed transferred those three lots to an entity called 6767 W. Sunset Blvd LLC.

55.     A true and correct copy of 6767 W Sunset LLC's statement of information filed with the California Secretary of State on December 2, 2024, is attached hereto and incorporated by reference as **Exhibit G**.  This statement of information identifies Hollywood Campus LLC as a member and/or manager of 6767 W. Sunset LLC.

56.     The Trustee is informed, believes, and based thereon alleges that 6767 W Sunset Blvd LLC is, in part, owned by an entity called Hollywood Campus LLC.  A true and correct copy of Hollywood Campus LLC's statement of information field with the California Secretary of State on April 7, 2025, is attached hereto and incorporated by reference herein as **Exhibit H**. This statement of information identifies Dun & Dun, as well as another entity involved with Debtor, CMNT Culture Holdings LLC, as members and/or managers of Hollywood Campus LLC.

57.     The Trustee is informed, believes, and based thereon alleges that Dun & Dun holds an equity interest in the Sunset + Highland Parcels.

58.     Mr. St. John also testified that at the time of acquisition,  the Sunset + Highland Parcels' value immediately and significantly increased for several reasons, first because "just acquiring those four different parcels and putting them together as one construction created value."  (See **Ex. D**, TSJ 2004 at p. 152 lines 4 - 14) and also because the relevant local government authorities guaranteed a 4:1 floor area ratio, which created an "uplift in value."  (See **Ex. D**, TSJ 2004 at p. 152 lines 15 - 19).

59.     Mr. St. John testified that the opportunity to buy parcels within the QOZ "piqued" his interest and that Mr. St. John thought it was a "good time to diversify" his own investments. (See **Ex. D**, TSJ 2004 at p. 146 line 189 – p. 147 line 14).

60.     The Trustee is informed, believes, and based thereon alleges that Mr. St. John saw an opportunity in leveraging a portion of Debtor's proceeds from the record catalog sale to assist in Mr. St. John's own investment in the Sunset + Highland Parcels through Dun & Dun which could have advantageous tax consequences for Mr. St. John who acquired a minority interest in Dun & Dun, based upon the capital of Debtor, and his relationship with Debtor.

61.     Mr. St. John testified that he originally invested $2,400,000 into Dun & Dun, to own "up to 40%" of Dun & Dun. (See **Ex. D**, TSJ 2004 at p. p 142 lines 9 – 12; p. 145 lines 13 – 20), while the Debtor's investment in Dun & Dun was the sum of at least  $3,000,000.

62.     The Trustee is informed, believes, and based thereon alleges that Mr. St. John, as Debtor's business manager, knew or should have known that Debtor's financial situation at that time would not support Dun & Dun's investment in the planned development at the Sunset + Highland Parcels.

E.    **Mr. St. John Usurps Full Control Over Dun & Dun From The Outset**

63.     Mr. St. John testified that TSJ Inc. would charge Debtor fees for management services allegedly done on behalf of Dun & Dun, but those fees were <u>not</u> prorated between Mr. St. John and Debtor.  (See **Ex. D**, TSJ 2004 at p. 141 lines 6 – 24).

64.     Marlena Kaplan, an employee in the finance department of TSJ Inc., and a

corporate officer at TSJ, Inc., was appointed the CFO of Dun & Dun.  (See **Ex. D**, TSJ 2004 at p. 146 lines 1 – 6).

65.    Mr. St. John testified that Ms. Kaplan would decide when additional capital calls were needed for Dun & Dun (See **Ex. D**, TSJ 2004 at p. 155 lines 13 - 24).

66.    Ms. Kaplan was part of the finance department at TSJ Inc. who prepared the TSJ Inc. Claim.  (See **Ex. D**, TSJ 2004 at p. 81 lines 6 – 22; page 82 lines 1 – 2).

67.    The Trustee is informed, believes, and based thereon alleges that it was actually Mr. St. John who determined the timing and amounts of the capital calls for Dun & Dun, or, at minimum, signed off on such capital calls as the manager of Dun & Dun.

68.    The Trustee is informed, believes, and based thereon alleges that capital calls on Dun & Dun's existing members were not the only method to raise capital for Dun & Dun's investment in the Sunset + Highland Parcels, and that other avenues to raise funds were available to Mr. St. John, and Dun & Dun.

69.    The Trustee is informed, believes, and based thereon alleges that Mr. St. John also did not want his own personal stake in the Sunset + Highland Parcels' development diluted, so he had Dun & Dun make capital calls rather than allow Dun & Dun's stake in the Sunset + Highland Parcels to be diluted by the other investors.  The Trustee is informed, believes, and based thereon alleges that in so doing, Mr. St. John put his own personal financial interests ahead of Debtor's.

70.    The Trustee is informed, believes, and based thereon alleges that  on or about December 31, 2021, Mr. St. John caused all of Debtor's interest in Dun & Dun to be transferred to Mr. St. John for no exchange of value.  A true and correct copy of the Assignment of Membership Interest in Dun & Dun from Debtor to Mr. St. John is attached to this Adversary Complaint as **Exhibit I** and incorporated by reference herein.  (See also **Ex. D**, TSJ 2004 at p. 150 line 6 – p. 157 line 23).  No payment was made to Debtor in exchange for his 60% interest in Dun & Dun.

**F.**    **Dun & Dun Overstates Its Claim By $178,076.15.**

71.    The Dun & Dun Claim against Debtor is for $241,430.45.  (See **Ex. C** at p. 1).

72.     The Trustee is informed, believes, and based thereon alleges that the $241,430.45 is comprised of the seven invoices attached to the Dun & Dun Claim (See **Ex. C** at pp. 4,6, 7, 10, 12, 14, 16).

73.     Out of the seven invoices attached to the Dun & Dun Claim, only one of two of those invoices are addressed to Debtor.  (See **Ex. C**. at pp. 4, 12).

74.     The two invoices addressed to Debtor attached to the Dun & Dun Claim total $63,119.38 (**Ex. C** at p. 4), and $234.92 (**Ex. C** at p. 12), for a grand total of $63,354.30.

75.     The Trustee is informed, believe, and based thereon alleges that invoices not directed to Debtor should not be included in the Dun & Dun Claim, and that therefore the Dun & Dun Claim should total, *at most* $63,354.30.

76.     The Trustee is informed, believes, and based thereon alleges that Dun & Dun Claim is overstated by an amount to be proved at trial, but currently believed to be at least the sum of $178,076.15.

**G.     Mr. St. John Breaches His Fiduciary Duties to Debtor**

77.     As set forth in paragraphs 26 through 32, above, the Trustee is informed, believes, and based thereon alleges that Mr. St. John owed Debtor a fiduciary duty.

**1.     Mr. St. John Breaches His Fiduciary Duties By Forcing Debtor To Bear All Management Costs Of Dun & Dun Owed To TSJ Inc.**

78.     Mr. St. John testified that TSJ Inc.'s fees for the management of Dun & Dun were not prorated between Mr. St. John and Debtor.  (See **Ex. D,** TSJ 2004 at p. 141 lines 6 – 24). Debtor paid all such fees without any contribution by Mr. St. John who testified he held a 40% interest in Dun & Dun.[1]

79.     The Trustee is informed, believes, and based thereon alleges that at all times relevant, Mr. St. John caused the management of Dun & Dun, including Marlena Kaplan, to act primarily for Mr. St. John's benefit, and not for the benefit of Debtor.

_____

[1] While Mr. St. John testified that he initially held on a 40% interest in Dun & Dun, by the time he had Debtor sign Dun & Dun's Limited Liability Company Agreement, that figure had already increased to 50%.  (See **Exhibit B** at p. 12).

80.    The Trustee is informed, believes, and based thereon alleges that Mr. St. John breached his fiduciary duty to Debtor by refusing to apportion pro rata TSJ Inc.'s management and accounting fees for Dun & Dun between himself and Debtor, and instead had Debtor cover all such fees.

81.    The Trustee is informed, believes, and thereon alleges that the management fees and accounting fees for Dun & Dun during all relevant periods of time were at least $61,822.40. (See **Ex. C**, pp. 4, 13).  However, only Debtor was charged these sums even though at least 40% - 50% of such fees and costs (approximately $24,728.96) were attributable to Mr. St. John's 40% interest in Dun & Dunn (the "Voidable Fees Transfers").

        **2.    Mr. St. John Breaches His Fiduciary Duties By Orchestrating The Transfer of Debtor's Dun & Dun Shares Away From Debtor**

82.    Mr. St. John testified that the value of the real estate purchased by Dun & Dun has increased significantly since the Sunset + Highland Parcels was purchased by Dun & Dun and its partners. (See **Ex. D,** TSJ 2004 at p. 152 lines 11 – 19).

83.    Mr. St. John testified that as of June 2025, the investors in the Sunset + Highland Parcels (which investors include in part, Dun & Dun) were approximately six months away from obtaining entitlements to build 746 residential units at that location.  (See **Ex. D,** TSJ 2004 at p. 160 lines 15 – p. 161 line 25).

84.    The Trustee is informed, believes, and based thereon alleges that the value of Debtor's equity in Dun & Dun at the time Debtor transferred it to Mr. St. John was worth significantly more than the total capital calls made by Dun & Dun since it was formed in an amount according to proof at trial.

85.    The Trustee is informed, believes, and based thereon alleges that the portion of the Sunset + Highland Parcels currently owned by Dun & Dun was worth significantly more than the total consideration provided to Debtor when Debtor transferred his interest to Mr. St. John.

86.    The Trustee is informed, believes, and based thereon alleges that Mr. St. John orchestrated and controlled all management of Dun & Dun through his agent, Marlena Kaplan,

1    who also works for TSJ Inc.

2        87.    The Trustee is informed, believes, and based thereon alleges that Mr. St. John

3    orchestrated all capital calls made concerning Dun & Dun, even if such capital calls were to the

4    detriment of Debtor, to whom Mr. St. John owed a fiduciary duty.

5        88.    The Trustee is informed, believes, and based thereon alleges when Debtor's equity

6    in Dun & Dun was transferred to Mr. St. John, the Debtor did not receive fair value in return.

7        89.    The Trustee is informed, believes, and based thereon alleges that Mr. St. John

8    breached his fiduciary duties to Debtor by making decisions only for his benefit (and allowing

9    Mr. St. John to acquire all of the equity in Dun & Dun) but also to the detriment of the Debtor.

10    **CLAIMS FOR RELIEF**

11    **First Claim for Relief**

12    **Against Thomas St. John, Inc.**

13    **Disallowance of Claim**

14    **[11 U.S.C. §502(d)]**

15        90.    The Trustee incorporates each of the foregoing paragraphs as if fully set forth

16    herein.

17        91.    TSJ Inc. filed Claim No. 22 in this action for $2,304,259.

18        92.    As set forth above, TSJ, Inc. overcharged Debtor for commissions due at the

19    closing of the Record Catalog Sale, in an amount to be proved at trial but currently believed to

20    be  at least the sum of $1,231,001.16, which is the Excess Commissions Transfer.

21        93.    As set forth above, the Trustee is informed, believes, and based thereon, that the

22    Excess Commissions Transfer was wrongful, and constitutes a breach of contract, a breach of

23    fiduciary duty, and/or a fraudulent transfer to TSJ, Inc.

24        94.    The Trustee is informed, believes, and based thereon alleges that the Excess

25    Commissions Transfer constitutes a breach of contract, because TSJ Inc. (through the actions of

26    Mr. St. John) ensured that TSJ Inc. was paid well in excess of the 4% commission that was

27    agreed to by the Debtor in the Catalog Engagement Letter.

28        95.    The Trustee is informed, believes, and based thereon alleges that the Excess

Commissions transfer constitutes a breach of fiduciary duty because TSJ Inc., as Debtor's agent and business manager, owned Debtor a fiduciary duty, and because TSJ, Inc. acted in its own self-interest, and not the interest of Debtor, when it ensured that it would be paid in excess of the 4% commission agreed to by the Debtor in the Catalog Engagement Letter.

96.   The Trustee is informed, believes, and based thereon alleges that the Excess Commissions transfer constitutes a fraudulent transfer away from the Debtor and to TSJ, Inc., because the Debtor received less than reasonably equivalent value from TSJ, Inc. in exchange for the Excess Commissions Transfer, and the Excess Commissions Transfer was done either with the intent to hinder Debtor's creditors, or while the Debtor was insolvent at the time of the Excess Commissions Transfer.

97.   Based upon TSJ Inc. and Thomas St. John's various wrongful acts described above, including but not limited to, their various breaches of contract, fiduciary duties and fraudulent transfers, the TSJ Claim should be disallowed under 11 U.S.C. §502(b)(1), (b)(4), and (d) as an offset due to the damages owed by TSJ Inc. to Debtor, in an amount to be proved at trial but at present believed to be $1,231,001.16.

**<u>Second Claim for Relief</u>**

**<u>Against Dun & Dun, LLC</u>**

**<u>Disallowance of Claim</u>**

**<u>[11 U.S.C. §502(b)(1), (b)(4), and (d)]</u>**

98.   The Trustee incorporates each of the foregoing paragraphs as if fully set forth herein.

99.   Dun & Dun filed Claim No. 22 in this action for $241,430.15.

100.   As set forth above, the Trustee is informed, believes, and based thereon alleges that Dun & Dun, and its current 100% owner, Mr. St. John, allowed the wrongful dissipation of the Debtor's assets in at least two ways: (i) the QOZ Transfer; and (ii) the Voidable Fee Transfer.

101.   The Trustee is informed, believes, and based thereon alleges that the QOZ Transfer constitutes a breach of fiduciary duty because Mr. St. John, as a member, manger, and officer Dun & Dun, owed Debtor a fiduciary duty. Nonetheless, Mr. St. John acted in his own

1    self-interest, and not the interest of the Debtor, when Mr. St. John engineered the transfer of

2    Debtor's interest in Dun & Dun (and therefore, in the Sunset + Highland Parcels) to Mr. St.

3    John.

4        102.   The Trustee is informed, believes, and based thereon alleges that the Voidable Fee

5    Transfer constituted a breach of fiduciary duty because Mr. St. John, as a member, manager,

6    and officer of Dun & Dun, owed Debtor a fiduciary duty.  Nonetheless, Mr. St. John acted in

7    his own self-interest, and not the interest of Debtor, when Mr. St. John had Dun & Dun charge

8    Debtor the Voidable Fee Transfer.  This allowed Mr. St. John to avoid paying his pro rata share

9    of the management fees owed to Dun & Dun, even though he was a member of Dun & Dun, and

10   forced Debtor to bear all of those costs.

11       103.   The Trustee is informed, believes, and based thereon alleges that the QOZ

12   Transfer is a fraudulent transfer, because the Debtor received less than reasonably equivalent

13   value from Mr. St. John in exchange for the QOZ Transfer, and the QOZ Transfer was done

14   either with the intent to hinder Debtor's creditors, or while the Debtor was insolvent at the time

15   of the QOZ Transfer.

16       104.   The Trustee is informed, believes, and based thereon alleges that the Voidable Fee

17   Transfer is a fraudulent transfer, because the Debtor received less than reasonably equivalent

18   value from Mr. St. John in exchange for the Voidable Fee Transfer, and the Voidable Fee

19   Transfer was done either with the intent to hinder Debtor's creditors, or while the Debtor was

20   insolvent at the time of the QOZ Transfer.

21       105.   Furthermore, the Trustee is informed and believes and based thereon alleges that

22   the Dun & Dun Claim included debts that were not the responsibility of Debtor, but rather were

23   the responsibility of other third parties; the Trustee believes that the Dun & Dun Claim is

24   overstated as to Debtor in the amount of at least the sum of $178,076.15.

25       106.   Based upon Dun & Dun LLC and Mr. St. John's various wrongful acts described

26   above, including but not limited to, their various breaches of fiduciary duties and fraudulent

27   transfers, including (i) the QOZ Transfer (which was for, at minimum, $3,000,000); (ii) the

28   Voidable Fee Transfer (which was worth, at minimum, $24,728.96) and the overstatement of

the debts owing by Debtor to Dun & Dun (worth, at minimum, $178,076.15),  the Dun & Dun

Claim should be disallowed under 11 U.S.C. §502(b)(1), (b)(4), and (d) either as an offset due

to the damages owed by TSJ Inc. to Debtor, and/or until the QOZ Transfer and the Voidable Fee

Transfer are returned.

### Third Claim for Relief

### Against Thomas St. John for

### Avoidance of Actual Fraudulent Transfer

### [11 U.S.C. §548(a)(1)(A), 11 U.S.C. §550]

107.   The Trustee incorporates each of the foregoing paragraphs as if fully set forth

herein.

108.   The Trustee is informed, believes, and based thereon alleges that the Debtor's

equity in Dun & Dun was transferred to TSJ without reasonable equivalent value, to the Debtor's

detriment.

109.   The Trustee is informed, believes, and based thereon alleges that the appreciation

in value of the Sunset +Highland Parcels vastly outweighs whatever capital contribution Mr. St.

John claims was necessary for Dun & Dun.

110.   The Trustee is informed, believes, and based thereon alleges that the equity in Dun

& Dun which Debtor transferred to Mr. St. John was worth far more than anything Debtor

received in return.

111.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John and

Dun & Dun made the QOZ Transfer  with actual intent to hinder, delay, or defraud Debtor's

creditors.  (11 U.S.C. §548(a)(1)(A)).

112.   The Trustee is informed, believes, and based thereon alleges that the QOZ

Transfer in Dun & Dun from Debtor to Mr. St. John was made to the detriment of Debtor and

his creditors.

113.   The Trustee was harmed by the QOZ Transfer in Dun & Dun to Mr. St. John in

an amount to be proved at trial, but presently estimated to be, in excess of the  $3,000,000 in

consideration allegedly provided by Mr. St. John to Debtor for the QOZ Transfer.

114.   The Trustee is further informed, believes, and based thereon alleges that Mr. St. John caused all of the management fees of Dun & Dun to be borne by Debtor, rather than pay his pro rata share of the management fees as at least a 40% - 50% equity owner in Dun & Dun, which is the subject of the Voidable Fee Transfer.

115.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John and made the voidable Fee Transfer with actual intent to hinder, delay, or defraud Debtor's creditors. (11 U.S.C. §548(a)(1)(A)).

116.   The Trustee is informed, believes, and based thereon alleges that the Voidable Fee Transfer to Mr. St. John was made to the detriment of Debtor and his creditors.

117.   In sum, the Trustee was harmed by the QOZ Transfer and the Voidable Fee Transfer in an amount to be proved a trial but presently believed to be at least **$3,024,728.96**.

**Fourth Claim for Relief for**

**Against Thomas St. John for**

**Avoidance of Actual Fraudulent Transfer**

**[Cal. Civ. Code §3439.04]**

118.   The Trustee incorporates each of the foregoing paragraphs as if fully set forth herein.

119.   The Trustee is informed, believes, and based thereon alleges that the Debtor's equity in Dun & Dun was transferred to TSJ without reasonable equivalent value.

120.   The Trustee is informed, believes, and based thereon alleges that the appreciation in value of the Sunset +Highland Parcels vastly outweighs whatever capital contribution Mr. St. John claims was necessary for Dun & Dun which led to the QOZ Transfer.

121.   The Trustee is informed, believes, and based thereon alleges that the equity in Dun & Dun which Debtor transferred to Mr. St. John was worth far more than anything Debtor received in return.

122.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John and Dun & Dun made the QOZ Transfer in Dun & Dun with actual intent to hinder, delay, or defraud Debtor's creditors. (Cal. Civ. Code §3439.004).

123.    The Trustee is informed, believes, and based thereon alleges that that Mr. St. John and Dun & Dun made the QOZ Transfer in Dun & Dun without Debtor receiving a reasonably equivalent value in exchange for those transfers, while Debtor was either (a) engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction or (b) that Mr. St. John believed or reasonably should have believed that the Debtor would incur, debts beyond the debtor's ability to pay as they became due.

124.    The Trustee is informed, believes, and based thereon alleges that the Mr. St. John received a benefit without reasonable equivalent value by not bearing any of the costs of management fees for Dun & Dun, even though Mr. St. John owned at least 40% of the equity in Dun & Dun, which is the subject of the Voidable Fee Transfer.

125.    The Trustee is informed, believes, and based thereon alleges that Debtor did not receive reasonable equivalent value for the Voidable Fee Transfer.

126.    The Trustee is informed, believes, and based thereon alleges that Mr. St. John made the Voidable Fee Transfer with actual intent to hinder, delay, or defraud Debtor's creditors. (Cal. Civ. Code §3439.004).

127.    The Trustee is informed, believes, and based thereon alleges that that Mr. St. John made the Voidable Fee Transfer without Debtor receiving a reasonably equivalent value in exchange for that, while Debtor was either (a) engaged or was about to engage in a business or a transaction for which the remaining assets of the debtor were unreasonably small in relation to the business or transaction or (b) that Mr. St. John believed or reasonably should have believed that the Debtor would incur, debts beyond the debtor's ability to pay as they became due.

128.    Trustee was harmed by the QOZ Transfer in Dun & Dun to Mr. St. John and the Voidable Fee Transfer to Mr. St. John in an amount to be proved at trial, but presently estimated to be, at minimum $3,024,728.96.

/ / /

/ / /

/ / /

**Fifth Claim for Relief**

**Against Thomas St. John**

**Avoidance of Constructive Fraudulent Transfer**

**[11 U.S.C. §548(a)(1)(B), 11. U.S.C. §550]**

129.   The Trustee incorporates each of the foregoing paragraphs as if fully set forth herein.

130.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John was an insider of Dun & Dun while Debtor owned an equity interest in Dun & Dun.

131.   The Trustee is informed, believes, and based thereon alleges that Debtor's equity in Dun & Dun was transferred from Debtor to Mr. St. John, and that Debtor did not receive reasonable equivalent value for the QOZ Transfer .

132.   The Trustee is informed, believes and based thereon alleges that  at the time Mr. St. John received the QOZ Transfer  from Debtor, Debtor was either insolvent on the date of the those transfers or Debtor became insolvent as a result of the QOZ Transfer , or that Debtor was engaged in business or a transaction or was about to engage in business or a transaction for which any property remaining with Debtor was an unreasonably small capital or that Debtor intended to incur, or believed that it would incur debts that would be beyond the Debtor's ability to pay as such debts matured, or made such transfer for the benefit of an insider.  (11 U.S.C. §548(a)(1)(B)).

133.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John was an insider of Dun & Dun while management fees for Dun & Dun were being charged to Debtor.

134.   Mr. St. John received a benefit without reasonable equivalent value by not bearing any of the costs of management fees for Dun & Dun, even though Mr. St. John owned at least 40% of the equity in Dun & Dun, which is the subject of the Voidable Fee Transfer.

135.    The Trustee is informed, believes, and based thereon alleges that Debtor did not receive reasonable equivalent value for the Voidable Fee Transfer.

136.   The Trustee is informed, believes, and based thereon alleges that  at the time Mr. St. John received the Voidable Fee Transfer from Debtor, Debtor was either insolvent on the

COMPLAINT

date of the those transfers or Debtor became insolvent as a result of the Voidable Fee Transfer , or that Debtor was engaged in business or a transaction or was about to engage in business or a transaction for which any property remaining with Debtor was an unreasonably small capital or that Debtor intended to incur, or believed that it would incur debts that would be beyond the Debtor's ability to pay as such debts matured, or made such transfer for the benefit of an insider. (11 U.S.C. §548(a)(1)(B)).

137.   The Trustee was harmed by the QOZ Transfer in Dun & Dun to Mr. St. John, and the Voidable Fee Transfer to Mr. St. John in an amount to be proved at trial, but presently estimated to be, at minimum $3,024,728.96.

**Sixth Claim for Relief**

**Against Thomas St. John**

**Avoidance of Constructive Fraudulent Transfer**

**[Cal. Civ. Code §3439.05]**

138.   The Trustee incorporates each of the foregoing paragraphs as if fully set forth herein.

139.   The Trustee is informed, believes and based thereon alleges that the Debtor received zero dollars for the QOZ Transfer to Mr. St. John.

140.   The Trustee is informed, believes and based thereon alleges that Mr. St. John received the QOZ Transfer without Debtor receiving reasonably equivalent value in exchange for that transfer or obligation.

141.   The Trustee is informed, believes and based thereon alleges that at the time Mr. St. John received the transfer of Debtor's equity in Dun & Dun, the Debtor was insolvent at that time, or Debtor became insolvent as a result of that transfer.

142.   The Trustee is informed, believes and based thereon alleges that the Debtor received zero dollars for the Voidable Fee Transfer to Mr. St. John.

143.   The Trustee is informed, believes and based thereon alleges that Mr. St. John received the Voidable Fee Transfer without Debtor receiving reasonably equivalent value in exchange for that transfer or obligation.

144.   The Trustee is informed, believes and based thereon alleges that at the time Mr. St. John received the transfer Voidable Fee Transfer, the Debtor was insolvent at that time, or Debtor became insolvent as a result of that transfer.

145.   The Trustee was harmed by the transfer of equity in Dun & Dun to Mr. St. John in an amount to be proved at trial, but presently estimated to be, in excess of the $3,024,728.96 in consideration allegedly provided by Mr. St. John to Debtor for the equity transfer.

**Seventh Claim for Relief**

**Against Thomas St. John**

**Breach of Fiduciary Duty**

146.   The Trustee incorporates each of the foregoing paragraphs as if fully set forth herein.

147.   The Trustee is informed, believes and based thereon alleges that as the chief executive officer of TSJ Inc, by virtue of his confidential relationship with the Debtor, and by virtue of his position as an officer of Dun & Dun, Mr. St. John owed a fiduciary duty to Debtor, including but not limited to a duty of loyalty, good faith and fair dealing, and an obligation to perform his/her duties as a reasonable person would do as a fiduciary of a business, using his/her judgment in the best interests of Debtor.

148.   The Trustee is informed, believes and based thereon alleges that the transfer of Debtor's Equity in Dun & Dun to Mr. St. John allowed a significant value of equity to be diverted from Debtor and instead transferred to Mr. St. John for less than fair value, which transfer of equity was to the detriment of Debtor.

149.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John breached his fiduciary duties to Debtor when he orchestrated the transfer of Debtor's equity in Dun & Dun away from Debtor and to Mr. St. John, for Mr. St. John's own benefit and to the detriment of Debtor.

150.   The Trustee is informed, believes, and based thereon alleges that the value of the equity wrongfully diverted from Debtor to Mr. St. John well exceeded the $3,000,000 in consideration allegedly provided to Debtor as part of that transfer.  (See **Ex. B**).

151.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John directed Debtor's equity in Dun & Dun to be transferred to Mr. St. John for far less than fair value.

152.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John knew or should have known that the value of the Debtor's Equity in Dun & Dun was far more than what it was transferred for, at the direction of Mr. St. John.

153.   The Trustee is informed, believes, and based thereon alleges that the value of the Sunset + Highland Parcels indirectly owned by Dun & Dun have appreciated significantly since Dun & Dun was initially formed.

154.   The Trustee is informed, believes, and based thereon alleges that the appreciation in value in the real estate that Dun & Dun owes vastly outweighs whatever capital contribution Mr. St. John claims was necessary for Dun & Dun.

155.   The Trustee is informed believes, and based thereon alleges that Dun & Dun did not have to necessarily make further capital calls from its members when those capital calls were made, and instead, Dun & Dun could have met its commitments to its development partners for the Sunset + Highland Parcels in other ways, such as raising debt, or allowing Dun & Dun's investment in the Sunset + Highland Parcels to be diluted.

156.   The Trustee is informed, believes and based thereon alleges that Mr. St. John did not want Dun & Dun to take on more debt or to have its investment in the Sunset + Highland Parcels diluted, and that therefore he orchestrated Dun & Dun's capital calls.

157.   The Trustee is informed, believes and based thereon alleges that at the time the capital calls for Dun & Dun were made, Mr. St. John, as Debtor's business manager, knew or should have known that Debtor could not have met such a financial commitment.

158.   The Trustee is informed, believes, and based thereon alleges that Mr. St. John therefore orchestrated the financial transactions which he believed justified the transfer of Debtor's equity in Dun & Dun to himself.

159.   The Trustee is informed, believe, and based thereon alleges that Mr. St. John's involvement in the transfer of Debtor's equity in Dun & Dun to himself was a breach of the

1    fiduciary duty of loyalty to Debtor, which is the subject of the QOZ Transfer.

2        160.   The Trustee is further informed, believes, and based thereon alleges that Mr. St.

3    John caused TSJ Inc. to be overpaid for its commission at the time of Debtor's record sale

4    closing, in the amount to be proved at trial but presently believed to be $1,231,001.16, which is

5    the subject of the Excess Commissions Transfer.

6        161.   The Trustee is further informed, believes, and based thereon alleges that Mr. St.

7    John caused Debtor to be charged by TSJ. Inc. for management services allegedly provided to

8    Dun & Dun, without prorating Mr. St. John's share of any management fees, to the detriment of

9    Debtor, which is the subject of the Voidable Fee Transfer.

10       162.   As a direct and proximate result of Mr. St. John's breaches of fiduciary duty,

11   including, but not limited to, the Excess Commissions Transfer, the QOZ Transfer, and the

12   Voidable Fee transfer, Debtor and his creditors individually and *en masse*, have been harmed in

13   an amount to be proved at trial, but presently estimated  to be in excess of **$4,255,730.12.**

14                        **Eighth Claim for Relief**

15                      **Recovery of Avoided Transfers**

16          **[11 U.S.C. §§ 544, 548 and 550; Cal. Civ. Code § 3439.07]**

17       163.   The Trustee incorporates each of the foregoing paragraphs as if fully set forth

18   herein.

19       164.   As alleged above, there are several actual or constructive fraudulent transfers that

20   were made, to the detriment of the Debtor, including but not limited to the QOZ Transfer and

21   the Voidable Fee Transfer to Mr. St. John.

22       165.   By reason of the foregoing, the Trustee is entitled to recover the QOZ Transfer

23   and the Voidable Fee Transfer , together with interest thereon at the maximum legal rate from

24   and after the date of each of such transfers, in sums according to proof but which the Trustee

25   estimates to be the total sums listed above from Defendant Mr. St. John pursuant to 11 U.S.C.

26   §§ 548 and 550, and Cal. Civ. Code § 3439.07.

27   / / /

28   / / /

**PRAYER FOR RELIEF**

WHEREFORE, The Trustee prays for a judgment hereon ordering the following relief:

**On the First Claim for Relief for Disallowance of Claim as to Thomas St. John, Inc.:**

1.    For disallowance of the TSJ Claim.

**On the Second Claim for Relief for Disallowance of Claim as to Dun & Dun LLC:**

2.    For disallowance of the Dun & Dun Claim.

**On the Third Claim for Relief for Actual Fraudulent Transfer as to Thomas St. John:**

3.    For avoidance of the distributions to Thomas St. John of the QOZ Transfer in Dun & Dun that was previously owned by Debtor, the exact value of which shall be proven at trial.

4.    For a constructive trust to be imposed over the 50% of membership interest in Dun & Dun transferred by Debtor to Mr. St. John.

5.    For interest according to proof.

**On the Fourth Claim for Relief for Actual Fraudulent Transfer as to Thomas St. John:**

6.    For avoidance of the distributions to Thomas St. John of the QOZ Transfer in Dun & Dun that was previously owned by Debtor, the exact value of which shall be proven at trial.

7.    For a constructive trust to be imposed over the 60% of membership interest in Dun & Dun transferred by Debtor to Mr. St. John, in favor of the Debtor's Bankruptcy Estate.

8.    For avoidance of the distributions to Thomas St. John of the Voidable Fee Transfer, the exact value of which shall be proven at trial but believed to be no less than **$24,728.96**.

9.    For interest according to proof.

**On the Fifth Claim for Relief for Constructive Fraudulent Transfer as to Thomas St. John:**

10.    For avoidance of the distributions to Thomas St. John / Dun & Dun of the equity interest in Dun & Dun that was previously owned by Debtor, the exact value of which shall be proven at trial.

11.    For a constructive trust to be imposed over the 60% of membership interest in Dun & Dun transferred by Debtor to Mr. St. John, in favor of the Debtor's Bankruptcy Estate.

12.    For interest according to proof.

1    **On the Sixth Claim for Relief for Constructive Fraudulent Transfer as to Thomas St. John:**

2        13.    For avoidance of the distributions to Thomas St. John of the equity interest in Dun

3 & Dun that was previously owned by Debtor, the exact value of which shall be proven at trial.

4        14.    For a constructive trust to be imposed over the 60% of membership interest in Dun

5 & Dun transferred by Debtor to Mr. St. John, in favor of the Debtor's Bankruptcy Estate.

6        15.    For interest according to proof.

7    **On the Seventh Claim for Relief for Breach of Fiduciary Duty as to Thomas St. John:**

8        16.    For general damages according to proof at trial but believed to be at least

9 **$4,255,730.12.**

10        17.    For attorneys' fees and costs.

11        18.    For interest according to proof.

12    **On the Eighth Claim for Relief for Recovery of Avoided Transfers:**

13        19.    For recovery of any avoided transfers to Defendants;

14    **As to All Claims for Relief:**

15        20.    Costs of suit permitted under applicable law; and

16        21.    Any such other and further relief as is just and proper.

17

18 Dated: October 8, 2025            LEVENE, NEALE, BENDER, YOO &

19                                   GOLUBCHIK L.L.P.

20

21                      By: _____

22                           RON BENDER
                          BETH ANN R. YOUNG

23                           JOSEPH M. ROTHBERG
                          JEFFREY S. KWONG

24                           Attorneys for David K. Gottlieb, Chapter 7
                          Trustee for the Bankruptcy Estate of Philip

25                           M. Lawrence II.

26

27

28

**EXHIBIT A**

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor 1    Philip Lawrence

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Central District of California**

Case number: **23–11082**

</td><td>

FILED

**U.S. Bankruptcy Court**
**Central District of California**

1/25/2024

**Kathleen J. Campbell, Clerk**

</td></tr>
</table>

## Official Form 410
## Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | Thomas St John Management <br><br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor    Thomas St John Inc |
| **2. Has this claim been acquired from someone else?** | ☒ No <br> ☐ Yes. From whom? |
| **3. Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Thomas St John Management <br><br> Name <br><br> 10877 Wilshire Blvd Suite 1550 <br> Los Angeles, CA 90024 <br><br><br> Contact phone    424–428–1611 <br> Contact email <br> marlenakaplan@thomasstjohn.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br><br>      **Where should payments to the creditor be sent?** (if different) <br><br> Name <br><br><br><br><br> Contact phone <br> Contact email |
| **4. Does this claim amend one already filed?** | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known)        Filed on         MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No <br> ☐ Yes. Who made the earlier filing? |

Official Form 410            Proof of Claim            page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| **6.** Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: | 0310 |

| | |
|---|---|
| **7.** How much is the claim? | $ _____2304259.00_____  **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8.** What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>_____service performed_____ |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br><br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| **10.** Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| **11.** Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410          Proof of Claim          page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ _____

☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ _____

☐ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies   $ _____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date     1/25/2024

MM / DD / YYYY

/s/ Marlena Kaplan

Signature

Print the name of the person who is completing and signing this claim:

| Name | Marlena Kaplan |
|---|---|
| | First name     Middle name     Last name |
| Title | COO |
| Company | Thomas St John Inc |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 10877 Wilshire Blvd |
| | Number   Street |
| | Los Angeles, CA 90024 |
| | City  State  ZIP Code |
| Contact phone | 424–428–1611 |
| Email | marlenakaplan@thomasstjohn.com |

Official Form 410                                   Proof of Claim                                   page 3

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9849
**DATE** 06/30/2023
**DUE DATE** 06/30/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and Bill Pay Services | 1 | 247.50 | 247.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE** **USD 247.50**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9624 |
| **DATE** | 05/31/2023 |
| **DUE DATE** | 05/31/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 22840 CALVERT HOLDINGS LLC - Advance Tax. USA, DE: Paracorp Filing Fee. DE Franchise Tax Payment. | 0 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 420.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9600 |
| **DATE** | 05/25/2023 |
| **DUE DATE** | 05/25/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware: Agent Representation Service Renewal. Managed Annual Report Service Renewal (4/1/2023-3/31/2024). | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**                **USD 266.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9542
**DATE** 05/01/2023
**DUE DATE** 05/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 0 | 2,392.20 | 2,392.20 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 2,392.20

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9541 |
| **DATE** | 04/28/2023 |
| **DUE DATE** | 04/28/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 0 | 2,445.40 | 2,445.40 |
| Bill Pay | 0 | 59.40 | 59.40 |
| Company Secretarial | 0 | 138.60 | 138.60 |
| Month End Reporting | 0 | 88.00 | 88.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**      **USD 2,731.40**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9260
**DATE** 02/28/2023
**DUE DATE** 02/28/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount<br>1.90 2022 1099 Reporting $387.50<br>0.30 Appoint Parasec as Registered Agent $79.50<br>0.40 Business Tax License Renewal 2022 $79.20<br>0.40 Business Tax License Renewal 2023 $48.00<br>2.80 Calvert Sale of Property $1,335.00<br>0.50 DE Annual Filing 2021 $119.10<br>0.40 LADBS (ACH) 20220627 $79.20<br>0.20 LADBS (ACH) 2022923 $39.60<br>0.10 Los Angeles County-Semi-annual 2 $19.80<br>1.60 Management Accounts-Month 10 $390.50<br>2.20 Management Accounts-Month 12 $516.00<br>0.10 Management Accounts-Month 2 $26.50<br>0.70 Management Accounts-Month 8 $138.60<br>9.10 Year End SMLLC 2021 $2,293.90<br>Total of summarized items: $5,552.40 | 1 | 5,552.40 | 5,552.40 |
| Progress Bills Applied | 1 | -126.00 | -126.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

**BALANCE DUE**   **USD 5,426.40**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** EXPLA820
**DATE** 04/06/2022
**DUE DATE** 04/06/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Advance Tax USA, DE. DE Franchise Tax Payment and filing | 1 | 1,225.00 | 1,225.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE** **USD 1,225.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** EXPLA818
**DATE** 04/06/2022
**DUE DATE** 04/06/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware File Change of Registered Agent, Agent Representation Service and Managed Annual Report Service | 1 | 336.00 | 336.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 336.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA7651 |
| **DATE** | 03/28/2022 |
| **DUE DATE** | 03/28/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 9 Months retainer ending 31 December 2021 | 1 | 12,555.00 | 12,555.00 |
| Progress Bills Applied | 1 | -650.00 | -650.00 |

**BALANCE DUE**  **USD 11,905.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
22840 Calvert Holdings LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7224
**DATE** 04/30/2021
**DUE DATE** 04/30/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Progress billing in relation to 2020 CA Form 568 Limited Liability Company Return of Income | 1 | 650.00 | 650.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 650.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9802
**DATE** 07/01/2023
**DUE DATE** 07/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 3,667.00 | 3,667.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**          **USD 3,667.00**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9852
**DATE** 06/30/2023
**DUE DATE** 06/30/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| TY 2022 1099 Reporting, Bookkeeping and Bill Pay | 1 | 4,792.70 | 4,792.70 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 4,792.70



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9657 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 3,667.00 | 3,667.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services. To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 3,667.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9628
**DATE** 05/31/2023
**DUE DATE** 05/31/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CMNTY CULTURE PUBLISHING LLC - Advance Tax. USA, DE: Paracorp Filing Fee. DE Franchise Tax Payment | 0 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 420.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9450
**DATE** 05/01/2023
**DUE DATE** 05/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 3,667.00 | 3,667.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,667.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9471
**DATE** 04/30/2023
**DUE DATE** 04/30/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Rights Management | 0 | 3,047.90 | 3,047.90 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**　　　　**USD 3,047.90**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9365
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 3,667.00 | 3,667.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 3,667.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9340 |
| **DATE** | 03/31/2023 |
| **DUE DATE** | 03/31/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal. Managed Annual Report Service Renewal (5/1/2023-4/30/2024) | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 266.00**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9245
**DATE** 03/01/2023
**DUE DATE** 03/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**　**USD 4,916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9131
**DATE** 02/01/2023
**DUE DATE** 02/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 4,916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8989
**DATE** 01/01/2023
**DUE DATE** 01/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services. To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 4,916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8876
**DATE** 12/01/2022
**DUE DATE** 12/01/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 4,916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8815
**DATE** 11/15/2022
**DUE DATE** 11/15/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 4,916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8696
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with 2021 US SMLLC Preparation and Filing, Company Secretarial, Bookkeeping, Bill Pay, and Cash Management: Hours Project Amount 0.40 2020 FTB Payment (ACH) 20220919 $79.20 0.80 2021 SMLLC Tax Return $296.00 1.40 BK ledger review $715.00 0.20 Bookkeeping-Month 10 $95.00 0.90 Bookkeeping-Month 9 $427.50 0.40 Delaware Registered Agent $99.30 0.30 Entity Top Up 20220503 $59.40 1.30 Management Accounts-Month 8 $312.80 1.40 Management Accounts-Month 8 $332.60 0.50 Tipalti (WIRE) 20220711 $99.00 0.70 Tipalti (WIRE) 20220802 $218.00 26.70 Year End SMLLC 2021 $7,326.40 38.90 Bookkeeping $11,886.80 Total of summarized items: $21,947.00 | 1 | 21,947.00 | 21,947.00 |
| Progress Bills Applied | 1 | - 20,316.68 | - 20,316.68 |

**BALANCE DUE**  **USD 1,630.32**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033

ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8617 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**      **USD 4,916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8513
**DATE** 09/30/2022
**DUE DATE** 09/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE** **USD 4,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8427
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 4,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8222
**DATE** 07/31/2022
**DUE DATE** 07/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - July 2022 | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 4,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8018 |
| **DATE** | 04/30/2022 |
| **DUE DATE** | 04/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     USD 4,916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** EXPLA861
**DATE** 04/29/2022
**DUE DATE** 04/29/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| DE Franchise Tax Payment | 1 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     ## USD 420.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** EXPLA813
**DATE** 04/06/2022
**DUE DATE** 04/06/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware File Change of Registered Agent, Agent Representation Service and Managed Annual Report Service | 1 | 336.00 | 336.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 336.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture Publishing
LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7494
**DATE** 08/31/2021
**DUE DATE** 08/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Bookkeeping | 1 | 1,537.00 | 1,537.00 |
| Bill Pay | 1 | 822.00 | 822.00 |
| Special projects | 1 | 216.00 | 216.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 2,575.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9820
**DATE** 07/01/2023
**DUE DATE** 07/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 4,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9836
**DATE** 06/30/2023
**DUE DATE** 06/30/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and Bill Pay | 1 | 1,104.80 | 1,104.80 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 1,104.80**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9680
**DATE** 06/01/2023
**DUE DATE** 06/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**   USD 4,916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9629
**DATE** 05/31/2023
**DUE DATE** 05/31/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CMNTY CULTURE, LLC - Advance Tax. USA, DE: Paracorp Filing Fee. DE Franchise Tax Payment. | 0 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 420.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9466 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 4,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9444
**DATE** 04/30/2023
**DUE DATE** 04/30/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 03/28/2023 Royalty analysis | 2 | 425.00 | 850.00 |
| 03/28/2023 Royalty analysis | 1.50 | 425.00 | 637.50 |
| 04/18/2023 Royalty correspondence | 0.10 | 185.00 | 18.50 |
| 12/01/2022 Royalty data gathering/research | 0.20 | 198.00 | 39.60 |
| 02/27/2023 Royalty data gathering/research | 1 | 185.00 | 185.00 |
| 03/27/2023 Royalty data gathering/research | 1.10 | 425.00 | 467.50 |
| 08/04/2022 Royalty processing | 1.10 | 198.00 | 217.80 |
| 08/05/2022 Royalty processing | 0.50 | 198.00 | 99.00 |
| 08/08/2022 Royalty processing | 0.70 | 198.00 | 138.60 |
| 09/01/2022 Royalty processing | 0.10 | 198.00 | 19.80 |
| 03/01/2023  Royalty processing | 1 | 185.00 | 185.00 |
| 03/02/2023 Royalty processing | 1 | 185.00 | 185.00 |
| 03/13/2023 Royalty processing | 1 | 425.00 | 425.00 |
| 03/14/2023 Royalty processing | 0.50 | 425.00 | 212.50 |
| 04/13/2023 Royalty processing | 1 | 185.00 | 185.00 |
| 04/14/2023 Royalty processing | 0.50 | 185.00 | 92.50 |
| 04/14/2023 Royalty processing | 1 | 425.00 | 425.00 |
| 04/17/2023 Royalty processing | 3 | 425.00 | 1,275.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

**BALANCE DUE**

# USD 5,658.30

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,

USA

**Account Name: Thomas St John Inc**
**Account No: 123456033**
**ABA Routing No: 122016066**
**SWIFT: CINAUS6L**

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9553 |
| **DATE** | 04/28/2023 |
| **DUE DATE** | 04/28/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping Services | 0 | 6,543.40 | 6,543.40 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

**BALANCE DUE**   USD 6,543.40

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9385
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**  **USD 4,916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9244
**DATE** 03/01/2023
**DUE DATE** 03/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

**BALANCE DUE**

## USD 4,916.67

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9130
**DATE** 02/01/2023
**DUE DATE** 02/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**  **USD 4,916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8988
**DATE** 01/01/2023
**DUE DATE** 01/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 4,916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8877 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**     **USD 4,916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8814
**DATE** 11/15/2022
**DUE DATE** 11/15/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 4,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8695
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with US SMLLC Preparation and Filing, Bookkeeping, Bill Pay, Cash Management, Federal Small Business Support Programs, and Payroll: | 1 | 163,249.70 | 163,249.70 |

Hours Project Amount
0.50 2019 FTB Payment 20220304 $99.00
1.00 2020 Employee W-2 Request (M Rasheed) $475.00
3.60 2021 1099 Reporting $712.80
0.10 2021 SMLLC Tax Return $19.50
1.10 2022 Economic Census $217.80
1.10 20220712 Tipalti USD Funding $258.00
0.60 4234 Fleethaven (WIRE) 20220623 $118.80
0.30 4234 Fleethaven LLC (WIRE) 20220708 $59.40
0.30 4234 Fleethaven LLC (WIRE) 20221104 $59.40
1.20 4965 Tarzana LLC Wire 20220331 $285.80
0.70 91 Express Lanes (ACH) 20220711 $138.60
37.70 ACCT - PPP Forgiveness Round 1 $18,303.00
1.40 Adams Family Descendants Trust (DOM) $168.00
1.70 Adams Family Descendants Trust (Wire) $807.50
0.80 ADP (Wire) 20220502 $142.80
1.60 AP December 2021 $160.00
2.20 AP December 2021 $834.00
1.80 Ashley Everett Missed Wages Catch Up 20220714 $519.90
2.50 Auto Registration Replacement $300.00
0.60 Biennial Statement of Information 2022 $159.00
21.10 Bookkeeping-Month 10 $5,716.00
3.70 Bookkeeping-Month 11 $1,195.00
12.60 Bookkeeping-Month 9 $4,972.50
3.10 Bookkeeping-Month 9 $1,472.50
0.80 Business Tax License Renewal 2022 $158.40
0.60 CameraSeat LLC $285.00
0.40 Cash Request 12/01 $48.00

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|

4.50 Census $937.90
0.60 City National Bank Account 0128094431 $285.00
0.40 Cogency Global ACH $79.20
0.60 Commercial CC 9868 William P Smith $285.00
0.60 Delaware Registered Agent $138.90
0.50 DMV Cashiers Check $198.50
0.20 Domain Access/Transfer $95.00
0.70 EIDL Round 2 Application $179.00
0.80 Entity Top Up 20220103 $96.00
0.40 Halstead Management ACH 20220330 $79.20
1.10 IPFS Wire 20220407 $266.00
0.80 Los Encinos School WIRE 20220401 $237.80
0.10 Maison De Urbana (TRANSFER) $59.50
1.30 Malik Final Payroll 20220103 $277.50
3.50 Malik's 1st Severance Payment $1,052.70
0.70 Malik's 2nd Severance Payment $171.30
1.10 Malik's Final Severance PMT $217.80
0.20 Management Accounts-Month 10 $53.00
1.20 Management Accounts-Month 8 $237.60
0.60 Management Accounts-Month 8 $159.00
1.30 Management Accounts-Month 9 $277.50
0.90 May Chief Payroll $405.00
0.80 Payroll-Semi-month 20 $96.00
1.30 Payroll-Semi-monthly-Semi-month 19 $298.50
0.90 Payroll-Semi-monthly-Semi-month 21 $155.50
1.10 Payroll-Semi-monthly-Semi-month 22 $274.50
0.80 Payroll-Semi-monthly-Semi-month 23 $238.50
1.10 Payroll-Semi-monthly-Semi-month 24 $179.50
2.10 Phil and Urbana top up 20220328 $535.60
0.50 Phil Pocket Account Top Up 20220401 $83.40
0.60 Philip Lawrence Tipalti Wire 20220401 $198.20
11.20 PPP Round 2 Application $6,284.00
0.50 Semi-month-Semi-month 10 $131.70
0.20 Semi-month-Semi-month 11 $119.00
0.20 Semi-month-Semi-month 13 $119.00
0.50 Semi-month-Semi-month 14 $99.00
1.55 Semi-month-Semi-month 2 $405.00
1.50 Semi-month-Semi-month 3 $395.10
1.20 Semi-month-Semi-month 4 $270.30
0.90 Semi-month-Semi-month 5 $210.90
0.70 Semi-month-Semi-month 6 $171.30
0.90 Semi-month-Semi-month 7 $210.90
1.30 Semi-month-Semi-month 8 $355.50
0.50 Semi-month-Semi-month 9 $131.70
1.70 Sharareh Rastegar Trust (WIRE) 20220331 $345.80
1.70 SMLLC Tax Return 2020 $930.00
0.40 Tipalti (WIRE) 20220805 $158.60
0.60 Tipalti (WIRE) 20220808 $198.20
0.50 U.S. Tax Consulting $360.00
42.30 Year End SMLLC 2020 $16,861.00
27.40 Year End SMLLC 2021 $6,075.10
218.10 Bill Pay, SP FIle prep and review, Rights management $83,883.80
Total of summarized items: $163,249.70

| Progress Bills Applied | 1 | -21,956.68 | -21,956.68 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L


We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

BALANCE DUE

**USD 141,293.02**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8616
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**     **USD 4,916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8512 |
| **DATE** | 09/30/2022 |
| **DUE DATE** | 09/30/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

**BALANCE DUE**          **USD 4,916.67**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8409
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services. To pay by
bank transfer please use the account below:

**BALANCE DUE** USD 4,916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8220 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 4,916.67 | 4,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 4,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** EXPLA860
**DATE** 04/29/2022
**DUE DATE** 04/29/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| DE Franchise Tax Payment | 1 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 420.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** EXPLA812
**DATE** 04/06/2022
**DUE DATE** 04/06/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware File Change of Registered Agent, Agent Representation Service and Managed Annual Report Service | 1 | 336.00 | 336.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 336.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7899
**DATE** 03/31/2022
**DUE DATE** 03/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6 months retainer ending 31st March 2022 | 1 | 29,500.02 | 29,500.02 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 29,500.02**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7553
**DATE** 09/30/2021
**DUE DATE** 09/30/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping: | 1 | 12,248.50 | 12,248.50 |
| 3.90 Alan Fitzpatrick $2,320.50 | | | |
| 2.00 Amy Murdock $950.00 | | | |
| 0.30 Daniel Quintana $108.00 | | | |
| 4.10 Lulu He $410.00 | | | |
| 5.60 Maribel Ruvalcaba $2,660.00 | | | |
| 3.80 Nina Nguyen $1,805.00 | | | |
| 39.95 Saman Moheban $3,995.00 | | | |
| Subtotal for: Bookkeeping $12,248.50 | | | |
| Contract review: | 1 | 2,137.50 | 2,137.50 |
| 4.50 Nina Nguyen $2,137.50 | | | |
| Subtotal for: Contract review $2,137.50 | | | |
| Company Secretarial: | 1 | 95.00 | 95.00 |
| 0.20 Nina Nguyen $95.00 | | | |
| Subtotal for: Company Secretarial $95.00 | | | |
| Household Budgeting: | 1 | 190.00 | 190.00 |
| 0.40 Nina Nguyen $190.00 | | | |
| Subtotal for: Household Budgeting $190.00 | | | |
| Mortgage and Auto Finance: | 1 | 1,176.50 | 1,176.50 |
| 0.70 Lulu He $84.00 | | | |
| 2.30 Nina Nguyen $1,092.50 | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Subtotal for: Mortgage and Auto Finance $1,176.50 | | | |
| Month End Reporting: | 1 | 285.00 | 285.00 |
| 0.60 Nina Nguyen $285.00 | | | |
| Subtotal for: Month End Reporting $285.00 | | | |
| Special Projects: | 1 | 332.50 | 332.50 |
| 0.70 Nina Nguyen $332.50 | | | |
| Subtotal for: Special Projects $332.50 | | | |
| Tax Notice Research: | 1 | 190.00 | 190.00 |
| 0.40 Nina Nguyen $190.00 | | | |
| Subtotal for Tax Notice Research: $190.00 | | | |
| Payroll: | 1 | 4,112.00 | 4,112.00 |
| 0.40 Alan Fitzpatrick $238.00 7.60 Nina Nguyen $3,610.00 2.20 Saman Moheban $264.00 | | | |
| Subtotal for: Payroll $4,112.00 | | | |
| Quarter End Reporting: | 1 | 95.00 | 95.00 |
| 0.20 Nina Nguyen $95.00 | | | |
| Subtotal for: Quarter End Reporting $95.00 | | | |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**    **USD 20,862.00**

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7483
**DATE** 08/31/2021
**DUE DATE** 08/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 13,280.00 | 13,280.00 |
| Bill Pay | 1 | 5,310.50 | 5,310.50 |
| Contract Review | 1 | 807.50 | 807.50 |
| Investment Management | 1 | 380.00 | 380.00 |
| Month End Reporting | 1 | 927.00 | 927.00 |
| Payroll | 1 | 497.50 | 497.50 |
| Quarter End Reporting | 1 | 95.00 | 95.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services. To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

## USD 21,297.50

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7481
**DATE** 08/31/2021
**DUE DATE** 08/31/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Fees on a time and materials basis in relation to additional work undertaken in relation to the potential acquisition of the John Lee Hooker Catalogue including but not limited to: <br> - Various meetings and correspondence <br> - Revaluation to include new information, growth simulations and BMG reversions. | 1 | 7,632.00 | 7,632.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 7,632.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA410
**DATE** 08/11/2021
**DUE DATE** 08/11/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Recharged Bank Expense | 1 | 10.44 | 10.44 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 10.44**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7411
**DATE** 07/31/2021
**DUE DATE** 07/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 3,760.00 | 3,760.00 |
| Bill Pay | 1 | 2,306.00 | 2,306.00 |
| Live Accounting | 1 | 902.50 | 902.50 |
| Month End Reporting | 1 | 143.00 | 143.00 |
| Payroll | 1 | 1,700.00 | 1,700.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 8,811.50

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7337
**DATE** 06/30/2021
**DUE DATE** 06/30/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Fees in relation to work undertaken regarding the publishing and recording catalogues of John Lee Hooker and the publishing catalogue of Ryan Adams, on account, on a time and materials basis. | 1 | 14,184.00 | 14,184.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 14,184.00**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7336
**DATE** 06/30/2021
**DUE DATE** 06/30/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping, bill pay, financial reporting, payroll services, and customer requests for the month of June: | 1 | 15,261.00 | 15,261.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 15,261.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7288 |
| **DATE** | 05/31/2021 |
| **DUE DATE** | 05/31/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping, bill pay, payroll services and client requests for the month of May | 1 | 8,837.00 | 8,837.00 |
| Courtesy Discount | 1 | -200.00 | -200.00 |

**BALANCE DUE**     **USD 8,637.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7238
**DATE** 04/30/2021
**DUE DATE** 04/30/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Progress billing in relation to 2020 U.S. Return of Partnership Income | 1 | 750.00 | 750.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 750.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7237
**DATE** 04/30/2021
**DUE DATE** 04/30/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping, bill pay, financial reporting, payroll services, and customer requests for the month of April | 1 | 14,520.50 | 14,520.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE** **USD 14,520.50**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7087
**DATE** 02/28/2021
**DUE DATE** 02/28/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping, bill pay, and payroll services for the month of February | 1 | 6,702.00 | 6,702.00 |
| January 2021 Financial Statements | | | |
| 2021 Annual Business Tax License Renewal | | | |
| Employee Inquiries | 1 | 950.00 | 950.00 |
| 1099 E-Filing fee - CMNTY Culture, LLC | 1 | 82.82 | 82.82 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 7,734.82

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | EXPLA353 |
| **DATE** | 02/28/2021 |
| **DUE DATE** | 02/28/2021 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| QuickBooks Subscription Fee for Sep'2020-Dec'2021 | 1 | 560.00 | 560.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 560.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7012
**DATE** 01/31/2021
**DUE DATE** 01/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1099 Financial Income Report 2020 | 1 | 1,950.00 | 1,950.00 |
| Bookkeeping, bill pay, payroll services for the month of January | 1 | 7,664.50 | 7,664.50 |
| December Financial Statements | | | |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 9,614.50**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
CMNTY Culture, LLC
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA6960
**DATE** 12/30/2020
**DUE DATE** 12/30/2020
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping, bill pay and payroll for the month of December November financial statement | 1 | 5,480.50 | 5,480.50 |
| Employment matters | 1 | 18,556.00 | 18,556.00 |

|  |  |
|---|---|
| **PAYMENT** | 20,399.12 |
| **BALANCE DUE** | **USD 3,637.38** |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA10015 |
| **DATE** | 07/31/2023 |
| **DUE DATE** | 07/31/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Management Accounts-Month 5 | 1 | 19.80 | 19.80 |
| Management Accounts-Month 7 | 1 | 112.50 | 112.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 132.30

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9811 |
| **DATE** | 07/01/2023 |
| **DUE DATE** | 07/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 3,333.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9669 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

**BALANCE DUE**  **USD 3,333.33**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9630 |
| **DATE** | 05/31/2023 |
| **DUE DATE** | 05/31/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| DELA ZQUAD, LLC - Advance Tax. USA, DE: Paracorp Filing Fee. DE Franchise Tax Payment. | 0 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 420.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9457 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 3,333.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

**INVOICE #** LA9375
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

**BALANCE DUE**  **USD 3,333.33**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9339 |
| **DATE** | 03/31/2023 |
| **DUE DATE** | 03/31/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal. Managed Annual Report Service Renewal (5/1/2023-4/30/2024). | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 266.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9232 |
| **DATE** | 03/01/2023 |
| **DUE DATE** | 03/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

**BALANCE DUE**      **USD 3,333.33**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

**INVOICE #** LA9118
**DATE** 02/01/2023
**DUE DATE** 02/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 3,333.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8975 |
| **DATE** | 01/01/2023 |
| **DUE DATE** | 01/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 3,333.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8884 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 3,333.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8799 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**   **USD 3,333.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8623 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

**BALANCE DUE**                    **USD 3,333.33**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8520 |
| **DATE** | 09/30/2022 |
| **DUE DATE** | 09/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 3,333.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8418 |
| **DATE** | 08/31/2022 |
| **DUE DATE** | 08/31/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,333.33 | 3,333.33 |

**BALANCE DUE**  **USD 3,333.33**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8230 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - July 2022 | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**       **USD 3,333.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA881 |
| **DATE** | 06/02/2022 |
| **DUE DATE** | 06/02/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| DE Franchise Tax Payment | 1 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 420.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8026 |
| **DATE** | 04/30/2022 |
| **DUE DATE** | 04/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 3,333.33 | 3,333.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**      **USD 3,333.33**

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA797 |
| **DATE** | 03/21/2022 |
| **DUE DATE** | 03/21/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal and Managed Annual Report | 1 | 266.00 | 266.00 |

**BALANCE DUE**        **USD 266.00**

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7720 |
| **DATE** | 12/31/2021 |
| **DUE DATE** | 12/31/2021 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Ray Grant

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 3,040.00 | 3,040.00 |
| Bill Pay | 1 | 190.00 | 190.00 |
| Month End Reporting | 1 | 1,377.50 | 1,377.50 |
| Special Projects | 1 | 167.00 | 167.00 |
| Tax Notice Preparation | 1 | 180.00 | 180.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 4,954.50**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA7660 |
| **DATE** | 10/31/2021 |
| **DUE DATE** | 10/31/2021 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping: | 1 | 205.00 | 205.00 |
| 0.10 Lulu He $10.00 | | | |
| 0.20 Nina Nguyen $95.00 | | | |
| 1.00 Saman Moheban $100.00 | | | |
| Subtotal for: Bookkeeping $205.00 | | | |
| Bill Pay: | 1 | 1,165.00 | 1,165.00 |
| 0.20 Lulu He $24.00 | | | |
| 0.80 Manaus Saavedra $96.00 | | | |
| 2.20 Nina Nguyen $1,045.00 | | | |
| Subtotal for: Bill Pay $1,165.00 | | | |
| Month End Reporting | 1 | 95.00 | 95.00 |
| 0.20 Nina Nguyen $95.00 | | | |
| Subtotal for: Month End Reporting $95.00 | | | |
| Quarter End Reporting: | 1 | 347.50 | 347.50 |
| 0.10 Alex Plantilla $59.50 | | | |
| 0.80 Daniel Quintana $288.00 | | | |
| Subtotal for: Quarter End Reporting $347.50 | | | |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services. To pay by

**BALANCE DUE**

# USD 1,812.50

bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA7662 |
| **DATE** | 10/31/2021 |
| **DUE DATE** | 10/31/2021 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1065 Partnership Tax Return 2020 | 1 | 4,888.00 | 4,888.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 4,888.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7661 |
| **DATE** | 10/31/2021 |
| **DUE DATE** | 10/31/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Business Tax License Renewal 2021 | 1 | 500.00 | 500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 500.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

**INVOICE #** LA7493
**DATE** 08/31/2021
**DUE DATE** 08/31/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 1,810.00 | 1,810.00 |
| Live Accounting | 1 | 100.00 | 100.00 |
| Year End | 1 | 6,156.00 | 6,156.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 8,066.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA436 |
| **DATE** | 05/17/2021 |
| **DUE DATE** | 05/17/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Annual DE Filing | 1 | 750.00 | 750.00 |

**BALANCE DUE**      **USD 750.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California  90024
United States

**INVOICE #** LA7227
**DATE** 04/30/2021
**DUE DATE** 04/30/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Progress billing in relation to 2020 U.S. Return of Partnership Income | 1 | 612.00 | 612.00 |
| Bookkeeping and bill pay for the month of February through March | 1 | 1,714.00 | 1,714.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 2,326.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Dela Zquad LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA6869 |
| **DATE** | 11/30/2020 |
| **DUE DATE** | 11/30/2020 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and bill pay services for the month of October | 1 | 897.00 | 897.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 897.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9812 |
| **DATE** | 07/01/2023 |
| **DUE DATE** | 07/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9670 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9458 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9376
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9233 |
| **DATE** | 03/01/2023 |
| **DUE DATE** | 03/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March  2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9269 |
| **DATE** | 02/28/2023 |
| **DUE DATE** | 02/28/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount<br>1.30 2022 1099 Reporting $199.50<br>0.40 Business Tax License Renewal 2023 $84.10<br>0.10 Management Accounts-Month 1 $52.50<br>3.00 Management Accounts-Month 12 $795.00<br>0.70 Management Accounts-Month 8 $138.60<br>0.90 Year End SMLLC 2021 $316.50<br>3.50 No Project $927.50<br>Total of summarized items: $2,513.70 | 1 | 2,513.70 | 2,513.70 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**            **USD 2,513.70**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9120
**DATE** 02/01/2023
**DUE DATE** 02/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**          **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8976
**DATE** 01/01/2023
**DUE DATE** 01/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8883 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8800 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**           **USD 916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8624 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8521
**DATE** 09/30/2022
**DUE DATE** 09/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE** USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8417
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8231 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**      # USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA7801
**DATE** 03/29/2022
**DUE DATE** 03/29/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Partnership Tax Rtn | 1 | 2,296.50 | 2,296.50 |
| Bookkeeping | 1 | 5,893.00 | 5,893.00 |
| Bill Pay | 1 | 131.00 | 131.00 |
| Contract Review | 1 | 645.00 | 645.00 |
| Company Secretarial | 1 | 898.40 | 898.40 |
| Investment Management | 1 | 2,910.00 | 2,910.00 |
| Live Accounting | 1 | 1,317.50 | 1,317.50 |
| Special Projects | 1 | 48.00 | 48.00 |
| Year End | 1 | 10,522.50 | 10,522.50 |
| Progress Bills Applied | 1 | -1,500.00 | -1,500.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy

**BALANCE DUE**

## USD 23,161.90

to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Gum Street Records, LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7826 |
| **DATE** | 03/29/2022 |
| **DUE DATE** | 03/29/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2021 1099 Reporting | 1 | 250.00 | 250.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**       USD 250.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA1095 |
| **DATE** | 12/13/2023 |
| **DUE DATE** | 12/13/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Business Amendment Filing Reimbursement | 1 | 20.00 | 20.00 |

| | | |
|---|---|---|
| We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below: | **BALANCE DUE** | **USD 20.00** |

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9818 |
| **DATE** | 07/01/2023 |
| **DUE DATE** | 07/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 3,458.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9832 |
| **DATE** | 06/30/2023 |
| **DUE DATE** | 06/30/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and Bill Pay | 1 | 2,275.10 | 2,275.10 |

**BALANCE DUE**  **USD 2,275.10**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9678 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 3,458.33

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

**INVOICE #** LA9464
**DATE** 05/01/2023
**DUE DATE** 05/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 3,458.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9383 |
| **DATE** | 04/01/2023 |
| **DUE DATE** | 04/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

**BALANCE DUE**

## USD 3,458.33

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9242 |
| **DATE** | 03/01/2023 |
| **DUE DATE** | 03/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**   **USD 3,458.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

**INVOICE #** LA8999
**DATE** 02/28/2023
**DUE DATE** 02/28/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount<br>2.20 2022 1099 Reporting $467.00<br>0.60 Biennial Statement of Information 2023 $195.00<br>0.60 Business Tax License Renewal 2023 $87.60<br>0.10 Management Accounts-Month 1 $52.50<br>2.40 Management Accounts-Month 12 $636.00<br>Total of summarized items: $1,438.10 | 1 | 1,438.10 | 1,438.10 |

**BALANCE DUE**      **USD 1,438.10**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California, 90024
United States

**INVOICE #** LA9128
**DATE** 02/01/2023
**DUE DATE** 02/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

**BALANCE DUE**      **USD 3,458.33**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8986 |
| **DATE** | 01/01/2023 |
| **DUE DATE** | 01/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 3,458.33

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8879 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 3,458.33

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8812 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 3,458.33

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California, 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8698 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with US SMLLC Preparation and Filing, Business Tax Renewal, Bookkeeping, Bill Pay, and Cash Management:<br>Hours Project Amount<br>0.10 2021 SMLLC Tax Return $19.50<br>0.80 Bookkeeping-Month 10 $80.00<br>0.30 Bookkeeping-Month 10 $108.00<br>0.60 Bookkeeping-Month 6 $60.00<br>3.40 Bookkeeping-Month 7 $902.50<br>6.00 Bookkeeping-Month 8 $1,173.00<br>1.50 Bookkeeping-Month 8 $892.50<br>0.30 Business Tax License Renewal 2022 $59.40<br>0.30 CA Franchise Tax Board (ACH) $36.00<br>1.20 Management Accounts-Month 8 $237.60<br>1.20 Michael Diskint Settlement Agreement $570.00<br>17.10 Year End SMLLC 2020 $6,866.50<br>16.50 Year End SMLLC 2021 $4,111.20<br>11.50 Special Projects $3,555.50<br>Total of summarized items: $18,671.70 | 1 | 18,671.70 | 18,671.70 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 18,671.70

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033

ABA Routing No: 122016066

SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

**INVOICE #** LA8613
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 3,458.33

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8510 |
| **DATE** | 09/30/2022 |
| **DUE DATE** | 09/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 3,458.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

**INVOICE #** LA8407
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**    USD 3,458.33

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8217 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**          **USD 3,458.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7839 |
| **DATE** | 03/29/2022 |
| **DUE DATE** | 03/29/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2021 1099 Reporting | 1 | 243.50 | 243.50 |

**BALANCE DUE**

## USD 243.50

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7861 |
| **DATE** | 03/29/2022 |
| **DUE DATE** | 03/29/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1099 Financial Reporting | 1 | 95.00 | 95.00 |
| Biennial Statement of Information 2022 | 1 | 95.00 | 95.00 |
| Bookkeeping-Month 1 | 1 | 50.00 | 50.00 |
| Bookkeeping-Month 10 | 1 | 158.00 | 158.00 |
| Bookkeeping-Month 2 | 1 | 50.00 | 50.00 |
| Bookkeeping-Month 3 | 1 | 60.00 | 60.00 |
| Bookkeeping-Month 4 | 1 | 630.00 | 630.00 |
| Bookkeeping-Month 5 | 1 | 150.00 | 150.00 |
| Bookkeeping-Month 6 | 1 | 260.00 | 260.00 |
| Bookkeeping-Month 7 | 1 | 185.00 | 185.00 |
| Bookkeeping-Month 8 | 1 | 270.00 | 270.00 |
| Business Tax License Renewal 2021 | 1 | 36.00 | 36.00 |
| CA Franchise Tax Board (ACH) | 1 | 60.00 | 60.00 |
| Delaware Registered Agent | 1 | 39.60 | 39.60 |
| Management Accounts-Month 4 | 1 | 95.00 | 95.00 |
| SMLLC Tax Return 2020 | 1 | 550.00 | 550.00 |
| Year End SMLLC 2020 | 1 | 4,470.50 | 4,470.50 |
| Bookkeeping-Month 12 | 1 | 100.00 | 100.00 |
| Company Secretarial | 1 | 215.00 | 215.00 |
| Progress Bills Applied | 1 | -650.00 | -650.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by

**BALANCE DUE**

# USD 6,919.10

bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

**INVOICE #** LA7907
**DATE** 03/29/2022
**DUE DATE** 03/29/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 11 months retainer for Music Fanamenam, LP and Music Fanamenam, LLC ending 31st March 2022 | 1 | 38,041.63 | 38,041.63 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 38,041.63

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7910 |
| **DATE** | 03/29/2022 |
| **DUE DATE** | 03/29/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Partnership Tax Rtn | 1 | 324.00 | 324.00 |
| 1099 Form | 1 | 521.00 | 521.00 |
| Bookkeeping | 1 | 4,934.00 | 4,934.00 |
| Bill Pay | 1 | 402.10 | 402.10 |
| Company Secretarial | 1 | 993.40 | 993.40 |
| Insurance Claims | 1 | 120.00 | 120.00 |
| Investment Management | 1 | 1,144.50 | 1,144.50 |
| Special Projects | 1 | 119.00 | 119.00 |
| Year End | 1 | 6,677.00 | 6,677.00 |
| Progress Bills Applied | 1 | -3,316.00 | -3,316.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay

**BALANCE DUE**

## USD 11,919.00

this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7913 |
| **DATE** | 03/29/2022 |
| **DUE DATE** | 03/29/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 11 months retainer ending 31st March 2022 | 1 | 10,083.37 | 10,083.37 |

**BALANCE DUE**                    **USD 10,083.37**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California, 90024
United States

**INVOICE #** LA7229
**DATE** 04/30/2021
**DUE DATE** 04/30/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Progress billing in relation to 2020 CA Form 568 Limited Liability Company Return of Income | 1 | 650.00 | 650.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 650.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7228 |
| **DATE** | 04/30/2021 |
| **DUE DATE** | 04/30/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Bookkeeping | 1 | 450.00 | 450.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 450.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

**INVOICE #** LA6794
**DATE** 10/30/2020
**DUE DATE** 10/30/2020
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping services for Quarter 1 2020 | 1 | 1,226.00 | 1,226.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 1,226.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Lawrence Publishing LLC
10877 Wilshire Blvd.
Ste 1550
Los Angeles, California,  90024
United States

| | |
|---|---|
| **INVOICE #** | LA6630 |
| **DATE** | 10/30/2020 |
| **DUE DATE** | 10/30/2020 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services in relation to 2019 SMLLC Tax Return | 1 | 1,500.00 | 1,500.00 |

**BALANCE DUE**      **USD 1,500.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9726 |
| **DATE** | 07/01/2023 |
| **DUE DATE** | 07/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 3,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9839 |
| **DATE** | 06/30/2023 |
| **DUE DATE** | 06/30/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and Bill Pay | 1 | 5,063.75 | 5,063.75 |

**BALANCE DUE**                     **USD 5,063.75**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9683 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 3,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9633 |
| **DATE** | 05/31/2023 |
| **DUE DATE** | 05/31/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| MAISON DE URBANA, LLC - Advance Tax. USA, DE: Paracorp Filing Fee. DE Franchise Tax Payment | 0 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 420.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9559 |
| **DATE** | 05/30/2023 |
| **DUE DATE** | 05/30/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| MAISON DE URBANA, LLC - Delaware: Agent Representation Service Renewal. Managed Annual Report Service Renewal (5/1/2023-4/30/2024) | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 266.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9469 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

**BALANCE DUE**

**USD 3,000.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9308 |
| **DATE** | 04/01/2023 |
| **DUE DATE** | 04/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

**BALANCE DUE**  **USD 3,000.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9238 |
| **DATE** | 03/01/2023 |
| **DUE DATE** | 03/01/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 3,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9135 |
| **DATE** | 02/01/2023 |
| **DUE DATE** | 02/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

**BALANCE DUE**     **USD 3,000.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8995 |
| **DATE** | 01/01/2023 |
| **DUE DATE** | 01/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 3,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8880 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

**BALANCE DUE**

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

**USD 3,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8809 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

**BALANCE DUE**     **USD 3,000.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** LA8697
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with 2021 SMLLC Preparation and Filing, Sales and Use Filing, Bookkeeping, Bill Pay, and Cash Management:<br>Hours Project Amount<br>0.10 2021 SMLLC Tax Return $19.50<br>0.90 Management Accounts-Month 8 $178.20<br>0.30 Management Accounts-Month 9 $79.50<br>0.10 Sales & Use Tax Return-Quarter 4 $19.80<br>36.60 Year End SMLLC 2021 $7,246.80<br>47.60 Bookkeeping $11,030.80<br>Total of summarized items: $18,574.60<br>Total Services: $18,574.60 | 1 | 18,574.60 | 18,574.60 |
| Progress bills Applied | 1 | -9,000.00 | -9,000.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**            **USD 9,574.60**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss

payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8517 |
| **DATE** | 09/30/2022 |
| **DUE DATE** | 09/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

**BALANCE DUE**      **USD 3,000.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA84114 |
| **DATE** | 08/31/2022 |
| **DUE DATE** | 08/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**   **USD 3,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8227 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,000.00 | 3,000.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 3,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA878 |
| **DATE** | 06/02/2022 |
| **DUE DATE** | 06/02/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| DE Franchise Tax Payment | 1 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 420.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8023 |
| **DATE** | 04/30/2022 |
| **DUE DATE** | 04/30/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 3,000.00 | 3,000.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 3,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA7798 |
| **DATE** | 03/29/2022 |
| **DUE DATE** | 03/29/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6 months retainer ending 31st March 2022 | 1 | 23,659.10 | 23,659.10 |
| Progress Bills Applied | 1 | -3,150.00 | -3,150.00 |
| Courtesy Discount | 1 | -2,509.10 | -2,509.10 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 18,000.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA7838 |
| **DATE** | 03/29/2022 |
| **DUE DATE** | 03/29/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas ST John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2021 1099 Reporting | 1 | 1,513.60 | 1,513.60 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 1,513.60**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7909 |
| **DATE** | 03/29/2022 |
| **DUE DATE** | 03/29/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6 months retainer ending 31st March 2022 | 1 | 19,999.98 | 19,999.98 |

**BALANCE DUE**

**USD 19,999.98**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** EXPLA788
**DATE** 03/21/2022
**DUE DATE** 03/21/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal and Managed Annual Report | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 266.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

Main Document  Page 201 of 525

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7556 |
| **DATE** | 09/30/2021 |
| **DUE DATE** | 09/30/2021 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping: | 1 | 2,321.00 | 2,321.00 |
| | | | |
| 0.30 Alan Fitzpatrick $178.50 | | | |
| 0.30 Amy Murdock $142.50 | | | |
| 0.40 Lulu He $40.00 | | | |
| 4.50 Manaus Saavedra $450.00 | | | |
| 2.80 Maribel Ruvalcaba $1,330.00 | | | |
| 1.80 Saman Moheban $180.00 | | | |
| | | | |
| Subtotal for: Bookkeeping $2,321.00 | | | |
| Bill Pay: | 1 | 1,140.50 | 1,140.50 |
| | | | |
| 2.30 Nina Nguyen $1,092.50 | | | |
| 0.40 Saman Moheban $48.00 | | | |
| | | | |
| Subtotal for: Bill Pay $1,140.50 | | | |
| Insurance Claims: | 1 | 1,425.00 | 1,425.00 |
| | | | |
| 3.00 Nina Nguyen $1,425.00 | | | |
| | | | |
| Subtotal for: Insurance Claims $1,425.00 | | | |
| Month End Reporting: | 1 | 987.50 | 987.50 |
| | | | |
| 1.50 Alan Fitzpatrick $892.50 | | | |
| 0.20 Nina Nguyen $95.00 | | | |
| | | | |
| Subtotal for: Month End Reporting $987.50 | | | |
| Payroll: | 1 | 2,706.50 | 2,706.50 |

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |

1.00 Alan Fitzpatrick $595.00
0.30 Daniel Quintana $108.00
1.70 Nina Nguyen $807.50
7.30 Saman Moheban $876.00
3.20 Tyra Garner $320.00

Subtotal for: Payroll $2,706.50

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**   **USD 8,580.50**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA7495 |
| **DATE** | 08/31/2021 |
| **DUE DATE** | 08/31/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 1,984.50 | 1,984.50 |
| Bill Pay | 1 | 1,188.50 | 1,188.50 |
| Investment Management | 1 | 380.00 | 380.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 3,553.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA440 |
| **DATE** | 05/17/2021 |
| **DUE DATE** | 05/17/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Annual DE Filing | 1 | 750.00 | 750.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 750.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** LA7231
**DATE** 04/30/2021
**DUE DATE** 04/30/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Progress billing in relation to 2020 CA Form 568 Limited Liability Company Return of Income | 1 | 650.00 | 650.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 650.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA7230 |
| **DATE** | 04/30/2021 |
| **DUE DATE** | 04/30/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and bill pay for the month of April | 1 | 1,563.00 | 1,563.00 |

**BALANCE DUE**                                   **USD 1,563.00**

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services. To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7133 |
| **DATE** | 03/31/2021 |
| **DUE DATE** | 03/31/2021 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and bill pay for the month of March | 1 | 2,870.50 | 2,870.50 |
| 2021 Crystal Purchase Budget | 1 | 1,092.50 | 1,092.50 |
| Bank Setup:<br>City National Bank FSO New Client<br>City National Bank (PPP Requirement) | 1 | 1,520.00 | 1,520.00 |
| Bank Closures:<br>Comerica Bank Online Sales Account 9779<br>City National Bank PPP | 1 | 1,520.00 | 1,520.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 7,003.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA379 |
| **DATE** | 02/28/2021 |
| **DUE DATE** | 02/28/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| QuickBooks Subscription Fee for Sep'2020-Dec'2021 | 1 | 560.00 | 560.00 |
| 1099 E-Filing fee - Maison de Urbana LLC | 1 | 34.94 | 34.94 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 594.94



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA7099 |
| **DATE** | 02/26/2021 |
| **DUE DATE** | 02/26/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and bill pay for the month of February | 1 | 2,480.00 | 2,480.00 |
| 2021 Budget | 1 | 2,260.00 | 2,260.00 |
| 2021 Annual Business Tax License | 1 | 360.00 | 360.00 |
| Paypal Taxpayer ID and Withholding Request | 1 | 522.50 | 522.50 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services. To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**      **USD 5,622.50**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA6865 |
| **DATE** | 11/30/2020 |
| **DUE DATE** | 11/30/2020 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and bill pay for the month of November 2020 | 1 | 1,742.00 | 1,742.00 |

**BALANCE DUE** **USD 1,742.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

**INVOICE #** LA6785
**DATE** 10/30/2020
**DUE DATE** 10/30/2020
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping, bill pay and payroll services for the month of September | 1 | 2,652.50 | 2,652.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 2,652.50**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Maison De Urbana LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA6784 |
| **DATE** | 10/30/2020 |
| **DUE DATE** | 10/30/2020 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services in relation to 2019 SMLLC Tax Return | 1 | 2,500.00 | 2,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 2,500.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9809
**DATE** 07/01/2023
**DUE DATE** 07/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 2,500.00 | 2,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 2,500.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9667
**DATE** 06/01/2023
**DUE DATE** 06/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 2,500.00 | 2,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 2,500.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9455 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 2,500.00 | 2,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**

**USD 2,500.00**

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9557
**DATE** 04/30/2023
**DUE DATE** 04/30/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping Services | 0 | 1,081.20 | 1,081.20 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 1,081.20**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9373
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 2,500.00 | 2,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 2,500.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9230 |
| **DATE** | 03/01/2023 |
| **DUE DATE** | 03/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**  **USD 3,458.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9116
**DATE** 02/01/2023
**DUE DATE** 02/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,458.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8973
**DATE** 01/01/2023
**DUE DATE** 01/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,458.33**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8886
**DATE** 12/01/2022
**DUE DATE** 12/01/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 3,458.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8797 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**

**USD 3,458.33**

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8621 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**          **USD 3,458.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8518
**DATE** 09/30/2022
**DUE DATE** 09/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,458.33**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA84115 |
| **DATE** | 08/31/2022 |
| **DUE DATE** | 08/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**     **USD 3,458.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8228
**DATE** 07/31/2022
**DUE DATE** 07/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,458.33 | 3,458.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,458.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7654 |
| **DATE** | 10/31/2021 |
| **DUE DATE** | 10/31/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Business Tax License Renewal 2021 | 1 | 360.00 | 360.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 360.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA7635
**DATE** 10/31/2021
**DUE DATE** 10/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2020 SMLLC Tax Return | 1 | 600.00 | 600.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 600.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7498 |
| **DATE** | 08/31/2021 |
| **DUE DATE** | 08/31/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 905.00 | 905.00 |
| Live Accounting | 1 | 150.00 | 150.00 |
| Year End | 1 | 1,512.00 | 1,512.00 |

| BALANCE DUE | USD 2,567.00 |
|---|---|

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

### BILL TO
Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7234 |
| **DATE** | 04/30/2021 |
| **DUE DATE** | 04/30/2021 |
| **TERMS** | Due on receipt |

### BUSINESS MANAGER
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Progress billing in relation to 2020 CA Form 568 Limited Liability Company Return of Income | 1 | 650.00 | 650.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 650.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Music Famamenam LLC
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7233 |
| **DATE** | 04/30/2021 |
| **DUE DATE** | 04/30/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping services for the month of February and March | 1 | 1,216.00 | 1,216.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 1,216.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam, LP
10877 Wilshire Blvd Ste 1550
Los Angeles, CA  90024

**INVOICE #** LA9787
**DATE** 07/01/2023
**DUE DATE** 07/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 1,500.00 | 1,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**    **USD 1,500.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam, LP
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9652 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 0 | 1,500.00 | 1,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 1,500.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam, LP
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9431 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 1,500.00 | 1,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**

**USD 1,500.00**

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam, LP
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9351
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 1,500.00 | 1,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 1,500.00**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Music Famamenam, LP
10877 Wilshire Blvd Ste 1550
Los Angeles, CA  90024

**INVOICE #** LA9259
**DATE** 02/28/2023
**DUE DATE** 02/28/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount<br>0.70 2022 1099 Reporting $132.00<br>1.40 Business Tax License Renewal 2023 $168.00<br>0.10 Management Accounts-Month 1 $52.50<br>4.60 Management Accounts-Month 10 $910.80<br>4.90 Management Accounts-Month 11 $1,003.70<br>3.10 Management Accounts-Month 12 $680.80<br>0.60 No Project $118.80<br>Total of summarized items: $3,066.60 | 1 | 3,066.60 | 3,066.60 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**                    **USD 3,066.60**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Music Famamenam, LP
10877 Wilshire Blvd Ste 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8699 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with 2021 US Partnership Tax Preparation and Filing, Bookkeeping, Bill Pay, and Cash Management:<br>Hours Project Amount<br>6.10 2021 Partnership Tax Return $2,852.00<br>0.10 Management Accounts-Month 8 $19.80<br>0.10 Management Accounts-Month 9 $26.50<br>11.30 Year End Partnership 2021 $3,585.60<br>10.90 Bookkeeping $2,450.10<br>Total of summarized items: $8,934.00 | 1 | 8,934.00 | 8,934.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 8,934.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7309
**DATE** 06/30/2021
**DUE DATE** 06/30/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Professional services in relation to sale of property, 15742 Hartsook St, 91436 | 1 | 22,760.50 | 22,760.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 22,760.50

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7443 |
| **DATE** | 08/31/2021 |
| **DUE DATE** | 08/31/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 25,386.00 | 25,386.00 |
| Bill Pay | 1 | 6,525.50 | 6,525.50 |
| Budgeting | 1 | 3,369.00 | 3,369.00 |
| Live Accounting | 1 | 627.50 | 627.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 35,908.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7515
**DATE** 09/30/2021
**DUE DATE** 09/30/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping: | 1 | 20,815.50 | 20,815.50 |
| | | | |
| 3.70 Alan Fitzpatrick $2,201.50 | | | |
| 0.90 Daniel Quintana $324.00 | | | |
| 7.00 Lulu He $700.00 | | | |
| 54.40 Manaus Saavedra $5,440.00 | | | |
| 1.20 Maribel Ruvalcaba $570.00 | | | |
| 14.80 Nina Nguyen $7,030.00 | | | |
| 45.50 Saman Moheban $4,550.00 | | | |
| | | | |
| Subtotal for: Bookkeeping $20,815.50 | | | |
| Bill Pay: | 1 | 7,438.50 | 7,438.50 |
| | | | |
| 0.30 Lulu He $36.00 | | | |
| 3.50 Manaus Saavedra $420.00 | | | |
| 14.70 Nina Nguyen $6,982.50 | | | |
| | | | |
| Subtotal for: Bill Pay $7,438.50 | | | |
| Budgeting: | 1 | 2,076.00 | 2,076.00 |
| | | | |
| 3.00 Maribel Ruvalcaba $1,080.00 | | | |
| 8.30 Saman Moheban $996.00 | | | |
| | | | |
| Subtotal for: Budgeting $2,076.00 | | | |
| Contract review: | 1 | 190.00 | 190.00 |
| | | | |
| 0.40 Nina Nguyen $190.00 | | | |
| | | | |
| Subtotal for: Contract review $190.00 | | | |
| Investment Management: | 1 | 190.00 | 190.00 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 0.40 Nina Nguyen $190.00 | | | |
| Subtotal for: Investment Management $190.00 | | | |
| Month End Reporting: | 1 | 285.00 | 285.00 |
| 0.60 Nina Nguyen $285.00 | | | |
| Subtotal for: Month End Reporting $285.00 | | | |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 30,995.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7634
**DATE** 10/31/2021
**DUE DATE** 10/31/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Professional services rendered in connection with the 2020 U.S. Individual Income Tax Return<br>Less Progress Bill 04/30/2021 | 1 | 25,000.00 | 25,000.00 |

**BALANCE DUE** **USD 25,000.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7671
**DATE** 10/31/2021
**DUE DATE** 10/31/2021
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Nina  Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping: | 1 | 25,522.50 | 25,522.50 |
| | | | |
| 5.60 Alan Fitzpatrick $3,332.00 | | | |
| 0.30 Daniel Quintana $108.00 | | | |
| 4.10 Lulu He $410.00 | | | |
| 49.10 Manaus Saavedra $4,910.00 | | | |
| 17.50 Nina Nguyen $8,312.50 | | | |
| 63.60 Saman Moheban $6,360.00 | | | |
| 19.40 Tyra Garner $1,940.00 | | | |
| 1.50 Zenna Twibill $150.00 | | | |
| | | | |
| Subtotal for: Bookkeeping $25,522.50 | | | |
| Bill Pay: | 1 | 4,432.50 | 4,432.50 |
| | | | |
| 0.20 Alex Plantilla $119.00 | | | |
| 1.20 Manaus Saavedra $144.00 | | | |
| 8.50 Nina Nguyen $4,037.50 | | | |
| 1.10 Zenna Twibill $132.00 | | | |
| | | | |
| Subtotal for: Bill Pay $4,432.50 | | | |
| Budgeting: | 1 | 2,771.00 | 2,771.00 |
| | | | |
| 3.20 Manaus Saavedra $384.00 | | | |
| 2.70 Maribel Ruvalcaba $972.00 | | | |
| 0.20 Nina Nguyen $95.00 | | | |
| 11.00 Saman Moheban $1,320.00 | | | |
| | | | |
| Subtotal for: Budgeting $2,771.00 | | | |
| Household Budgeting: | 1 | 285.00 | 285.00 |
| | | | |
| 0.60 Nina Nguyen $285.00 | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Subtotal for: Household Budgeting $285.00 | | | |
| Month End Reporting: | 1 | 380.00 | 380.00 |
| 0.80 Nina Nguyen $380.00 | | | |
| Subtotal for: Month End Reporting $380.00 | | | |

BALANCE DUE     **USD 33,391.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7806
**DATE** 03/29/2022
**DUE DATE** 03/29/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

---

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Individual Tax Rtn: | 1 | 1,085.50 | 1,085.50 |
| | | | |
| 1.90 Jessica Garcia $370.50 | | | |
| 0.20 Nina Nguyen $95.00 | | | |
| 0.80 Ray Grant $300.00 | | | |
| 0.50 Risa Kita $320.00 | | | |
| | | | |
| Subtotal for: Individual Tax Rtn $1,085.50 | | | |
| Corporate Tax Rtn: | 1 | 42,144.00 | 42,144.00 |
| | | | |
| 1.20 Connor Southwell $864.00 | | | |
| 19.10 Daniel Quintana $6,876.00 | | | |
| 76.70 Joshua Kim $27,612.00 | | | |
| 2.10 Lulu He $252.00 | | | |
| 2.10 Manaus Saavedra $252.00 | | | |
| 8.50 Nwasike, Noni $6,120.00 | | | |
| 1.40 Zenna Twibill $168.00 | | | |
| | | | |
| Subtotal for: Corporate Tax Rtn $42,144.00 | | | |
| Bookkeeping: | 1 | 14,736.20 | 14,736.20 |
| | | | |
| 0.60 Alan Fitzpatrick $336.00 | | | |
| 3.00 Alex Plantilla $1,785.00 | | | |
| 5.10 Gegham Piliposian $510.00 | | | |
| 8.80 Hamish Houston $880.00 | | | |
| 0.60 Lulu He $60.00 | | | |
| 24.90 Manaus Saavedra $2,490.00 | | | |
| 3.10 Melissa Dimalanta $531.50 | | | |
| 4.20 Nina Nguyen $1,995.00 | | | |
| 29.10 Saman Moheban $3,831.20 | | | |
| 0.50 Shah, Janak $237.50 | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 20.80 Zenna Twibill $2,080.00 | | | |
| | | | |
| Subtotal for: Bookkeeping $14,736.20 | | | |
| Bill Pay: | 1 | 19,809.30 | 19,809.30 |
| | | | |
| 9.30 Alex Plantilla $5,533.50 | | | |
| 1.00 Daniel Quintana $360.00 | | | |
| 0.50 Hamish Houston $60.00 | | | |
| 4.30 Lulu He $516.00 | | | |
| 30.40 Manaus Saavedra $3,648.00 | | | |
| 0.60 Maribel Ruvalcaba $216.00 | | | |
| 0.40 Melissa Dimalanta $74.00 | | | |
| 7.00 Nina Nguyen $3,325.00 | | | |
| 18.10 Saman Moheban $3,076.80 | | | |
| 1.70 Thomas St John $1,224.00 | | | |
| 14.80 Zenna Twibill $1,776.00 | | | |
| | | | |
| Subtotal for: Bill Pay $19,809.30 | | | |
| Budgeting: | 1 | 74,604.60 | 74,604.60 |
| | | | |
| 51.50 Alan Fitzpatrick $29,732.50 | | | |
| 11.50 Amy Murdock $5,462.50 | | | |
| 16.00 Gegham Piliposian $1,920.00 | | | |
| 17.30 Hamish Houston $2,221.00 | | | |
| 6.00 Lulu He $720.00 | | | |
| 36.50 Manaus Saavedra $4,380.00 | | | |
| 13.50 Maribel Ruvalcaba $4,860.00 | | | |
| 32.00 Melissa Dimalanta $6,384.00 | | | |
| 80.75 Saman Moheban $12,661.80 | | | |
| 41.70 Tyra Garner $6,142.80 | | | |
| 1.00 Zenna Twibill $120.00 | | | |
| | | | |
| Subtotal for: Budgeting $74,604.60 | | | |
| Contract review: | 1 | 4,143.00 | 4,143.00 |
| | | | |
| 6.60 Nina Nguyen $3,135.00 | | | |
| 0.60 Thomas St John $432.00 | | | |
| 0.80 Tim Gardner $576.00 | | | |
| | | | |
| Subtotal for: Contract review $4,143.00 | | | |
| Company Secretarial: | 1 | 2,042.50 | 2,042.50 |
| | | | |
| 4.30 Nina Nguyen $2,042.50 | | | |
| | | | |
| Subtotal for: Company Secretarial $2,042.50 | | | |
| Write-Up: | 1 | 95.00 | 95.00 |
| | | | |
| 0.20 Nina Nguyen $95.00 | | | |
| | | | |
| Subtotal for: Write-Up $95.00 | | | |
| Guild Administration: | 1 | 821.00 | 821.00 |
| | | | |
| 0.80 Manaus Saavedra $96.00 | | | |
| 1.40 Nina Nguyen $665.00 | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 0.40 Saman Moheban $48.00 | | | |
| 0.10 Zenna Twibill $12.00 | | | |
| | | | |
| Subtotal for: Guild Administration $821.00 | | | |
| Household Budgeting: | 1 | 190.00 | 190.00 |
| | | | |
| 0.40 Nina Nguyen $190.00 | | | |
| | | | |
| Subtotal for: Household Budgeting $190.00 | | | |
| Insurance Claims: | 1 | 18,295.50 | 18,295.50 |
| | | | |
| 0.80 Joshua Kim $288.00 | | | |
| 1.00 Manaus Saavedra $120.00 | | | |
| 0.50 Miriam Chang $360.00 | | | |
| 36.90 Nina Nguyen $17,527.50 | | | |
| | | | |
| Subtotal for: Insurance Claims $18,295.50 | | | |
| Investment Management: | 1 | 2,368.00 | 2,368.00 |
| | | | |
| 0.80 Daniel Quintana $288.00 | | | |
| 2.80 Nina Nguyen $1,330.00 | | | |
| 2.00 Ray Grant $750.00 | | | |
| | | | |
| Subtotal for: Investment Management $2,368.00 | | | |
| Mortgage and Auto Finance: | 1 | 6,161.00 | 6,161.00 |
| | | | |
| 0.80 Manaus Saavedra $96.00 | | | |
| 8.90 Nina Nguyen $4,227.50 | | | |
| 4.10 Ray Grant $1,537.50 | | | |
| 2.50 Saman Moheban $300.00 | | | |
| | | | |
| Subtotal for: Mortgage and Auto Finance $6,161.00 | | | |
| Month End Reporting: | 1 | 1,841.40 | 1,841.40 |
| | | | |
| 9.30 Saman Moheban $1,841.40 | | | |
| | | | |
| Subtotal for: Month End Reporting $1,841.40 | | | |
| Rights Management | 1 | 4,176.00 | 4,176.00 |
| | | | |
| 5.80 Jon Payne $4,176.00 | | | |
| | | | |
| Subtotal for: Rights Management $4,176.00 | | | |
| Special Projects: | 1 | 5,954.50 | 5,954.50 |
| | | | |
| 5.50 Connor Southwell $3,960.00 | | | |
| 1.40 Jason Brookbanks $1,008.00 | | | |
| 1.90 Nina Nguyen $902.50 | | | |
| 0.70 Zenna Twibill $84.00 | | | |
| | | | |
| Subtotal for: Special Projects $5,954.50 | | | |
| Tax: | 1 | 5,136.00 | 5,136.00 |
| | | | |
| 1.70 Risa Kita $816.00 | | | |
| 6.00 Todd Hedgpeth $4,320.00 | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Subtotal for: Tax $5,136.00 | | | |
| Touring: | 1 | 95.00 | 95.00 |
| 0.20 Nina Nguyen $95.00 | | | |
| Subtotal for: Touring $95.00 | | | |
| Year End: | 1 | 10,780.50 | 10,780.50 |
| 4.30 Daniel Quintana $1,548.00 | | | |
| 8.00 Maribel Ruvalcaba $2,880.00 | | | |
| 0.50 Miriam Chang $360.00 | | | |
| 1.50 Nina Nguyen $712.50 | | | |
| 0.50 Risa Kita $240.00 | | | |
| 14.00 Zaid Rawas $5,040.00 | | | |
| Subtotal for: Year End $10,780.50 | | | |
| US Tax (Meetings/Correspondence/Review/ Data Gathering/Analysis/Research: | 1 | 4,392.00 | 4,392.00 |
| 0.80 Joshua Kim $288.00 | | | |
| 4.00 Miriam Chang $2,880.00 | | | |
| 0.70 Nwasike, Noni $504.00 | | | |
| 1.00 Todd Hedgpeth $720.00 | | | |
| Subtotal for: US Tax $4,392.00 | | | |
| Insurance: | 1 | 1,405.00 | 1,405.00 |
| 0.50 Miriam Chang $360.00 | | | |
| 2.20 Nina Nguyen $1,045.00 | | | |
| Subtotal for: Insurance $1,405.00 | | | |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**   **USD 220,276.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** EXPLA886
**DATE** 05/31/2022
**DUE DATE** 05/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| State and Local Tax advice December 16, 2021 | 1 | 3,750.00 | 3,750.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,750.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8103
**DATE** 07/26/2022
**DUE DATE** 07/26/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Time in relation to 2020 tax notices, reporting to the Internal Revenue Service and negotiating a payment plan on behalf of Philip Lawrence and Urbana Chappa | 1 | 183,868.40 | 183,868.40 |
| Progress Bills Applied: | 1 | -12,433.33 | -12,433.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 171,435.07**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8685
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with 2021 US Individual Tax Return Preparation, 2020 IRS Tax Liability Notice Response, Bookkeeping, Bill Pay, and Cash Management: Hours Project Amount 4.80 13 Week Cash Flow Forecast-Week 1 $2,160.00 2.40 13 Week Cash Flow Forecast-Week 2 $1,080.00 8.50 13 Week Cash Flow Forecast-Week 29 $2,252.50 6.00 13 Week Cash Flow Forecast-Week 30 $1,188.00 6.50 13 Week Cash Flow Forecast-Week 31 $1,287.00 5.10 13 Week Cash Flow Forecast-Week 32 $1,009.80 4.00 13 Week Cash Flow Forecast-Week 33 $792.00 13.30 13 Week Cash Flow Forecast-Week 34 $4,268.40 15.60 13 Week Cash Flow Forecast-Week 35 $4,246.80 7.60 13 Week Cash Flow Forecast-Week 36 $1,756.80 4.70 13 Week Cash Flow Forecast-Week 37 $930.60 9.80 13 Week Cash Flow Forecast-Week 38 $3,326.40 5.00 13 Week Cash Flow Forecast-Week 39 $990.00 3.80 13 Week Cash Flow Forecast-Week 4 $1,710.00 8.60 13 Week Cash Flow Forecast-Week 40 $2,430.90 5.90 13 Week Cash Flow Forecast-Week 41 $1,470.60 4.20 13 Week Cash Flow Forecast-Week 42 $831.60 3.40 13 Week Cash Flow Forecast-Week 43 $673.20 4.70 13 Week Cash Flow Forecast-Week 44 $1,124.50 3.70 13 Week Cash Flow--Week 1 $1,665.00 0.90 13 Week Cash Flow--Week 24 $238.50 15.40 2020 Tax Payment Pla $11,208.00 20.70 2021 Individual Tax Return $7,461.20 31.60 2022 13 Week Cash Flow Forecast $8,180.40 4.10 2022 Haskell Expenses $885.50 0.40 20220706 Tipalti $158.60 1.40 4965 Tarzana LLC (WIRE) 20220728 $533.00 1.10 4965 Tarzana LLC (WIRE) 20220831 $330.70 | 1 | 202,858.08 | 202,858.08 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|

1.10 4965 Tarzana LLC (WIRE) 20220930 $310.60
0.40 Account Top Up 20220602 $79.20
1.60 Bank Fraud + New Card Setup $720.00
0.30 Cadillace Escalade (ACH) 20220610 $59.40
0.50 Cash Request 20220725 $178.40
1.20 Cash Request 20220728 $489.60
1.70 Cash Request 20220808 $487.80
1.50 Dr. Deniz Ahmadinia (CHECK) 20220714 $603.20
1.30 Dun & Dun LLC (WIRE) 20220712 $534.60
1.00 Entities Review $525.00
0.20 Entity Top Up (Transfer) 20220502 $24.00
0.90 Entity Top Up 20220503 $178.20
0.30 Entity Top Up 20220510 $59.40
0.30 Entity Top Up 20220517 $59.40
0.30 Entity Top Up 20220518 $59.40
0.30 Entity Top Up 20220520 $59.40
0.30 Entity Top Up 20220525 $59.40
0.20 Escalade PMT 20220523 $39.60
0.40 GM Financial (ACH) 20220824 $79.20
0.60 GMC Financial (ACH) 20220706 $118.80
0.70 IPFS (Wire) 20220502 $218.00
4.30 IRS Response #1 (2020 IRS liability) $1,981.00
59.30 IRS Response #2 $20,168.30
0.20 LADWP (ACH) 20220804 $39.60
0.40 LADWP Catchup (ACH) 20220706 $79.20
0.40 Los Encinos School (WIRE) 20220707 $79.20
0.60 Lumi Beauty (WIRE) 20220711 $118.80
12.10 Management Accounts-Month 10 $3,206.50
2.50 Management Accounts-Month 11 $629.00
8.20 Management Accounts-Month 8 $2,148.00
4.30 Management Accounts-Month 9 $1,106.00
0.20 Mercedes Benz (ACH) 20220916 $39.60
0.30 Mercedes Benz Catchup (ACH) 20220718 $59.40
1.00 Mercedes Benz Financial (ACH) 20220831 $231.50
0.60 Michael Chapa (WIRE) 20220706 $198.20
0.20 Mortgage Catch Up (PMT) 20220615 $39.60
0.10 Nathan Music Group WIRE 20220428 $19.80
1.10 Nathan Music Group Wire 20220429 $320.40
1.90 Prioity Overdue Payments $855.00
1.00 SAG Aftra Electronic Coplies Delivery $198.00
0.30 SAG Q2 & Q3 Health (ACH) $59.40
0.30 SAG-AFTRA Health Q4 (ACH) 20221003 $59.40
0.50 Sharareh Rastegar Trust (WIRE) 20220707 $138.70
1.60 Sharareh Rastegar Trust (Wire) 20220802 $471.80
1.10 Sharareh Rastegar Trust (WIRE) 20220831 $330.70
0.70 Sharareh Rastegar Trust (WIRE) 20220930 $152.00
0.40 So Cal Gas (CHECK) 20220909 $79.20
0.50 Tipalti (WIRE) 20220712 $99.00
0.90 Tipalti (WIRE) 20220719 $383.60
0.40 Tipalti (WIRE) 20220808 $158.60
0.90 Tipalti (WIRE) 20220906 $284.40
0.60 Tipalti (WIRE) 20220923 $158.50
1.30 Tipalti Funding USD (WIRE) 20221004 $455.90
0.70 Tipalti Payments, Inc. (WIRE) 20221013 $152.00
0.30 Tipalti Top Up (WIRE) 20220629 $59.40
0.40 Tipalti Top Up 20220623 $79.20

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 0.70 Tipalti Top Up 20220708 $218.00 | | | |
| 0.60 Westmark School (CHECK) 20220719 $198.20 | | | |
| 18.30 Year End 2021 $4,277.40 | | | |
| 353.36 Bookkeeping services $94,392.98 | | | |
| Progress Bills Applied | 1 | -56,366.64 | -56,366.64 |

|  | BALANCE DUE | **USD 146,491.44** |
|---|---|---|

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8919
**DATE** 12/22/2022
**DUE DATE** 12/22/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Individual Tax Rtn<br>0.40 Jeanette Ciccone $210.00<br>0.90 Jessica Garcia $175.50<br>1.20 Sophie Gilbert $444.00<br>Subtotal for: Individual Tax Rtn $829.50 | 1 | 829.50 | 829.50 |
| Bookkeeping<br>25.00 Aimee Ruiz $4,950.00<br>2.40 Albert Medina $475.20<br>5.00 Karina Safina $990.00<br>0.10 Naomi Lin $59.50<br>4.30 Rachel Hirsch $1,935.00<br>11.90 Saman Moheban $2,356.20<br>1.30 Tyra Garner $344.50<br>31.30 Zenna Twibill $8,294.50<br>Subtotal for: Bookkeeping $19,404.90 | 1 | 19,404.90 | 19,404.90 |
| Bill Pay<br>0.40 Aleksandra Svetina $79.20<br>0.10 Alex Plantilla $59.50<br>0.40 Hamish Houston $106.00<br>1.50 Karina Safina $297.00<br>0.10 Lafayette Curtis $19.80<br>0.20 Naomi Lin $119.00<br>2.60 Rachel Hirsch $1,170.00<br>2.10 Saman Moheban $415.80<br>1.20 Zenna Twibill $318.00<br>Subtotal for: Bill Pay $2,584.30 | 1 | 2,584.30 | 2,584.30 |
| Budgeting<br>8.50 Alan Fitzpatrick $4,462.50<br>19.90 Karina Safina $3,940.20<br>1.80 Nina Nguyen $855.00<br>0.90 Rachel Hirsch $405.00 | 1 | 16,691.70 | 16,691.70 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 35.50 Saman Moheban $7,029.00<br>Subtotal for: Budgeting $16,691.70 | | | |
| Contract review<br>2.50 Rachel Hirsch $1,125.00<br>Subtotal for: Contract review $1,125.00 | 1 | 1,125.00 | 1,125.00 |
| Real Estate<br>0.50 Rachel Hirsch $225.00<br>Subtotal for: Real Estate $225.00 | 1 | 225.00 | 225.00 |
| Insurance Claims<br>2.70 Karina Safina $534.60<br>9.20 Rachel Hirsch $4,140.00<br>12.70 Saman Moheban $2,514.60<br>Subtotal for: Insurance Claims $7,189.20 | 1 | 7,189.20 | 7,189.20 |
| Insurance<br>2.00 Violeta Davidyan $550.00<br>Subtotal for: Insurance $550.00 | 1 | 550.00 | 550.00 |
| Investment Management<br>0.20 Rachel Hirsch $90.00<br>Subtotal for: Investment Management $90.00 | 1 | 90.00 | 90.00 |
| Legal<br>10.00 Albert Medina $1,980.00<br>12.60 Gegham Piliposian $3,339.00<br>4.00 Hamish Houston $1,060.00<br>1.00 Jeanette Ciccone $525.00<br>0.70 Jennifer Shields-Perkins $199.50<br>5.90 Karina Safina $1,168.20<br>2.50 Melissa Dimalanta $662.50<br>1.00 Nina Nguyen $475.00<br>0.60 Rachel Hirsch $270.00<br>5.10 Saman Moheban $1,009.80<br>39.00 Thomas St John $32,175.00<br>10.10 Tyra Garner $2,676.50<br>Subtotal for: Legal $45,540.50 | 1 | 45,540.50 | 45,540.50 |
| Live Payments<br>1.10 Rachel Hirsch $495.00<br>Subtotal for: Live Payments $495.00 | 1 | 495.00 | 495.00 |
| Mortgage and Auto Finance<br>0.80 Nina Nguyen $380.00<br>13.10 Rachel Hirsch $5,895.00<br>Subtotal for: Mortgage and Auto Finance $6,275.00 | 1 | 6,275.00 | 6,275.00 |
| Month End Reporting<br>16.90 Albert Medina $3,346.20<br>28.50 Gegham Piliposian $7,552.50<br>0.50 Hamish Houston $132.50<br>0.60 Jeanette Ciccone $315.00<br>0.60 Karina Safina $118.80<br>0.60 Melissa Dimalanta $159.00<br>0.40 Nina Nguyen $190.00<br>41.10 Saman Moheban $8,137.80<br>0.80 Sophie Gilbert $296.00<br>0.40 Tyra Garner $106.00<br>Subtotal for: Month End Reporting $20,353.80 | 1 | 20,353.80 | 20,353.80 |
| Residency & SS Certificates | 1 | 212.00 | 212.00 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 0.80 Melissa Dimalanta $212.00<br>Subtotal for: Residency & SS Certificates $212.00 | | | |
| Rights Management<br>0.40 Jessica Hernandez $79.20<br>Subtotal for: Rights Management $79.20 | 1 | 79.20 | 79.20 |
| Special Projects<br>0.80 Jeanette Ciccone $420.00<br>0.80 Rachel Hirsch $360.00<br>Subtotal for: Special Projects $780.00 | 1 | 780.00 | 780.00 |
| Tax<br>0.60 Gary Rowson $576.00<br>Subtotal for: Tax $576.00 | 1 | 576.00 | 576.00 |
| Touring<br>1.70 Nina Nguyen $807.50<br>0.90 Rachel Hirsch $405.00<br>Subtotal for: Touring $1,212.50 | 1 | 1,212.50 | 1,212.50 |
| VISA<br>1.00 Nina Nguyen $475.00<br>Subtotal for: VISA $475.00 | 1 | 475.00 | 475.00 |
| Year End<br>0.70 Jeanette Ciccone $367.50<br>Subtotal for: Year End $367.50 | 1 | 367.50 | 367.50 |
| Tax Audit Research and Preparation<br>0.40 Nina Nguyen $190.00<br>8.80 Sophie Gilbert $3,256.00<br>Subtotal for: No Subcategory $3,446.00 | 1 | 3,446.00 | 3,446.00 |
| Progress Bills Applied: | 1 | -<br>28,183.32 | -<br>28,183.32 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**        **USD 100,318.78**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8940 |
| **DATE** | 12/30/2022 |
| **DUE DATE** | 12/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| POESTA CREEK LLC Delaware File LLC Dissolution | 1 | 896.00 | 896.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 896.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9248
**DATE** 02/28/2023
**DUE DATE** 02/28/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 9.30 13 Week Cash Flow Forecast-Week 1 | 1 | 2,122.80 | 2,122.80 |
| 4.80 13 Week Cash Flow Forecast-Week 2 | 1 | 1,024.10 | 1,024.10 |
| 6.60 13 Week Cash Flow Forecast-Week 3 | 1 | 1,438.40 | 1,438.40 |
| 4.60 13 Week Cash Flow Forecast-Week 4 | 1 | 1,219.00 | 1,219.00 |
| 7.90 13 Week Cash Flow Forecast-Week 5 | 1 | 1,678.10 | 1,678.10 |
| 2.50 13 Week Cash Flow Forecast-Week 51 | 1 | 495.00 | 495.00 |
| 7.90 13 Week Cash Flow Forecast-Week 52 | 1 | 1,564.20 | 1,564.20 |
| 3.80 13 Week Cash Flow Forecast-Week 6 | 1 | 1,007.00 | 1,007.00 |
| 10.80 13 Week Cash Flow Forecast-Week 7 | 1 | 2,503.00 | 2,503.00 |
| 5.50 13 Week Cash Flow Forecast-Week 8 | 1 | 1,390.50 | 1,390.50 |
| 3.80 13 Week Cash Flow-Week 6 | 1 | 752.40 | 752.40 |
| 4.70 2020 Tax Payment Planning | 1 | 3,369.00 | 3,369.00 |
| 1.70 2021 Individual Tax Return | 1 | 655.50 | 655.50 |
| 0.30 4965 Tarzana LLC (WIRE) 20221223 | 1 | 59.40 | 59.40 |
| 0.20 4965 Tarzana LLC (WIRE) 20230120 | 1 | 53.00 | 53.00 |
| 0.30 4965 Tarzana LLC (WIRE) 20230222 | 1 | 79.50 | 79.50 |
| 0.40 Bruno Mars Tour | 1 | 190.00 | 190.00 |
| 2.30 Camino New Mexico | 1 | 849.50 | 849.50 |
| 0.20 Class Action Baggage Fee Claim | 1 | 75.00 | 75.00 |
| 0.40 CNB Haskell Mortgage Payment 20230215 | 1 | 79.20 | 79.20 |
| 0.60 Coinbase | 1 | 259.50 | 259.50 |
| 0.80 Department of Motor Vehicles (ACH) 20230224 | 1 | 158.40 | 158.40 |
| 9.70 Divorce | 1 | 3,951.00 | 3,951.00 |
| 1.00 Divorce: Voluntary Settlement Conf. 20230316 | 1 | 500.00 | 500.00 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 0.40 Global One Financial (WIRE) 20230216 | 1 | 79.20 | 79.20 |
| 0.40 GM Financial (ACH) 20230217 | 1 | 106.00 | 106.00 |
| 0.30 GM Financial Cadillac Escalade (ACH) 20221223 | 1 | 59.40 | 59.40 |
| 0.30 GM Financial Cadillac XT6 (ACH) 20221223 | 1 | 59.40 | 59.40 |
| 0.20 Insurance Review - Remove policy 4425 Haskell | 1 | 44.00 | 44.00 |
| 0.40 Internal Revenue Service (ACH) 20230131 | 1 | 106.00 | 106.00 |
| 32.80 Interrogatories, Sch. of Assts, Inc & Exp Dec | 1 | 14,305.00 | 14,305.00 |
| 0.10 Irrevocable Life Insurance Trust | 1 | 37.50 | 37.50 |
| 15.10 IRS Response #3 | 1 | 5,230.00 | 5,230.00 |
| 16.70 Life Insurance (S.Roth and BG Law) | 1 | 5,910.00 | 5,910.00 |
| 0.70 Los Encinos School (WIRE) 20230214 | 1 | 165.40 | 165.40 |
| 15.60 Management Accounts-Month 1 | 1 | 4,234.00 | 4,234.00 |
| 62.40 Management Accounts-Month 12 | 1 | 16,557.90 | 16,557.90 |
| 18.30 Management Accounts-Month 2 | 1 | 4,724.50 | 4,724.50 |
| 1.60 Management Accounts-Month 3 | 1 | 600.00 | 600.00 |
| 0.20 Management Accounts-Month 9 | 1 | 95.00 | 95.00 |
| 2.90 New Mexico Sale of Property | 1 | 1,087.50 | 1,087.50 |
| 1.20 One West End #38A | 1 | 450.00 | 450.00 |
| 1.60 S & S Angel Fire LLC 20230214 | 1 | 316.80 | 316.80 |
| 0.10 Sale/Lease of Property | 1 | 37.50 | 37.50 |
| 0.30 Sharareh Rastegar Trust (WIRE) 20221229 | 1 | 59.40 | 59.40 |
| 0.40 Sharareh Rastegar Trust (WIRE) 20230131 | 1 | 106.00 | 106.00 |
| 0.80 Subpoena of Records (All Entities) | 1 | 400.00 | 400.00 |
| 1.20 Temporary Restraining Order | 1 | 519.00 | 519.00 |
| 0.10 Temporary Services, Settlement Proposal | 1 | 52.50 | 52.50 |
| 0.60 Tipalti Payments Inc. (WIRE) 20230207 | 1 | 159.00 | 159.00 |
| 0.50 Tipalti Payments Inc. (WIRE) 20230215 | 1 | 99.00 | 99.00 |
| 0.40 Tipalti Top Up (WIRE) 20221130 | 1 | 79.20 | 79.20 |
| 0.50 Tipalti Top Up (Wire) 20230201 | 1 | 99.00 | 99.00 |
| 52.50 Urbana Divorce - Production of Documents | 1 | 12,105.30 | 12,105.30 |
| 0.60 Urbana Lawrence SSN Block (AEverett) | 1 | 225.00 | 225.00 |
| 0.40 Urbana Lawrence xx3964 (STO) 20230124 | 1 | 106.00 | 106.00 |
| 0.90 Westmark School (WIRE) 20230223 | 1 | 178.20 | 178.20 |
| 34.70 No Project | 1 | 7,376.40 | 7,376.40 |
| Progress Bills Applied: ($43,170.98) | 1 | - | - |
|  |  | 43,170.98 | 43,170.98 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

BALANCE DUE            USD 58,071.62

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc

Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** EXPLA1027
**DATE** 03/22/2023
**DUE DATE** 03/22/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| BG Law Reimbursable Expense Subpoena RE: Philip Lawrence | 1 | 21,387.50 | 21,387.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 21,387.50



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**

Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9548
**DATE** 04/30/2023
**DUE DATE** 04/30/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and Bill Pay Services | 0 | 22,588.60 | 22,588.60 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 22,588.60**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9449
**DATE** 05/01/2023
**DUE DATE** 05/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 59,750.00 | 59,750.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 59,750.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** EXPLA1040
**DATE** 05/05/2023
**DUE DATE** 05/05/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2017 MERCEDES G550 REGISTRATION FEES paid on 08/03/22. | 1 | 3,850.00 | 3,850.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 3,850.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philip Lawrence
10887 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9827
**DATE** 06/30/2023
**DUE DATE** 06/30/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and Bill Pay | 1 | 10,768.80 | 10,768.80 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 10,768.80**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA10073 |
| **DATE** | 09/12/2023 |
| **DUE DATE** | 09/12/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2022 C-Corporation Tax Return | 1 | 150.00 | 150.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 150.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmarc Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9806
**DATE** 07/01/2023
**DUE DATE** 07/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

**USD 1,083.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9663 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 1,083.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9605
**DATE** 05/30/2023
**DUE DATE** 05/30/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| PHILMAR INC. - Delaware: Agent Representation Service Renewal. Managed Annual Report Service Renewal (5/1/2023-4/30/2024). | 0 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 266.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmarc Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9452 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

**USD 1,083.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9550
**DATE** 04/30/2023
**DUE DATE** 04/30/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping Services | 0 | 2,631.60 | 2,631.60 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

**BALANCE DUE**  **USD 2,631.60**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9370 |
| **DATE** | 04/01/2023 |
| **DUE DATE** | 04/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 1,083.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9279 |
| **DATE** | 03/15/2023 |
| **DUE DATE** | 03/15/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| PHILMAR INC. Delaware Franchise Tax Payment | 1 | 315.03 | 315.03 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 315.03

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9227
**DATE** 03/01/2023
**DUE DATE** 03/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 1,083.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9268 |
| **DATE** | 02/28/2023 |
| **DUE DATE** | 02/28/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount<br>0.50 DE Annual Filing 2022 $162.50<br>Total of summarized items: $162.50 | 1 | 162.50 | 162.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 162.50

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9114 |
| **DATE** | 02/01/2023 |
| **DUE DATE** | 02/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**                    **USD 1,083.33**

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8970
**DATE** 01/01/2023
**DUE DATE** 01/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**     **USD 1,083.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8889
**DATE** 12/01/2022
**DUE DATE** 12/01/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 1,083.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8794
**DATE** 11/15/2022
**DUE DATE** 11/15/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 1,083.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8700
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

---

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with US Corporate Tax Preparation and Filings, Annual Company Secretarial, Bookkeeping, and Bill Pay:<br>Hours Project Amount<br>0.40 1120-ES Estimated Payment-Quarter 4 $79.20<br>1.30 2018 Corporation Tax Return $376.10<br>2.00 2019 Corporation Tax Return $864.00<br>5.60 2021 Corporation Tax Return $2,117.00<br>0.20 DE Annual Filing 2021 $39.60<br>0.70 Statement of Information 2022 $185.50<br>15.20 Year End C Corp 2021 $4,997.00<br>4.30 Year End C Corp-2020 $2,257.50<br>9.10 No Project $2,900.00 | 1 | 13,815.90 | 13,815.90 |
| Progress Bills Applied | 1 | -4,333.32 | -4,333.32 |

---

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 9,482.58

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore

Case 2:25-ap-10826-WK Doc 33-1 Filed 10/08/25 Entered 10/08/25 15:16:28 1 Desc Main Document Page 281 of 525

ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8618
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     USD 1,083.33

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8514
**DATE** 09/30/2022
**DUE DATE** 09/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 1,083.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8411
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 1,083.33**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8224 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

## USD 1,083.33

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8020 |
| **DATE** | 04/30/2022 |
| **DUE DATE** | 04/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 1,083.33 | 1,083.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 1,083.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA7900
**DATE** 03/29/2022
**DUE DATE** 03/29/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 6 months retainer ending 31st March 2022 | 1 | 6,499.98 | 6,499.98 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 6,499.98

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** EXPLA790
**DATE** 03/21/2022
**DUE DATE** 03/21/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal and Managed Annual Report | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 266.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA7664
**DATE** 10/31/2021
**DUE DATE** 10/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| US Corporation Income Tax Return 2020 | 1 | 3,500.00 | 3,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,500.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7666 |
| **DATE** | 10/31/2021 |
| **DUE DATE** | 10/31/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bank account setup - City National Bank | 1 | 505.00 | 505.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

## USD 505.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA7557
**DATE** 09/30/2021
**DUE DATE** 09/30/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping: | 1 | 4,133.00 | 4,133.00 |
| 0.80 Daniel Quintana $288.00 | | | |
| 6.60 Lulu He $660.00 | | | |
| 7.90 Manaus Saavedra $790.00 | | | |
| 2.20 Maribel Ruvalcaba $1,045.00 | | | |
| 0.60 Nina Nguyen $285.00 | | | |
| 10.65 Saman Moheban $1,065.00 | | | |
| Subtotal for: Bookkeeping $4,133.00 | | | |
| Contract review: | 1 | 475.00 | 475.00 |
| 1.00 Nina Nguyen $475.00 | | | |
| Subtotal for: Contract review $475.00 | | | |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 4,608.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss

payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA7463
**DATE** 08/31/2021
**DUE DATE** 08/31/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Annual Filing Fee | 1 | 50.00 | 50.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**

**USD 50.00**

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9807
**DATE** 07/01/2023
**DUE DATE** 07/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 3,916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9664
**DATE** 06/01/2023
**DUE DATE** 06/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9606 |
| **DATE** | 05/30/2023 |
| **DUE DATE** | 05/30/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| PHILMAR STUDIOS, INC. - Delaware: Agent Representation Service Renewal. Managed Annual Report Service Renewal (5/1/2023-4/30/2024). | 0 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**　　　　　　**USD 266.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9453 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9371
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

**USD 3,916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9278
**DATE** 03/15/2023
**DUE DATE** 03/15/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| PHILMAR STUDIOS, INC. Delaware Advance Tax. | 1 | 314.97 | 314.97 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 314.97

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9228
**DATE** 03/01/2023
**DUE DATE** 03/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer March 2023 | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 3,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9113
**DATE** 02/01/2023
**DUE DATE** 02/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer February 2023 | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 3,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8971 |
| **DATE** | 01/01/2023 |
| **DUE DATE** | 01/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer January 2023 | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 3,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8795 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer December 2022 | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 3,916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8753 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer Nov 2022 | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

**USD 3,916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



## INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8701
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with 2021 US Corporate Tax Preparation and Filing, Annual Company Secretarial, and Federal Small Business Support Program Applications:<br>Hours Project Amount<br>0.50 1120-ES Estimated Payment-Quarter 4 $99.00<br>7.50 2021 Corporation Tax Return $3,675.50<br>2.80 ACCT - PPP Round 2 Forgiveness $1,666.00<br>0.50 Business Tax License Renewal 2022 $99.00<br>0.50 DE Annual Filing 2021 $119.10<br>4.50 Management Accounts-Month 12 $2,362.50<br>0.90 Management Accounts-Month 8 $225.10<br>38.50 Management Accounts-Month 9 $10,202.50<br>0.50 Statement of Information 2022 $132.50<br>42.20 Year End C Corp 2021 $10,536.10<br>13.50 No Project $3,996.40<br>Total of summarized items: $33,113.70 | 1 | 33,113.70 | 33,113.70 |
| Progress Bills Applied | 1 | -<br>16,424.79 | -<br>16,424.79 |

**BALANCE DUE**   **USD 16,688.91**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8619 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8515
**DATE** 09/30/2022
**DUE DATE** 09/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Monthly Retainer | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8412
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**          **USD 3,916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8225 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer July 2022 | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 3,916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8021
**DATE** 04/30/2022
**DUE DATE** 04/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 3,916.67 | 3,916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 3,916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA7903
**DATE** 03/29/2022
**DUE DATE** 03/29/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly retainer for 2021 and 3 months ending 31st March 2022 | 1 | 60,646.60 | 60,646.60 |
| Courtesy Discount | 1 | -1,896.55 | -1,896.55 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 58,750.05

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Philmar Studios, Inc
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** EXPLA791
**DATE** 03/21/2022
**DUE DATE** 03/21/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal and Managed Annual Report | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 266.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9814 |
| **DATE** | 07/01/2023 |
| **DUE DATE** | 07/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9672 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9460 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**   **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9378
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9235 |
| **DATE** | 03/01/2023 |
| **DUE DATE** | 03/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9121 |
| **DATE** | 02/01/2023 |
| **DUE DATE** | 02/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8978
**DATE** 01/01/2023
**DUE DATE** 01/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**   **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8881 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8802 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8707 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with US SMLLC Preparation and Filing, Annual Company Secretarial, Bookkeeping, Bill Pay, and Cash Management: Hours Project Amount<br>0.70 2021 SMLLC Tax Return $138.30<br>0.20 Business Tax License Renewal 2022 $39.60<br>1.50 Management Accounts-Month 8 $297.00<br>0.50 Philip Lawrence x4560 TFR 20220518 $112.40<br>4.80 Year End SMLLC 2020 $1,820.00<br>12.40 Year End SMLLC 2021 $3,031.40<br>9.00 No Project $2,256.40<br>Total of summarized items: $7,695.10 | 1 | 7,695.10 | 7,695.10 |
| Progress Bills Applied | 1 | -3,666.68 | -3,666.68 |

**BALANCE DUE**                    **USD 4,028.42**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore

ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8626 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8523
**DATE** 09/30/2022
**DUE DATE** 09/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8420 |
| **DATE** | 08/31/2022 |
| **DUE DATE** | 08/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8233 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer July 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8028
**DATE** 04/30/2022
**DUE DATE** 04/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7830
**DATE** 03/29/2022
**DUE DATE** 03/29/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas ST John

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| 2021 1099 Reporting | 1 | 500.00 | 500.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 500.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7726
**DATE** 12/31/2021
**DUE DATE** 12/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Ray Grant

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 3,203.50 | 3,203.50 |
| Contract Review | 1 | 1,187.50 | 1,187.50 |
| Company Secretarial | 1 | 285.00 | 285.00 |
| Insurance | 1 | 285.00 | 285.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 4,961.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7727
**DATE** 12/31/2021
**DUE DATE** 12/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Ray Grant

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with the 2020 SMLLC Tax Return | 1 | 600.00 | 600.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**

# USD 600.00

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA7305 |
| **DATE** | 06/10/2021 |
| **DUE DATE** | 06/10/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| New City National Bank Account Setup $522.50<br>New QuickBooks Accounts $262.00<br>Monthly Bookkeeping $990.00<br>Invoice Total: $1,774.50 | 1 | 1,774.50 | 1,774.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE** **USD 1,774.50**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA7037
**DATE** 04/30/2021
**DUE DATE** 04/30/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Progress billing in relation to 2020 CA Form 568 Limited Liability Company Return of Income | 1 | 650.00 | 650.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 650.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL1 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA6637
**DATE** 09/21/2020
**DUE DATE** 09/21/2020
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Incorporation - Rush Service | 1 | 1,500.00 | 1,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 1,500.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9728
**DATE** 07/01/2023
**DUE DATE** 07/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9684
**DATE** 06/01/2023
**DUE DATE** 06/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**          **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9470 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA9315
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9239
**DATE** 03/01/2023
**DUE DATE** 03/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9272
**DATE** 02/28/2023
**DUE DATE** 02/28/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount | 1 | 2,359.50 | 2,359.50 |
| 1.50 2022 1099 Reporting $180.00 | | | |
| 0.40 Business Tax License Renewal 2023 $48.00 | | | |
| 0.50 Management Accounts-Month 1 $164.40 | | | |
| 2.90 Management Accounts-Month 10 $574.20 | | | |
| 0.40 Management Accounts-Month 11 $177.30 | | | |
| 3.60 Management Accounts-Month 12 $791.60 | | | |
| 1.60 Management Accounts-Month 2 $424.00 | | | |
| Total of summarized items: $2,359.50 | | | |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 2,359.50**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9136 |
| **DATE** | 02/01/2023 |
| **DUE DATE** | 02/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8996
**DATE** 01/01/2023
**DUE DATE** 01/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8875 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services. To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic. If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements. As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

**INVOICE #** LA8819
**DATE** 11/15/2022
**DUE DATE** 11/15/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Nov 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8706
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with 2021 US SMLLC Preparation and Filing, Bookkeeping, Bill Pay, and Cash Management:<br>Hours Project Amount<br>0.10 2021 SMLLC Tax Return $19.50<br>0.30 Entity Top Up 20220503 $59.40<br>1.60 Management Accounts-Month 8 $316.80<br>0.20 New QuickBooks US $119.00<br>14.90 Year End SMLLC 2021 $3,881.50<br>14.10 No Project $4,233.80<br>Total of summarized items: $8,630.00 | 1 | 8,630.00 | 8,630.00 |
| Progress Bills Applied | 1 | - 3,940.01 | -3,940.01 |

**BALANCE DUE**       **USD 4,689.99**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy

to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8524 |
| **DATE** | 09/30/2022 |
| **DUE DATE** | 09/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**

# USD 916.67

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8421 |
| **DATE** | 08/31/2022 |
| **DUE DATE** | 08/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**

# USD 916.67

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8234 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer July 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA8029
**DATE** 04/30/2022
**DUE DATE** 04/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7831
**DATE** 03/29/2022
**DUE DATE** 03/29/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2021 1099 Reporting | 1 | 500.00 | 500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 500.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA7728 |
| **DATE** | 12/31/2021 |
| **DUE DATE** | 12/31/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Ray Grant

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 2,846.00 | 2,846.00 |
| Contract Review | 1 | 237.50 | 237.50 |
| Company Secretarial | 1 | 285.00 | 285.00 |
| Special Projects | 1 | 950.00 | 950.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**     **USD 4,318.50**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA7729
**DATE** 12/31/2021
**DUE DATE** 12/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Ray Grant

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with the 2020 SMLLC Tax Return | 1 | 600.00 | 600.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 600.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** EXPLA324
**DATE** 12/31/2020
**DUE DATE** 12/31/2020
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 10/7/2020 ASCAP New Publisher Account for PL2100 | 1 | 50.00 | 50.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 50.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA6707
**DATE** 10/15/2020
**DUE DATE** 10/15/2020
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| ASCAP Publisher Account | 1 | 1,190.00 | 1,190.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 1,190.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PL2 LLC
10877 Wilshire Blvd Suite 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA6640 |
| **DATE** | 09/21/2020 |
| **DUE DATE** | 09/21/2020 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Incorporation - Rush Service | 1 | 1,500.00 | 1,500.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**      **USD 1,500.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9810 |
| **DATE** | 07/01/2023 |
| **DUE DATE** | 07/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**        **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9668
**DATE** 06/01/2023
**DUE DATE** 06/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9607
**DATE** 05/30/2023
**DUE DATE** 05/30/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| PML ENTERTAINMENT, INC. - Delaware: Agent Representation Service Renewal. Managed Annual Report Service Renewal (5/1/2023-4/30/2024) | 0 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 266.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9456
**DATE** 05/01/2023
**DUE DATE** 05/01/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 916.67**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

## INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9374
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA9277 |
| **DATE** | 03/15/2023 |
| **DUE DATE** | 03/15/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| PML ENTERTAINMENT, INC. Delaware Advance Tax. | 1 | 314.97 | 314.97 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 314.97



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9231
**DATE** 03/01/2023
**DUE DATE** 03/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| March 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA9117
**DATE** 02/01/2023
**DUE DATE** 02/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8974
**DATE** 01/01/2023
**DUE DATE** 01/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8885
**DATE** 12/01/2022
**DUE DATE** 12/01/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8798
**DATE** 11/15/2022
**DUE DATE** 11/15/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8703
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with US Corporate Tax Preparation and Filings, Tax Notice Responses, Annual Company Secretarial, Bookkeeping, Bill Pay, and Cash Management: Hours Project Amount 3.90 1120S Tax Return 2018 (& Notice response) $2,298.00 0.50 1120S-ES Estimated Payment-Quarter 4 $99.00 0.30 2018 FTB Payment (ACH) 20220812 $59.40 4.20 2018 S-Corporation Tax Return $819.00 0.30 2019 FTB Payment (ACH) 20220812 $59.40 3.70 2019 S-Corporation Tax Return $721.50 0.30 2020 FTB Payment (ACH) 20220812 $59.40 10.70 2020 S-Corporation Tax Return $2,172.00 1.00 2020 S-Corporation Tax Return $195.00 2.20 2020 S-Corporation Tax Return $429.00 4.20 2020 Tax Notice $1,161.40 0.60 2021 1099 Reporting $159.00 0.50 2021 FTB Payment (ACH) 20220812 $112.40 8.20 2021 S-Corporation Tax Return $3,209.00 15.40 2021 S-Corporation Tax Return $5,403.00 0.80 Bookkeeping-Month 4 $80.00 0.50 Bookkeeping-Month 5 $50.00 1.60 Bookkeeping-Month 6 $160.00 0.80 Bookkeeping-Month 7 $80.00 3.20 Bookkeeping-Month 8 $1,032.50 4.90 Bookkeeping-Month 9 $490.00 0.20 Business Tax License Renewal 2022 $39.60 0.50 DE Annual Filing 2021 $119.10 0.30 Franchise Tax Board (ACH) 20220909 $59.40 0.30 Internal Revenue Service (ACH) 20221011 $59.40 0.50 Lawrence x4560 TFR 20220518 $112.40 0.40 Management Accounts-Month 10 $79.20 0.90 Management Accounts-Month 8 $178.20 0.30 Management Accounts-Month 9 $79.50 | 1 | 26,025.60 | 26,025.60 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|

0.10 Statement of Information 2021 $12.00
9.10 Year End C Corp 2018-2020 $2,695.00
3.50 Year End S Corp 2021 $927.50
12.00 No Project $2,815.30
Total of summarized items: $26,025.60

| | | | |
|---|---|---|---|
| Progress Bills Applied: | 1 | -4,666.68 | -4,666.68 |

---

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**          **USD 21,358.92**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

| | |
|---|---|
| **INVOICE #** | LA8622 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

## USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8519
**DATE** 09/30/2022
**DUE DATE** 09/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8601
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8229
**DATE** 07/31/2022
**DUE DATE** 07/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer July 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA8025
**DATE** 04/30/2022
**DUE DATE** 04/30/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**

PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** EXPLA792
**DATE** 03/21/2022
**DUE DATE** 03/21/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal and Managed Annual Report | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 266.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Entertainment, Inc.
10877 Wilshire Blvd Ste 1550
Los Angeles, CA 90024

**INVOICE #** LA6254
**DATE** 05/31/2020
**DUE DATE** 05/31/2020
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| DE Annual Filing 2020 | 1 | 750.00 | 750.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

| | |
|---|---|
| PAYMENT | 200.00 |
| BALANCE DUE | **USD 550.00** |

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9808 |
| **DATE** | 07/01/2023 |
| **DUE DATE** | 07/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

**BALANCE DUE**　　　　　　　　**USD 916.67**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9842 |
| **DATE** | 06/30/2023 |
| **DUE DATE** | 06/30/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| TY 2022 1099 Reporting, Bookkeeping and Bill Pay | 1 | 2,296.60 | 2,296.60 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 2,296.60

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9666 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9635 |
| **DATE** | 05/31/2023 |
| **DUE DATE** | 05/31/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| PML PRODUCTIONS, LLC - Advance Tax. USA, DE: Paracorp Filing Fee. DE Franchise Tax Payment. | 0 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 420.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9608 |
| **DATE** | 05/30/2023 |
| **DUE DATE** | 05/30/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| PML PRODUCTIONS, LLC: Delaware - Agent Representation Service Renewal. Managed Annual Report Service Renewal (5/1/2023-4/30/2024) | 0 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 266.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9454 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9372 |
| **DATE** | 04/01/2023 |
| **DUE DATE** | 04/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9229 |
| **DATE** | 03/01/2023 |
| **DUE DATE** | 03/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| March 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

**BALANCE DUE**                               **USD 916.67**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** LA9264
**DATE** 02/28/2023
**DUE DATE** 02/28/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount<br>8.30 2022 1099 Reporting $1,112.00<br>3.70 24K Goldn Music LLC Producer Agreement $1,006.80<br>0.50 Bruno Mars 2023 Show Dates $110.00<br>1.80 Business Tax License Renewal 2023 $393.50<br>0.40 Customer Inquiry PPL Set Up $88.00<br>1.30 Customer Inquiry Sound Exchange $326.50<br>0.20 Customer Inquiry United Talent Agency Set Up $44.00<br>0.40 Deal Review - Pacemaker $88.00<br>8.60 Management Accounts-Month 1 $2,102.10<br>0.80 Management Accounts-Month 10 $420.00<br>2.00 Management Accounts-Month 11 $530.00<br>6.40 Management Accounts-Month 12 $1,320.80<br>0.30 Management Accounts-Month 12 $79.50<br>2.10 Management Accounts-Month 2 $492.40<br>0.40 Threesixzero Management Agreement $150.00<br>7.70 Special Project $1,541.80<br>Total of summarized items: $9,805.40 | 1 | 9,805.40 | 9,805.40 |
| Progress Bills Applied | 1 | -<br>4,583.35 | -4,583.35 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 5,222.05**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc

Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9115 |
| **DATE** | 02/01/2023 |
| **DUE DATE** | 02/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8972 |
| **DATE** | 01/01/2023 |
| **DUE DATE** | 01/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8887 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8796 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** LA8702
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with US SMLLC Tax Preparation and Filings, Annual Company Secretarial, Federal Small Business Support Applications, Bookkeeping, Bill Pay, Payroll, and Cash Management: Hours Project Amount 1.20 2021 1099 Reporting $413.00 0.10 2021 SMLLC Tax Return $19.50 0.80 24K Goldn Music LLC Producer Agreement $380.00 2.10 ACCT - PPP Forgiveness Round 1 $1,012.00 2.00 ACCT - PPP Round 2 Forgiveness $1,190.00 0.80 Biennial Statement of Information 2021 $141.50 5.90 Bookkeeping-Month 10 $590.00 0.60 Bookkeeping-Month 8 $285.00 0.30 Business Tax License Renewal 2021 $36.00 2.50 Business Tax License Renewal 2022 $495.00 0.30 CA Franchise Tax Board (ACH) $36.00 2.50 CBS Come Dance With Me $1,800.00 0.10 DE Annual Filing 2021 $12.00 3.50 EIDL Round 2 Application $2,082.50 0.30 Entity Top Up 20220503 $59.40 0.80 Management Accounts-Month 8 $158.40 1.80 Nathan Music Group (WIRE) 20220720 $713.00 0.20 Payroll-Semi-monthly-Semi-month 19 $24.00 0.30 Payroll-Semi-monthly-Semi-month 21 $36.00 0.40 Payroll-Semi-monthly-Semi-month 22 $48.00 0.40 Payroll-Semi-monthly-Semi-month 24 $48.00 0.90 Phil Lawrence (Transfer) Funding $108.00 0.80 Semi-month-Semi-month 3 $158.40 0.50 SMLLC Tax Return 2020 $180.00 3.30 Sota FX (ACH) 20211112 $1,212.50 | 1 | 33,549.10 | 33,549.10 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 8.00 Year End SMLLC 2020 $2,880.00 | | | |
| 51.70 Year End SMLLC 2021 $14,391.00 | | | |
| 20.20 Business Management SP FIle Review $5,039.90 | | | |
| Progress Bilas Applied | 1 | -6,283.85 | -6,283.85 |

**BALANCE DUE**  **USD 27,265.25**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8620 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8516 |
| **DATE** | 09/30/2022 |
| **DUE DATE** | 09/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**     **USD 916.67**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** LA8413
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8226 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer July 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA876 |
| **DATE** | 06/02/2022 |
| **DUE DATE** | 06/02/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| DE Franchise Tax Payment | 1 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 420.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8022 |
| **DATE** | 04/30/2022 |
| **DUE DATE** | 04/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA793 |
| **DATE** | 03/21/2022 |
| **DUE DATE** | 03/21/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal and Managed Annual Report | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 266.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA7558 |
| **DATE** | 09/30/2021 |
| **DUE DATE** | 09/30/2021 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping: | 1 | 1,190.00 | 1,190.00 |
| 0.40 Lulu He $40.00 | | | |
| 4.70 Manaus Saavedra $470.00 | | | |
| 1.20 Maribel Ruvalcaba $570.00 | | | |
| 1.10 Saman Moheban $110.00 | | | |
| Subtotal for: Bookkeeping $1,190.00 | | | |
| Bill Pay: | 1 | 3,385.50 | 3,385.50 |
| 0.10 Alex Plantilla $59.50 | | | |
| 0.30 Lulu He $36.00 | | | |
| 6.80 Nina Nguyen $3,230.00 | | | |
| 0.50 Saman Moheban $60.00 | | | |
| Subtotal for: Bill Pay $3,385.50 | | | |
| Contract review: | 1 | 2,042.50 | 2,042.50 |
| 4.30 Nina Nguyen $2,042.50 | | | |
| Subtotal for: Contract review $2,042.50 | | | |
| Quarter End Reporting: | 1 | 95.00 | 95.00 |
| 0.20 Nina Nguyen $95.00 | | | |
| Subtotal for: Quarter End Reporting $95.00 | | | |
| Special Projects: | 1 | 237.50 | 237.50 |
| 0.50 Nina Nguyen $237.50 | | | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|

Subtotal for: Special Projects $237.50

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

**USD 6,950.50**



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
PML Productions LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** LA7496
**DATE** 08/31/2021
**DUE DATE** 08/31/2021
**TERMS** Due on receipt

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping | 1 | 1,442.50 | 1,442.50 |
| Bill Pay | 1 | 1,116.50 | 1,116.50 |
| Contract Review | 1 | 4,845.00 | 4,845.00 |
| Live Accounting | 1 | 625.00 | 625.00 |
| Month End Reporting | 1 | 760.00 | 760.00 |
| Payroll | 1 | 140.00 | 140.00 |
| Special Projects | 1 | 475.00 | 475.00 |
| Year End | 1 | 7,489.50 | 7,489.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 16,893.50**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Poesta Creek LLC
10877 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

|  |  |
|---|---|
| **INVOICE #** | LA9846 |
| **DATE** | 06/30/2023 |
| **DUE DATE** | 06/30/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| TY 2022 1099 Reporting | 1 | 132.50 | 132.50 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**      **USD 132.50**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Poesta Creek LLC
10877 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA9545 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping Services | 0 | 1,089.00 | 1,089.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

## USD 1,089.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Poesta Creek LLC
10877 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

**INVOICE #** LA9261
**DATE** 02/28/2023
**DUE DATE** 02/28/2023
**TERMS** Due on receipt

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount<br>2.50 2022 1099 Reporting $445.00<br>0.60 Business Tax License Renewal 2023 $87.60<br>0.30 Management Accounts-Month 1 $92.10<br>Total of summarized items: $624.70<br>Invoice Total: $624.70 | 1 | 624.70 | 624.70 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 624.70

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

| | |
|---|---|
| **BILL TO** | |
| Poesta Creek LLC | |
| 10877 Wilshire Blvd | |
| Suite 1550 | |
| Los Angeles, CA  90024 | |

| | |
|---|---|
| **INVOICE #** | LA8709 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with 2021 US SMLLC Preparation and Filing, Bookkeeping, and Annual Company Secretarial: Hours Project Amount 0.10 2021 SMLLC Tax Return $19.50 0.20 DE Annual Filing 2021 $39.60 0.70 Delaware Registered Agent $178.80 0.60 Management Accounts-Month 8 $118.80 7.10 Year End SMLLC 2021 $2,349.50 8.10 No Project $2,355.40 Total of summarized items: $5,061.60 | 1 | 5,061.60 | 5,061.60 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

**BALANCE DUE**         **USD 5,061.60**

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Poesta Creek LLC
10877 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | LA8016 |
| **DATE** | 04/30/2022 |
| **DUE DATE** | 04/30/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 833.33 | 833.33 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**  **USD 833.33**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
Poesta Creek LLC
10877 Wilshire Blvd
Suite 1550
Los Angeles, CA  90024

| | |
|---|---|
| **INVOICE #** | EXPLA815 |
| **DATE** | 04/06/2022 |
| **DUE DATE** | 04/06/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware File Change of Registered Agent, Agent Representation Service and Managed Annual Report Service | 1 | 336.00 | 336.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 336.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

**INVOICE #** LA9813
**DATE** 07/01/2023
**DUE DATE** 07/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| July 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9855 |
| **DATE** | 06/30/2023 |
| **DUE DATE** | 06/30/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Annual Business Tax License, Bookkeeping and Bill Pay | 1 | 2,449.40 | 2,449.40 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 2,449.40**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9671 |
| **DATE** | 06/01/2023 |
| **DUE DATE** | 06/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| June 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9637 |
| **DATE** | 05/31/2023 |
| **DUE DATE** | 05/31/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| ZZR MUSIC, LLC - Advance Tax . USA, DE: Paracorp Filing Fee. DE Franchise Tax Payment. | 0 | 420.00 | 420.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 420.00

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9610 |
| **DATE** | 05/30/2023 |
| **DUE DATE** | 05/30/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| ZZR MUSIC, LLC - Delaware: Agent Representation Service Renewal. Managed Annual Report Service Renewal (5/1/2023-4/30/2024). | 0 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the
Thomas St John Group in relation to the above services.  To pay by
bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210,
USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial
difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**BALANCE DUE**

# USD 266.00



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9459 |
| **DATE** | 05/01/2023 |
| **DUE DATE** | 05/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| May 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** LA9377
**DATE** 04/01/2023
**DUE DATE** 04/01/2023
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| April 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA9234 |
| **DATE** | 03/01/2023 |
| **DUE DATE** | 03/01/2023 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer March 2023 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.



**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com

# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9257 |
| **DATE** | 02/28/2023 |
| **DUE DATE** | 02/28/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hours Project Amount<br>2.50 2022 1099 Reporting $372.50<br>16.40 401K & DBPP Dissolution $5,045.70<br>2.25 Actuaries Unlimited Pension Plan Closure* $1,181.25<br>0.20 Management Accounts-Month 1 $74.50<br>6.20 Management Accounts-Month 10 $1,502.60<br>0.30 Management Accounts-Month 11 $157.50<br>3.70 Management Accounts-Month 12 $830.70<br>0.10 Philip Lawrence TFR $26.50<br>Total of summarized items: $9,191.25 | 1 | 9,191.25 | 9,191.25 |
| Progress Bills Applied | 1 | -4,583.35 | -4,583.35 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**          **USD 4,607.90**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore

ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA9119 |
| **DATE** | 02/01/2023 |
| **DUE DATE** | 02/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**     **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8977 |
| **DATE** | 01/01/2023 |
| **DUE DATE** | 01/01/2023 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| January 2023 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8882 |
| **DATE** | 12/01/2022 |
| **DUE DATE** | 12/01/2022 |
| **TERMS** | Due on receipt |

---

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| December 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8801 |
| **DATE** | 11/15/2022 |
| **DUE DATE** | 11/15/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November 2022 Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**  **USD 916.67**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** LA8705
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered in connection with 2021 SMLLC Preparation and Filing, Defined Benefits Plan Filing, Bookkeeping, Bill Pay, Insurance and Cash Management: Hours Project Amount 4.60 2021 401K Annual Administration $910.80 1.10 2021 SMLLC Tax Return $214.50 5.30 401K & DBPP Dissolution $1,866.90 1.00 Insurance Review (Business) $349.20 1.80 Management Accounts-Month 10 $477.00 0.80 Management Accounts-Month 8 $185.20 2.10 Management Accounts-Month 9 $536.40 0.40 Philip Lawrence TFR $106.00 43.50 Year End SMLLC 2021 $12,859.70 28.20 No Project $7,364.60 | 1 | 24,870.30 | 24,870.30 |
| Progress Bills Applied: | 1 | -3,666.68 | -3,666.68 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 21,203.62**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial

difficulties due to the COVID 19 pandemic.  If you are unable to pay
this invoice when it is due, please contact us beforehand to discuss
payment plan arrangements.  As always, if you would like to explore
ways in which we can help you through this difficult time, we are happy
to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8625 |
| **DATE** | 10/31/2022 |
| **DUE DATE** | 10/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA8522 |
| **DATE** | 09/30/2022 |
| **DUE DATE** | 09/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

# USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

**INVOICE #** LA8419
**DATE** 08/31/2022
**DUE DATE** 08/31/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 916.67

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

| | |
|---|---|
| **INVOICE #** | LA8232 |
| **DATE** | 07/31/2022 |
| **DUE DATE** | 07/31/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer July 2022 | 1 | 916.67 | 916.67 |

| | |
|---|---|
| BALANCE DUE | **USD 916.67** |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | EXPLA874 |
| **DATE** | 06/02/2022 |
| **DUE DATE** | 06/02/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| DE Franchise Tax Payment | 1 | 420.00 | 420.00 |

**BALANCE DUE**

**USD 420.00**

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA7669 |
| **DATE** | 04/30/2022 |
| **DUE DATE** | 04/30/2022 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Monthly Retainer - April 2022 | 1 | 916.67 | 916.67 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

# USD 916.67

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA 90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California 90024
United States

**INVOICE #** EXPLA796
**DATE** 03/21/2022
**DUE DATE** 03/21/2022
**TERMS** Due on receipt

**BUSINESS MANAGER**
Thomas St John

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Delaware Agent Representation Service Renewal and Managed Annual Report | 1 | 266.00 | 266.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services. To pay by bank transfer please use the account below:

**BALANCE DUE**

**USD 266.00**

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic. If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements. As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

**INVOICE #** EXPLA444
**DATE** 05/17/2021
**DUE DATE** 05/17/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Annual DE Filing | 1 | 750.00 | 750.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**BALANCE DUE**

**USD 750.00**

**Thomas St John, Inc.**
10877 Wilshire Blvd
Los Angeles, CA  90024 US
billing@thomasstjohn.com
www.thomasstjohn.com



# INVOICE

**BILL TO**
ZZR Music LLC
10877 Wilshire Blvd.
1550
Los Angeles, California  90024
United States

| | |
|---|---|
| **INVOICE #** | LA6866 |
| **DATE** | 11/30/2020 |
| **DUE DATE** | 11/30/2020 |
| **TERMS** | Due on receipt |

**BUSINESS MANAGER**
Nina Nguyen

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Bookkeeping and bill pay services for the month of September | 1 | 960.00 | 960.00 |

We would like to take this opportunity to thank you for instructing the Thomas St John Group in relation to the above services.  To pay by bank transfer please use the account below:

**BALANCE DUE**

## USD 960.00

Bank Name: City National Bank
Bank Address: 400 North Roxbury Drive, Beverly Hills, CA 90210, USA
Account Name: Thomas St John Inc
Account No: 123456033
ABA Routing No: 122016066
SWIFT: CINAUS6L

We are sensitive to the fact that you may be experiencing financial difficulties due to the COVID 19 pandemic.  If you are unable to pay this invoice when it is due, please contact us beforehand to discuss payment plan arrangements.  As always, if you would like to explore ways in which we can help you through this difficult time, we are happy to help.

**EXHIBIT B**

# LIMITED LIABILITY COMPANY AGREEMENT

## OF

## DUN & DUN LLC

This Limited Liability Company Agreement (this "Agreement") for Dun & Dun LLC, a Delaware limited liability company (the "Company"), is made and entered into effective as of August 10, 2020 (the "Effective Date"), by and among the Persons listed on Schedule A attached hereto, with reference to the following facts:

WHEREAS, the Certificate of Formation of the Company (as may be amended from time to time, the "Certificate") was filed with the Delaware Secretary of State on August 10, 2020, forming the entity under the name "Dun & Dun LLC;" and

WHEREAS, the Members desire to establish their rights and responsibilities and govern their relationships with respect to the Company.

NOW, THEREFORE, in consideration of the mutual promises made herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Members, intending to be legally bound, hereby agree as follows:

## ARTICLE I
## DEFINITIONS

1.1.    Defined Terms.    When used in this Agreement, unless the context otherwise requires, the following terms will have the meanings set forth below:

"Act" means the Delaware Limited Liability Company Act, as the same may be amended from time to time.

"Available Cash" means the amount of cash held by the Company, less (a) all current liabilities of the Company, and (b) reasonable working capital and other amounts determined by the Manager to be necessary for the operation of the business of the Company, including amounts necessary to place into reserves for customary and usual claims with respect to the Business.

"Business Day" means any day that is not a Saturday, a Sunday or other day on which commercial banking institutions in Los Angeles, CA are authorized or obligated by law or order to be closed.

"Capital Contribution" means a contribution in cash and the fair market value of other property contributed to the capital of the Company with respect to a Member's Membership Interest.

"Code" means the Internal Revenue Code of 1986, as amended from time to time.

292772046.1

"Member" means each Person who (a) is an initial signatory to this Agreement, or (b) has been admitted to the Company as a Member in accordance with this Agreement.

"Membership Interest" means a Member's entire interest in the Company including the Member's right to share in income, gains, losses, deductions, credits or similar items of, and to receive distributions from, the Company pursuant to this Agreement and the Act, the right to vote or participate in the management of the Company to the extent herein provided or as specifically required by the Act, and the right to receive information concerning the business and affairs of the Company pursuant to this Agreement and the Act.

"Percentage Interest" means a Member's percentage interest as set forth on Schedule A attached hereto.

"Person" means any individual, general partnership, limited partnership, limited liability company, limited liability partnership, corporation, trust, estate, association or other entity.

"Regulations" means the final or temporary United States federal income tax regulations promulgated under the Code as such Regulations may amended from time to time.

"Transfer" means any direct or indirect sale, transfer, assignment, hypothecation, encumbrance or other disposition, whether voluntary or involuntary, whether by gift, bequest or otherwise.  In the case of a hypothecation, encumbrance or other collateral assignment, the Transfer will be deemed to occur both at the time of the initial collateral assignment and at any collateral assignee's sale or a sale by any secured creditor.

## ARTICLE II
## ORGANIZATIONAL MATTERS

2.1.    Formation.

2.1.1    The Company was formed as a Delaware limited liability company under the laws of the State of Delaware on August 10, 2020 by the execution and filing of the Certificate with the Delaware Secretary of State, which execution, delivery, and filing are hereby ratified and confirmed. The rights and liabilities of the Members will be determined pursuant to the Act and this Agreement.  To the extent that the rights or obligations of any Member are different by reason of any provision of this Agreement than they would be in the absence of such provision, this Agreement will, to the extent permitted by the Act, control.

2.1.2    The Company was formed for the purpose of, directly or indirectly, providing wealth management and investment advisory services and engaging in other businesses incidental thereto (the "Business").

2.1.3    The name, mailing address, and Percentage Interest of each Member will be listed in the books and records of the Company and on Schedule A attached hereto.  The Company will update its books and records and Schedule A hereto from time to time as necessary to accurately reflect the information therein, and the update of any such information resulting from

– 2 –

an event accomplished in accordance with this Agreement will not constitute an amendment to this Agreement.

2.2.    <u>Name</u>.  The name of the Company is "Dun & Dun LLC."  The business and affairs of the Company may be conducted under that name or, upon compliance with applicable laws, any other name that the Manager may deem appropriate or advisable.

2.3.    <u>Term</u>.  The term of the Company commenced on the date of the filing of the Certificate with the Delaware Secretary of State and will continue until the Company is dissolved in accordance with the provisions of this Agreement.

2.4.    <u>Principal Office; Registered Agent</u>.  The principal office of the Company will be at 10877 Wilshire Blvd, Suite 1550, Los Angeles, CA 90024 or such other location as approved by the Manager.  The registered agent of the Company will be as stated in the Certificate or as otherwise determined by the Manager.

2.5.    <u>Purpose of Company</u>.  The nature of the business or purposes to be conducted or promoted by the Company is to engage in the Business and such other activities directly related to the Business as may be necessary, advisable or appropriate in the opinion of the Manager in furtherance of the Business, and to exercise any powers permitted to be exercised by limited liability companies organized under the Act.

## ARTICLE III
## MEMBERSHIP INTERESTS AND CAPITAL CONTRIBUTIONS

3.1.    <u>Units</u>.  Initially there is one class of Members of the Company.  The Membership Interests of the Members consist of a number of membership interest units (each a "<u>Unit</u>" and together the "<u>Units</u>").  As of the Effective Date, each Member has made a Capital Contribution and received the Units set forth in such Member's Goodwill Contribution Agreement. Membership Interests may be split into one or more additional classes or series, having such rights, preferences, privileges and obligations as approved by the Manager.

3.2.    <u>Additional Capital Contributions</u>. No Member will be required to make any Capital Contributions beyond those already provided.

3.3.    <u>Capital Accounts</u>.  The Company will establish and maintain an individual capital account ("<u>Capital Account</u>") for each Member in accordance with Section 1.704-1(b)(2)(iv) of the Regulations.

3.4.    <u>No Interest; No Withdrawal</u>.  No Member will be entitled to receive or demand any interest or other payments on such Member's Capital Contributions or on the balance of any Capital Account. No Member may withdraw such Member's Capital Contributions or to demand or receive property of the Company or any distribution in return for such Member's Capital Contributions, except as may be specifically provided in this Agreement or as required by applicable law.

292772046.1

3.5.    Membership Interests Uncertificated.  The Membership Interests of the Company are initially not certificated. If so determined by the Manager, the Membership Interests of the Company may be certificated.

# ARTICLE IV
# MEMBERS

4.1.    Limited Liability.  Except as required under the Act or as expressly set forth in this Agreement, no Member will be personally liable for any debt, obligation, or liability of the Company, whether that debt, obligation, or liability arises in contract, tort or otherwise. Except as otherwise expressly required herein or by law, a Member, in such Member's capacity as such, will have no liability in respect of claims against the Company in excess of (a) the amount of such Member's Capital Contributions, (b) such Member's share of any assets and undistributed profits of the Company, and (c) the amount of any distributions wrongfully distributed to such Member.

4.2.    Admission of Additional Members.  No additional Members may be admitted as Members hereunder unless approved by the Manager.  No additional Member will  become a Member until such additional Member has complied with the terms and conditions of this Agreement, including, without limitation, agreeing to be bound by the terms and conditions hereof.

4.3.    Member Approvals.  Except as otherwise provided in non-waivable provisions of the Act, the Members, acting solely in their capacities as Members, have the right to vote on, consent to or otherwise approve only those matters as to which this Agreement specifically requires such approval.  No annual or regular meetings of the Members are required to be held. However, if such meetings are held, such meetings must be noticed, held and conducted pursuant to the Act.  In any instance in which the approval or consent of the Members is required under this Agreement, such approval may be obtained in any manner permitted by the Act.  Except as otherwise specifically provided in this Agreement, the vote, consent, or approval of Members holding a majority of the Units is required as to all matters as to which the vote, consent or approval of the Members is required under this Agreement or by non-waivable provisions of the Act.

4.4.    Members Are Not Agents.  No Member acting solely in the capacity of a Member is an agent of the Company, nor can any Member acting solely in the capacity of a Member bind the Company or execute any instrument on behalf of the Company.

4.5.    No Withdrawal or Resignation.  No Member has the right to withdraw or resign as a Member of the Company, and any such withdrawal or resignation or attempted withdrawal or resignation will be null and void.

# ARTICLE V
# MANAGEMENT AND CONTROL OF THE COMPANY

5.1.    Management.  Except as otherwise expressly provided in this Agreement,  the business, property and affairs of the Company will be managed, and all powers of the Company will be exercised, solely and exclusively by or under the direction of a "manager" within the meaning of the Act (the "Manager").  The Manager need not be an individual or a Member.  The Manager is Thomas St. John.  The Manager, acting in its capacity as a Manager, has the authority, acting individually, to endorse checks, drafts and other evidences of indebtedness made payable

292772046.1

to the order of the Company or to sign checks, drafts and other instruments obligating the Company to pay money, or sign agreements or other documents in the name of or on behalf of the Company. In the case of a vacancy in the position of Manager, a new Manager may be appointed, by Member(s) holding a majority of the Units. The Manager may resign at any time by giving written notice to the Members of the Company. A Manager who is a natural person will be deemed to have resigned upon such person's death or adjudication of incompetence or insanity. The resignation of a Manager will not affect such Manager's rights, if any, as a Member and will not by itself constitute a withdrawal of a Member.

5.2.    Officers. The Manager may from time to time appoint (and subsequently remove) individuals to act on behalf of the Company as officers of the Company. The officers will serve at the pleasure of the Manager, subject to any rights of such officers under any employment contract. The officers will have the authority exercise such powers and perform such duties, as are determined from time to time by approval of the Manager and as permitted or authorized in this Agreement. Any individual may hold any number of offices. An officer need not be a Member. Thomas St. John is hereby appointed as the initial Chief Executive Office, Miles Cooley as the initial Chief Operating Officer and Marlena Kaplan as the initial Chief Financial Officer of the Company with full authority to act and sign on behalf of the Company.

5.3.    Liability of Officers. No officer or Member of the Company will be personally liable for any debt, obligation, or liability of the Company, whether that debt, obligation, or liability arises in contract, tort, or otherwise, solely by reason of participating in the management of the Company or being an officer or Member of the Company. Except as otherwise provided in this Agreement, no officer or Member will be liable to the Company or to any Member for any loss or damage sustained by the Company or any Member in such Member's capacity as such, unless the loss or damage was the result of fraud or intentional misconduct or a knowing violation of this Agreement by such officer.

5.4.    Indemnification. To the fullest extent permitted by applicable law, any Member or Manager and their respective shareholders, officers, directors, members, managers, agents and representatives, or officer of the Company will be entitled to indemnification from the Company for any loss or damage incurred by such Person by reason of any act or omission performed or omitted by such Person on behalf of, or in connection with the business and affairs of, the Company and in a manner reasonably believed to be within the scope of authority conferred on such Person by this Agreement, except that no such Person will be entitled to be indemnified under this Section in respect of (i) any loss or damage incurred by such Person by reason of such Person's fraud or intentional misconduct, intentional breach of this Agreement, or (ii) any loss or damage resulting from a proceeding or claim initiated or asserted by the Company or any other Member; provided, however, that any indemnity under this Section will be provided out of and to the extent of Company assets only, no debt must be incurred by the Members in order to provide a source of funds for any indemnity, and no Member will have any personal liability (or any liability to make any additional Capital Contributions) on account thereof. Subject to the foregoing mandatory indemnification obligations of the Company, if determined by the Manager, the Company may indemnify any Person to the maximum extent permitted by applicable law.

292772046.1

## ARTICLE VI
## ALLOCATIONS OF NET PROFITS AND NET LOSSES

6.1.    <u>Generally</u>.  Subject to <u>Section 6.2</u> or as otherwise required by the Code and the Regulations (as determined by the Manager), net profits and net losses of the Company will be allocated to the Members pro rata in accordance with their respective Percentage Interests.

6.2.    <u>Tax Allocations</u>.  Notwithstanding <u>Section 6.1</u>, provisions governing the allocation of taxable income, gain, loss, deduction and credit (and items thereof) are included in this Agreement as may be necessary to provide that the Company's allocation provisions contain a so-called "qualified income offset" and comply with all provisions relating to the allocation of so-called "nonrecourse deductions" and "partner nonrecourse deductions," and the chargeback thereof, in each case as set forth in the Regulations under Section 704(b) of the Internal Revenue Code of 1986, as amended (the "<u>Regulatory Allocations</u>"); provided, however, that the Members intend that all Regulatory Allocations that may be required will be offset by other Regulatory Allocations or special allocations of items so that each Member's share of the taxable income, gain, loss, deduction and credit of the Company will be the same as it would have been had the events requiring the Regulatory Allocations not occurred.

## ARTICLE VII
## DISTRIBUTIONS

7.1.    <u>Distributions</u>. Subject to applicable law and any other limitations set forth in this Agreement, the Company will make distributions to the Members of cash or other Company property at such times, and in such amounts, as the Manager determines. All distributions will be made to all Members, pro rata, in proportion to their respective Percentage Interests.

7.2.    <u>Withholding</u>.  If the Company is obligated to withhold tax with respect to any distribution or the share of any income allocated to any Member, then the Company is hereby authorized to withhold from distributions to a Member any amounts required to be so withheld pursuant to applicable law, and such amounts will be treated as having been distributed to such Member.  Neither the Company nor any Member will be liable for any excess taxes withheld in respect of any Member's Membership Interest.

## ARTICLE VIII
## TRANSFERS OF INTERESTS

8.1.    <u>Transfers of Interests In General</u>.    No Member will be entitled to Transfer all or any part of such Member's Membership Interest, including an economic interest therein, unless approved by the Manager.

8.2.    <u>Invalid Transfers</u>.  Transfers in violation of this <u>ARTICLE VIII</u> or this Agreement will be null and void *ab initio* and of no effect whatsoever. If a Member Transfers all or any part of such Member's Membership Interest without complying with the provisions of this Agreement, such action will not cause or constitute a dissolution of the Company.

8.3.    <u>Effect of Transfers</u>.  After the effective date of any Transfer of any part of a Member's Membership Interest in accordance with this Agreement, the Membership Interest so

DocuSign Envelope ID: C9449410-0E63-4870-9806-E5FB66BD1779

transferred will continue to be subject to the terms, provisions, and conditions of this Agreement and any further Transfers will be required to comply with all of the terms, provisions, and conditions of this Agreement. Any transferee of all or any portion of any Membership Interest will take such Membership Interest subject to the restrictions on transfer imposed by this Agreement.

8.4.    Substitution of Members.  Notwithstanding any provision to the contrary in this Agreement, a transferee of a Membership Interest will not have the right to become a substitute Member until: (i) the requirements of Section 8.1 are satisfied; and (ii) such Person agrees to be bound by the terms and conditions of this Agreement. The admission of a substitute Member will not result in the release of the Member who assigned the Membership Interest from any liability that such Member may have to the Company.

# ARTICLE IX
## BOOKS AND RECORDS; ACCOUNTING; TAX MATTERS

9.1.    Books and Records.  The books and records of the Company must be kept in a professional manner in accordance with the Act; provided, however, to the extent appropriate under applicable tax and accounting principles, separate and corresponding records for book and tax purposes may be maintained.  The books and records of the Company must reflect all the Company transactions and must be appropriate and adequate for the Company's business.

9.2.    Tax Returns.  The Manager must send or cause to be sent to each Member within ninety (90) calendar days after the end of each taxable year, or as soon as practicable thereafter, such information as is necessary to complete such Member's federal and state income tax or information returns for that year.  The Manager must provide all information reasonably requested by the Company to comply with its tax obligations or minimize tax liabilities and may not take tax positions inconsistent with the tax positions taken by the Company.

9.3.    Tax Status. Unless otherwise determined by unanimous consent of the Members, the Members must cooperate with the Company in connection with preserving the Company's status as a partnership for income tax purposes and hereby authorize the Company to take whatever actions and execute whatever documents are necessary or appropriate to effectuate the foregoing.

9.4.    Tax Representative.  The Manager must appoint a "partnership representative" (the "Partnership Representative") within the meaning of the partnership audit rules contained in the Bipartisan Budget Act of 2015 and enacted as Sections 6221 through 6241 of the Code.  The Partnership Representative must act at, and only at, the direction of the Manager.  The Company will reimburse all costs and expenses incurred by the Partnership Representative.  Each Member agrees that it will be bound by and file tax returns and pay taxes in accordance with the decisions of the Partnership Representative in such capacity related to tax matters of the Company.

# ARTICLE X
## DISSOLUTION AND WINDING UP

10.1.    Dissolution.  The Company will be dissolved, its assets disposed of, and its affairs wound up on the first to occur of the following (each, a "Dissolution Event"):

292772046.1

DocuSign Envelope ID: C9449410-0E63-4870-0806-E5FB66BD1779

    10.1.1 the entry of a decree of judicial dissolution or otherwise in accordance with applicable law;

    10.1.2 upon written request from any Member if the Acquisition fails to be consummated or Hightower has not been admitted to the Company as a Member on or before March 31, 2021; or

    10.1.3 the approval of the Manager.

  10.2. <u>Winding Up</u>. Upon the occurrence of a Dissolution Event, the Company will continue solely for the purpose of winding up its affairs in an orderly manner, liquidating its assets and satisfying the claims of its creditors. The Manager will be responsible for overseeing the winding up and liquidation of the Company, must either cause its assets to be sold to any Person or distributed to a Member, and if sold, must cause the proceeds therefrom to be applied and distributed, to the maximum extent provided by law, as soon as practicable in the following order:

    10.2.1 <u>First</u>, to creditors in satisfaction of all of the Company's debts and liabilities, including Members that are creditors, whether by payment or the making of a reasonable provision for payment thereof to the extent required by the Act or applicable law, in the order of priority as provided and to the extent otherwise permitted by law; and

    10.2.2 <u>Second</u>, the remaining amount to the Members pro rata in accordance with their Percentage Interests.

All distributions must be made not later than ninety (90) days after the end of the taxable year in which the taxable event generating the distributions occurs.

  10.3. <u>No Deficit Restoration Obligation</u>. Notwithstanding anything to the contrary in this Agreement, upon a liquidation of the Company (within the meaning of Regulations Section 1.704-1(b)(2)(ii)(g) or otherwise), if any Member has a negative Capital Account after giving effect to all contributions, distributions, allocations and other Capital Account adjustments for all taxable years, including the taxable year during which the liquidation occurs, that Member will nevertheless have no obligation to make any contribution to the capital of the Company with respect to such negative Capital Account, and the negative balance of such Member's Capital Account will not be considered a debt owed by such Member to the Company or to any other Person for any purpose whatsoever.

## ARTICLE XI
## MISCELLANEOUS

  11.1. <u>Complete Agreement</u>. This Agreement (including any schedules, annexes or exhibits attached hereto) and the Certificate constitute the complete and exclusive statement of agreement among the Members with respect to the subject matter herein and therein and replace and supersede all prior written and oral agreements or statements by and among the Members or any of them.

DocuSign Envelope ID: C9449410-0E63-4870-0806-E5FB66BD1779

11.2.  <u>Binding Effect</u>.  Subject to the provisions of this Agreement relating to transferability, this Agreement will be binding upon and inure to the benefit of the Members, and their respective successors and permitted assigns.

11.3.  <u>Parties in Interest</u>.  Except as expressly provided in the Act and except as set forth in <u>Section 5.4</u>, nothing in this Agreement will confer any rights or remedies under or by reason of this Agreement on any Persons other than the Members and their respective successors and permitted assigns nor will anything in this Agreement relieve or discharge the obligation or liability of any third Person to any party to this Agreement, nor will any provision give any third Person any right of subrogation or action over or against any party to this Agreement.

11.4.  <u>Statutory References</u>.  Any reference to the Code, the Regulations, the Act, or other statutes or laws include all amendments, modifications or replacements of the specific sections and provisions concerned.

11.5.  <u>Headings</u>.  All headings herein are inserted only for convenience and ease of reference and will not be considered in the construction or interpretation of any provision of this Agreement.

11.6.  <u>Governing Law</u>.  This Agreement will be enforced, governed by and construed in accordance with the internal laws of the State of Delaware.

11.7.  <u>Consent to Exclusive Jurisdiction</u>.  Except as otherwise required by the Act or under applicable law, each party hereto hereby irrevocably submits to the exclusive jurisdiction of any California state or United States federal court sitting in Los Angeles County, CA, and any appellate court from any thereof, in any action or proceeding arising out of or relating to this agreement, and each party hereto hereby irrevocably agrees that all claims in respect of such action or proceeding will be heard and determined in such California state court or in such federal court.  Each party hereto irrevocably waives, to the fullest extent it may effectively do so, the defense of an inconvenient forum to the maintenance of such an action or proceeding.

11.8.  <u>Severability</u>.  If any provision of this Agreement or the application of such provision to any Person or circumstance is held invalid, the remainder of this Agreement or the application of such provision to Persons or circumstances other than those to which it is held invalid will not be affected thereby.

11.9.  <u>Additional Documents and Acts</u>.  Each Member agrees to execute and deliver, from time to time, such additional documents and instruments and to perform such additional acts as may be necessary or appropriate to effectuate, carry out and perform all of the terms, provisions and conditions of this Agreement and the transactions contemplated hereby.

11.10.  <u>Preparation of Agreement by DLA Piper LLP (US)</u>.  The Members acknowledge that this Agreement was drafted and prepared by DLA Piper LLP (US) as counsel to Philip Lawrence, and not as counsel to any other Member.  The other Member(s) acknowledge that they obtained, or were encouraged to obtain, independent legal or other professional advice concerning each of their individual rights, obligations, preferences and privileges as a Member hereunder. The Members agree that no negative inferences will be made against the drafting party.

292772046.1

11.11.  <u>Amendments</u>.  Except as otherwise expressly provided herein, any amendment to this Agreement will be adopted and be effective as an amendment hereto if and only if approved in writing by the Manager and Members holding a majority of the Percentage Interests; provided, however, no  amendment may adversely and disproportionately affect the rights and interests of a Member relative to other Members, unless such Member has consented in writing to such amendment; provided, further, that any provision of this Agreement requiring that an action be approved by a specified vote of the Members may only be amended by approval by such specified vote of the Members.  Notwithstanding the foregoing, for the avoidance of doubt, the Company may amend <u>Schedule A</u> hereto at any time and from time to time to reflect the admission or withdrawal of any Member or any changes in the Member's addresses.

11.12.  <u>Remedies Cumulative</u>.  Except as expressly provided herein, the rights, obligations and remedies created by this Agreement are cumulative and in addition to any other rights, obligations, or remedies otherwise available at law or in equity.  Except as expressly provided herein, nothing herein will be considered an election of remedies.

11.13.  <u>Counterparts</u>.  This Agreement may be executed in separate counterparts, each of which will be deemed an original and together which will constitute one and the same document.  Facsimile machine copies, electronic portable document format (PDF) copies of original signatures of any of the parties hereto, or delivery of a party's signature by other electronic means (e.g., DocuSign), will be binding as if they were original signatures.

*[Remainder of page intentionally left blank]*

292772046.1

IN WITNESS WHEREOF, the Members have executed this Limited Liability Company Agreement of Dun & Dun LLC, effective as of the date first written above.

**COMPANY:**

DUN & DUN LLC

By: _____
*Thomas St. John*
9021E49AC95F48C...

Name: Thomas St. John
Title:   Manager

**MEMBERS:**

_____
09A8775BDA2E487...

Philip Lawrence

_____
*Thomas St. John*
9021E49AC95F48C...

Thomas St. John

[Signature Page to Limited Liability Company Agreement of Dun & Dun LLC]

292772046.1

DocuSign Envelope ID: C9449410-0E63-4870-0806-E5FB66BD1779

## SCHEDULE A

## MEMBER; ADDRESS; PERCENTAGE INTEREST

| Member | Address | Percentage Interest |
|---|---|---|
| Philip Lawrence | 10877 Wilshire Blvd, Suite 1550, Los Angeles, CA 90024 | 50% |
| Thomas St. John | 17405 Cumpston Street Encino, CA 91316 | 50% |
| **Total** | | **100%** |

292772046.1

**EXHIBIT C**

**Fill in this information to identify the case:**

Debtor 1   Philip Lawrence

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Central District of California**

Case number: **23–11082**

FILED

**U.S. Bankruptcy Court**
**Central District of California**

12/12/2023

**Kathleen J. Campbell, Clerk**

Official Form 410
# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Dun & Dun LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Dun & Dun LLC | |
| Name | Name |
| 10877 WILSHIRE BLVD STE 1550 Los Angeles, CA 90024–1087 | |
| Contact phone   424–273–1172 | Contact phone |
| Contact email   marlenakaplan@cmntyculture.com | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)     Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?

Official Form 410      Proof of Claim      page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | | |
|---|---|---|
| 7. **How much is the claim?** | $    241430.45 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

accounting services performed
_____

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.

    ☐ Motor vehicle

    ☐ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**    $ _____

    **Amount of the claim that is secured:**    $ _____

    **Amount of the claim that is unsecured:**    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**    $ _____

    **Annual Interest Rate** (when case was filed)    _____ %

    ☐ Fixed

    ☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

Official Form 410             Proof of Claim             page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | | ☐ Up to $3,350 * of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150 *) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ _____ |
| | | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    12/12/2023

     MM / DD / YYYY

/s/ Marlena Kaplan

Signature

Print the name of the person who is completing and signing this claim:

| Name | Marlena Kaplan |
|---|---|
| | First name    Middle name    Last name |
| Title | Chief Financial Officer |
| Company | Dun & Dun LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 10877 WILSHIRE BLVD, STE 1550 |
| | Number   Street |
| | Los Angeles, CA 90024 |
| | City   State   ZIP Code |
| Contact phone | 424–273–1172    Email   marlenakaplan@cmntyculture.com |

Official Form 410            Proof of Claim            page 3

**Dun & Dun LLC**

10877 Wilshire Blvd, Ste 1550

Los Angeles, CA 90024 US

marlenakaplan@CMNTYCULTURE.COM



## INVOICE

| BILL TO | | INVOICE | 1062 |
|---|---|---|---|
| Philip Lawrence | | DATE | 01/01/2022 |
| c/o Thomas St. John Inc. | | TERMS | Net 30 |
| 10877 Wilshire Blvd, Suite 1550 | | DUE DATE | 01/01/2022 |
| Los Angeles, CA 90024 USA | | | |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/31/2021 | Overhead Allocation | 2021 Q4 | 1 | 63,119.38 | 63,119.38 |

BALANCE DUE **$63,119.38**

**Dun & Dun Overhead Allocation to CMNTY Culture Group**

**Q4 2021**

| Vertical | Oct 2021 | Nov 2021 | Dec 2021 | Total | Notes |
|---|---|---|---|---|---|
| Campus | $ 65,696.31 | $ 21,606.71 | $ 66,290.96 | $ 153,593.98 | Dun & Dun |
| Digital | $ - | $ - | $ - | $ - | Dun & Dun |
| Dun & Dun | $ 15,066.86 | $ 11,044.33 | $ 21,302.60 | $ 47,413.79 | |
| Media (TV & Film) | $ 3,980.26 | $ 77.43 | $ 5,089.62 | $ 9,147.31 | Dun & Dun |
| Philip - Personal | $ 26,037.13 | $ 2,007.22 | $ 35,075.03 | $ 63,119.38 | |
| Publishing | $ 33,883.88 | $ 43,387.42 | $ 39,380.09 | $ 116,651.39 | |
| Record Plant | $ 7,983.40 | $ 1,620.07 | $ 6,602.06 | $ 16,205.52 | |
| RCRDS | $ 13,640.31 | $ 7,889.93 | $ 12,902.12 | $ 34,432.36 | |
| Billable | $ - | $ - | $ - | $ - | TSJ |
| Total | $ 166,288.13 | $ 87,633.12 | $ 186,642.48 | $ 440,563.73 | |

*Excludes member compensation

**Dun & Dun LLC**

10877 Wilshire Blvd, Ste 1550
Los Angeles, CA 90024 US
marlenakaplan@CMNTYCULTURE.COM



## INVOICE

| BILL TO | | INVOICE | 1064 |
|---|---|---|---|
| Philmar Studios, Inc. | | DATE | 01/01/2022 |
| 1032 N Sycamore Avenue | | TERMS | Net 30 |
| Hollywood, CA 90038 USA | | DUE DATE | 01/01/2022 |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/31/2021 | Overhead Allocation | 2021 Q4 | 1 | 16,205.52 | 16,205.52 |

BALANCE DUE **$16,205.52**

**Dun & Dun Overhead Allocation to CMNTY Culture Group**

**Q4 2021**

| Vertical | Oct 2021 | Nov 2021 | Dec 2021 | Total | Notes |
|---|---|---|---|---|---|
| Campus | $ 65,696.31 | $ 21,606.71 | $ 66,290.96 | $ 153,593.98 | Dun & Dun |
| Digital | $ - | $ - | $ - | $ - | Dun & Dun |
| Dun & Dun | $ 15,066.86 | $ 11,044.33 | $ 21,302.60 | $ 47,413.79 | |
| Media (TV & Film) | $ 3,980.26 | $ 77.43 | $ 5,089.62 | $ 9,147.31 | Dun & Dun |
| Philip - Personal | $ 26,037.13 | $ 2,007.22 | $ 35,075.03 | $ 63,119.38 | |
| Publishing | $ 33,883.88 | $ 43,387.42 | $ 39,380.09 | $ 116,651.39 | |
| Record Plant | $ 7,983.40 | $ 1,620.07 | $ 6,602.06 | $ 16,205.52 | |
| RCRDS | $ 13,640.31 | $ 7,889.93 | $ 12,902.12 | $ 34,432.36 | |
| Billable | $ - | $ - | $ - | $ - | TSJ |
| Total | $ 166,288.13 | $ 87,633.12 | $ 186,642.48 | $ 440,563.73 | |

*Excludes member compensation

**Dun & Dun LLC**

10877 Wilshire Blvd, Ste 1550

Los Angeles, CA  90024 US

marlenakaplan@CMNTYCULTURE.COM



## INVOICE

| BILL TO | | INVOICE | 1066 |
|---|---|---|---|
| CMNTY Culture, LLC | | DATE | 01/01/2022 |
| 10877 Wilshire Blvd, Suite 1550 | | TERMS | Net 30 |
| Los Angeles, CA  90024 USA | | DUE DATE | 01/01/2022 |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/31/2021 | Overhead Allocation | 2021 Q4 | 1 | 34,432.36 | 34,432.36 |

|  |  |
|---|---|
| BALANCE DUE | **$34,432.36** |

**Dun & Dun Overhead Allocation to CMNTY Culture Group**

**Q4 2021**

| Vertical | Oct 2021 | Nov 2021 | Dec 2021 | Total | Notes |
|---|---|---|---|---|---|
| Campus | $ 65,696.31 | $ 21,606.71 | $ 66,290.96 | $ 153,593.98 | Dun & Dun |
| Digital | $ - | $ - | $ - | $ - | Dun & Dun |
| Dun & Dun | $ 15,066.86 | $ 11,044.33 | $ 21,302.60 | $ 47,413.79 | |
| Media (TV & Film) | $ 3,980.26 | $ 77.43 | $ 5,089.62 | $ 9,147.31 | Dun & Dun |
| Philip - Personal | $ 26,037.13 | $ 2,007.22 | $ 35,075.03 | $ 63,119.38 | |
| Publishing | $ 33,883.88 | $ 43,387.42 | $ 39,380.09 | $ 116,651.39 | |
| Record Plant | $ 7,983.40 | $ 1,620.07 | $ 6,602.06 | $ 16,205.52 | |
| RCRDS | $ 13,640.31 | $ 7,889.93 | $ 12,902.12 | $ 34,432.36 | |
| Billable | $ - | $ - | $ - | $ - | TSJ |
| Total | $ 166,288.13 | $ 87,633.12 | $ 186,642.48 | $ 440,563.73 | |

*Excludes member compensation

**Dun & Dun LLC**

10877 Wilshire Blvd, Ste 1550

Los Angeles, CA 90024 US

marlenakaplan@CMNTYCULTURE.COM



## INVOICE

| BILL TO | | INVOICE | 1067 |
| --- | --- | --- | --- |
| CMNTY Culture Publishing, LLC | | DATE | 01/01/2022 |
| 10877 Wilshire Blvd, Suite 1550 | | TERMS | Net 30 |
| Los Angels, CA 90024 USA | | DUE DATE | 01/01/2022 |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 12/31/2021 | Overhead Allocation | 2021 Q4 | 1 | 116,651.39 | 116,651.39 |

| | BALANCE DUE | **$116,651.39** |
| --- | --- | --- |

Case 1:23-bk-11082-VK    Claim 22-1 Part 5    Filed 12/12/23    Desc Attachment 4    Page
2 of 2

**Dun & Dun Overhead Allocation to CMNTY Culture Group**

**Q4 2021**

| Vertical | Oct 2021 | Nov 2021 | Dec 2021 | Total | Notes |
|---|---|---|---|---|---|
| Campus | $ 65,696.31 | $ 21,606.71 | $ 66,290.96 | $ 153,593.98 | Dun & Dun |
| Digital | $ - | $ - | $ - | $ - | Dun & Dun |
| Dun & Dun | $ 15,066.86 | $ 11,044.33 | $ 21,302.60 | $ 47,413.79 | |
| Media (TV & Film) | $ 3,980.26 | $ 77.43 | $ 5,089.62 | $ 9,147.31 | Dun & Dun |
| Philip - Personal | $ 26,037.13 | $ 2,007.22 | $ 35,075.03 | $ 63,119.38 | |
| Publishing | $ 33,883.88 | $ 43,387.42 | $ 39,380.09 | $ 116,651.39 | |
| Record Plant | $ 7,983.40 | $ 1,620.07 | $ 6,602.06 | $ 16,205.52 | |
| RCRDS | $ 13,640.31 | $ 7,889.93 | $ 12,902.12 | $ 34,432.36 | |
| Billable | $ - | $ - | $ - | $ - | TSJ |
| Total | $ 166,288.13 | $ 87,633.12 | $ 186,642.48 | $ 440,563.73 | |

*Excludes member compensation

**Dun & Dun LLC**

10877 Wilshire Blvd, Ste 1550

Los Angeles, CA  90024 US

marlenakaplan@CMNTYCULTURE.COM



# INVOICE

| | |
|---|---|
| BILL TO | |
| Philip Lawrence | |
| c/o Thomas St. John Inc. | |
| 10877 Wilshire Blvd, Suite 1550 | |
| Los Angeles, CA  90024 USA | |

| | |
|---|---|
| INVOICE | 1063 |
| DATE | 02/15/2022 |
| TERMS | Net 30 |
| DUE DATE | 02/15/2022 |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/15/2022 | Overhead Allocation | 2022 Q1 | 1 | 234.92 | 234.92 |

BALANCE DUE  **$234.92**

**Dun & Dun Overhead Allocation to CMNTY Culture Group**

**Q1 2022**

| Vertical | e  2022 | Total | Notes |
|----------|--------:|------:|-------|
| Campus | $  11,569.95 | $  11,569.95 | Dun & Dun |
| Digital | $  - | $  - | Dun & Dun |
| Dun & Dun | $  14,408.61 | $  14,408.61 | |
| Media (TV & Film) | $  - | $  - | Dun & Dun |
| Philip - Personal | $  234.92 | $  234.92 | |
| Publishing | $  78.31 | $  78.31 | |
| Record Plant | $  10,708.57 | $  10,708.57 | |
| RCRDS | $  - | $  - | |
| Billable | $  - | $  - | TSJ |
| Total | $  37,000.36 | $  37,000.36 | |

*Excludes member compensation

**Dun & Dun LLC**

10877 Wilshire Blvd, Ste 1550
Los Angeles, CA 90024 US
marlenakaplan@CMNTYCULTURE.COM



## INVOICE

| BILL TO | | INVOICE | 1065 |
|---|---|---|---|
| Philmar Studios, Inc. | | DATE | 02/15/2022 |
| 1032 N Sycamore Avenue | | TERMS | Net 30 |
| Hollywood, CA 90038 USA | | DUE DATE | 02/15/2022 |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/15/2022 | Overhead Allocation | 2022 Q1 | 1 | 10,708.57 | 10,708.57 |

BALANCE DUE **$10,708.57**

Case 1:23-bk-11082-VK   Claim 22-1 Part 7   Filed 12/12/23   Desc Attachment 6   Page 2 of 2

**Dun & Dun Overhead Allocation to CMNTY Culture Group**

**Q1 2022**

| Vertical | e   2022 | | Total | Notes |
|---|---|---|---|---|
| Campus | $ | 11,569.95 | $   11,569.95 | Dun & Dun |
| Digital | $ | - | $   - | Dun & Dun |
| Dun & Dun | $ | 14,408.61 | $   14,408.61 | |
| Media (TV & Film) | $ | - | $   - | Dun & Dun |
| Philip - Personal | $ | 234.92 | $   234.92 | |
| Publishing | $ | 78.31 | $   78.31 | |
| Record Plant | $ | 10,708.57 | $   10,708.57 | |
| RCRDS | $ | - | $   - | |
| Billable | $ | - | $   - | TSJ |
| Total | $ | 37,000.36 | $   37,000.36 | |

*Excludes member compensation



**Dun & Dun LLC**

10877 Wilshire Blvd, Ste 1550

Los Angeles, CA  90024 US

marlenakaplan@CMNTYCULTURE.COM

# INVOICE

| BILL TO | | | | INVOICE | 1068 |
|---|---|---|---|---|---|
| CMNTY Culture Publishing, LLC | | | | DATE | 02/15/2022 |
| 10877 Wilshire Blvd, Suite 1550 | | | | TERMS | Net 30 |
| Los Angels, CA  90024 USA | | | | DUE DATE | 02/15/2022 |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 02/15/2022 | Overhead Allocation | 2022 Q1 | 1 | 78.31 | 78.31 |

|  | BALANCE DUE | **$78.31** |
|---|---|---|

**Dun & Dun Overhead Allocation to CMNTY Culture Group**

**Q1 2022**

| Vertical | e  2022 | Total | Notes |
|---|---|---|---|
| Campus | $        11,569.95 | $        11,569.95 | Dun & Dun |
| Digital | $                  - | $                  - | Dun & Dun |
| Dun & Dun | $        14,408.61 | $        14,408.61 | |
| Media (TV & Film) | $                  - | $                  - | Dun & Dun |
| Philip - Personal | $             234.92 | $             234.92 | |
| Publishing | $               78.31 | $               78.31 | |
| Record Plant | $        10,708.57 | $        10,708.57 | |
| RCRDS | $                  - | $                  - | |
| Billable | $                  - | $                  - | TSJ |
| Total | $        37,000.36 | $        37,000.36 | |

*Excludes member compensation

**EXHIBIT D**

1           UNITED STATES BANKRUPTCY COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3   _____

4   In Re:                      Case No.

5   THOMAS ST. JOHN INC.,        1:25-bk-11641-BR

6        Debtor.           Chapter No. 11

7   _____

8       RULE 2004 EXAMINATION OF THOMAS ST JOHN

9     AS REPRESENTATIVE OF THOMAS ST JOHN, INC.

10  DATE:        Tuesday, June 10, 2025

11  TIME:        10:14 a.m.

12  LOCATION:     Remote Proceeding

13              Levene Neale Bender Yoo & Golubchik LLP

14              2818 La Cienega Avenue

15              Los Angeles, CA 90034

16  OFFICIATED BY: Nicholas Casas

17  JOB NO.:      7411146

18

19

20

21

22

23

24

25

                                     Page 1

| | |
|---|---|
| 1       A P P E A R A N C E S | 1       I N D E X |
| 2   ON BEHALF OF DEBTOR THOMAS ST JOHN, INC.: | 2   EXAMINATION:         PAGE |
| 3       ANGELA N. GILL, ESQUIRE | 3      By Mr. Rothberg        8 |
| 4       Law Offices of Michael Jay Berger | 4 |
| 5       9454 Wilshire Boulevard, 6th Floor | 5       E X H I B I T S |
| 6       Beverly Hills, CA 90212-2929 | 6   NO.       DESCRIPTION       PAGE |
| 7       angela.gill@bankruptcypower.com | 7   Exhibit 1     Order Granting Stipulation |
| 8       (310) 271-6223 | 8       Pursuant to Federal Rule of |
| 9 | 9       Bankruptcy Procedure 2004 |
| 10   ON BEHALF OF PHILIP M. LAWRENCE II: | 10       Authorizing an Examination of |
| 11       DEBRA R. BRAND, ESQUIRE | 11       Debtor and Subpoena to be Issued |
| 12       Robert Yaspan Law Office | 12       to Debtor by David K. Gottlieb, |
| 13       21700 Oxnard Street, Suite 1750 | 13       Chapter 7 Trustee for the |
| 14       Woodland Hills, CA 91367 | 14       Bankruptcy Estate of Philip M. |
| 15       dbrand@yaspanlaw.com | 15       Lawrence, II Filed 5/7/25     25 |
| 16       (818) 905-7711 | 16   Exhibit 2     Notice of Stipulation and |
| 17 | 17       Stipulation for an Order Pursuant |
| 18 | 18       to Federal Rule of Bankruptcy |
| 19 | 19       Procedure 2004 Authorizing an |
| 20 | 20       Examination of Debtor and Subpoena |
| 21 | 21       to be Issued to Debtor by David K. |
| 22 | 22       Gottlieb, Chapter 7 Trustee for |
| 23 | 23       the Bankruptcy Estate of Philip M. |
| 24 | 24       Lawrence, II Filed 4/30/25     25 |
| 25 | 25 |
|                Page 2 |                Page 4 |

| | |
|---|---|
| 1       A P P E A R A N C E S (Cont'd) | 1       E X H I B I T S (Cont'd) |
| 2   ON BEHALF OF DAVID K. GOTTLIEB AS CHAPTER 7 TRUSTEE FOR | 2   NO.       DESCRIPTION       PAGE |
| 3   PHILIP M. LAWRENCE II: | 3   Exhibit 3     Proof of Claim Filed 1/25/2024 by |
| 4       JOSEPH ROTHBERG, ESQUIRE | 4       Thomas St John, Inc.     80 |
| 5       JEFFREY S. KWONG, ESQUIRE | 5   Exhibit 4     Thomas St John, Inc. Invoices    84 |
| 6       Levene Neale Bender Yoo & Golubchik LLP | 6   Exhibit 5     Membership Interest Option |
| 7       2818 La Cienega Avenue | 7       Agreement Dated 4/1/22     150 |
| 8       Los Angeles, CA 90034 | 8   Exhibit 6     Proof of Claim Filed 8/9/23 by |
| 9       jmr@lnbyg.com | 9       Franchise Tax Board     164 |
| 10       jsk@lnbyg.com | 10   Exhibit 7     Proof of Claim Filed 8/25/23 by |
| 11       (310) 229-1234 | 11       Department of Treasury-IRS     226 |
| 12 | 12   Exhibit 8     Phil Lawrence Cash Sources and |
| 13 | 13       Uses-Net Proceeds from the Sale |
| 14 | 14       Of Catalogue, 2/7/2020-12/31/21    169 |
| 15 | 15   Exhibit 9     Philip Lawrence General Ledger, |
| 16 | 16       January-December 2020     230 |
| 17 | 17   Exhibit 10    Asset Purchase Agreement Dated |
| 18 | 18       2/7/20          236 |
| 19 | 19   Exhibit 11    Complaint Filed 10/13/23 - Urbana |
| 20 | 20       Chapa Lawrence vs. Thomas St. |
| 21 | 21       John, Inc., et al.     251 |
| 22 | 22   Exhibit 12    Philip Lawrence CMNTY Campus QOZ |
| 23 | 23       Structure PowerPoint Dated |
| 24 | 24       12/10/20 Prepared by DLA Piper    252 |
| 25 | 25 |
|                Page 3 |                Page 5 |

2 (Pages 2 - 5)

1          I N D E X (Cont'd)
2      D O C U M E N T S   R E Q U E S T E D
3  NO.          DESCRIPTION            PAGE
4  1      Communications Between Debtor and
5          Philip Lawrence          31
6  2      Verwest Promissory Note       46
7  3      Documents Responsive to Category
8          Number 25 (All Documents
9          Referring, Relating, Or
10         Appertaining to any Insurance
11         Policies Insuring Debtor from
12         1/1/18 to Present)          65
13  4      Estimate Prepared at Closing of
14         Record Catalog Sale       167
15  5      Emails Re: Thomas St John Bonus
16         Re: Record Catalog Sale      177
17  6      Cash Withdrawal Receipts      190
18  7      Ledgers for PML Productions   192
19  8      Workings Papers for Detailed
20         General Ledger             231
21  9      Ledgers Related to Client Account  242
22  10     Dun & Dun LLC Corporate Meeting
23         Minutes, Formation Documents, and
24         Operating Agreement          244
25

Page 6

1          P R O C E E D I N G S
2          THE OFFICER:  Good morning.  My name is
3  Nicholas Casas.  I'm the deposition -- I'm sorry.  My
4  name is Nicholas Casas.  I'm the reporter assigned by
5  Veritext to take the record of this proceeding.  We're
6  now on the record at 10:14 a.m.
7          This is the examination of Thomas St John
8  on Tuesday, January -- sorry, Tuesday, June 10, 2025, at
9  2818 Los Cienega Avenue, Los Angeles, California 90034.
10         I'm a notary authorized to take
11  acknowledgments and administer oaths in California.
12         At this time, will everyone in attendance
13  please identify yourself for the record, starting with
14  counsel.
15         MR. ROTHBERG:  I'm Joseph Rothberg.  This
16  is my partner, Jeffrey Kwong.  We represent David K.
17  Gottlieb, who's the trustee of a separate bankruptcy
18  proceeding, that of Philip Lawrence.  That's case number
19  23-bk-11082.
20         MS. GILL:  This is Angela Gill with the
21  Law Offices of Michael Jay Berger on behalf of the
22  debtor, Thomas St John, Inc.
23         MS. BRAND:  Good morning.  Debra Brand of
24  Law Offices of Robert M. Yaspan representing Philip
25  Lawrence, the debtor -- the moving party's, however you

Page 7

1  want to refer to it, bankruptcy.
2          MR. ROTHBERG:  In the Lawrence bankruptcy
3  case.
4          MS. BRAND:  Yes.  Yeah.  There you go.
5  That's how we'll define it, Lawrence bankruptcy case.
6          MR. ST JOHN:  I'm Thomas St John, CEO of
7  the debtor company Thomas St John, Inc.
8          THE OFFICER:  Thank you.  I will now
9  swear the witness.
10         Can you please raise your right hand?
11  WHEREUPON,
12         THOMAS ST JOHN,
13  called as a witness and having been first duly sworn to
14  tell the truth, the whole truth, and nothing but the
15  truth, was examined and testified as follows:
16         THE OFFICER:  Okay.
17         You may now proceed.
18         MR. ROTHBERG:  Okay.
19         EXAMINATION
20  BY MR. ROTHBERG:
21     Q   Good morning.  As I said, we represent the
22  trustee for Philip Lawrence.  This is a 2004 Exam.  It's
23  a proceeding where I ask you questions on the record,
24  you answer them truthfully under oath.  It's kind of
25  like a deposition, but the scope of inquiry is

Page 8

1  significantly broader.  Although there is no judge
2  present, you just took the oath just like you're in
3  court.  Do you understand the consequences of violating
4  that oath?
5      A   Yes.
6      Q   Okay.  If you don't understand my question,
7  just tell me, I'll rephrase it, we'll work through it.
8  But if you do start answering, we're going to assume
9  that you did understand the question; do you understand
10  that?
11     A   Yes.
12     Q   It's important also for you, like you just
13  did, to answer "Yes" or "No" and not "Uh-huh" or
14  "Huh-uh" so that there's a clear written record of the
15  proceeding.  We're not videotaping or anything, so head
16  nodding and things of that nature aren't going to be
17  reflected in the final transcript; do you understand
18  that?
19     A   Yes.
20     Q   And we can take a short break, and we're going
21  to take a break for lunch and things of that nature.
22  The only real rule is that you can't take a break in the
23  middle of a question.  So if there's a question pending,
24  you have to finish answering it before we can move on to
25  take a break.  Other than that, you can ask me or your

Page 9

3 (Pages 6 - 9)

1 attorney whenever you want to take a break; do you
2 understand that?
3   A   Yes.
4   Q   Okay.  You identified yourself as the CEO of
5 the debtor, Thomas St John, Inc.?
6   A   Correct.
7   Q   And how long have you been in that position?
8   A   Since its formation in -- I don't know the
9 exact date, but probably 2011.
10   Q   Okay.  And you're the one who founded it?
11   A   Yes.
12   Q   Are you the 100 percent shareholder?
13   A   No.
14   Q   Who are the other shareholders?
15   A   They're Tim Smyth, Krister Axner, Jason
16 Brookbanks.  There are a bunch of employee shareholders.
17 That list -- I -- I could provide that list.
18   Q   Okay.  What percentage approximately do you
19 own?
20   A   About 80 percent.
21   Q   Okay.  So you're the significant majority
22 shareholder?
23   A   Yes.
24   Q   Okay.  What's the address of the debtor?
25   A   Currently, it's 17405 Cumpston Street, Encino,

Page 10

1 91316.
2   Q   Okay.  How many people currently work for the
3 debtor?
4   A   Nineteen.
5   Q   Okay.  As you testify here today, would you
6 say you're in good health?
7   A   Yes.
8   Q   Not under the influence of any drugs or
9 alcohol?
10   A   No.
11   Q   Have you ever been arrested?
12   A   No.
13   Q   Do you have any history of any disabilities
14 that would affect your ability to testify?
15   A   No.
16   Q   There's any reason that you feel you can't
17 have your examination today?
18   A   No.
19   Q   Okay.  What's the highest level of education
20 that you attained?
21   A   I got a degree from Hertfordshire University.
22   Q   What was that?
23   A   I've got a Bachelor's of Science from
24 Hertfordshire University.
25   Q   Hertfordshire?  Okay.

Page 11

1   A   I'm an enrolled agent.  I've got an advanced
2 diploma in international tax, among other professional
3 qualifications over the years.
4   Q   When you say you're an "Enrolled agent," you
5 mean an enrolled agent with the IRS?
6   A   Correct.
7   Q   And where did you obtain the -- I'm sorry, you
8 said it was a master's in international tax?
9   A   No.  Advanced diploma.
10   Q   Advanced diploma in international tax.  Where
11 did you obtain that?
12   A   London.
13   Q   What was the name of the school?
14   A   I don't remember the name of the school.  It
15 would've been -- it's -- it's a professional
16 qualification so you don't -- it's not affiliated with
17 one school.
18   Q   Was it, like, an online program?
19   A   No.  It's -- it's part of the Institute of
20 Chartered -- Chartered Tax Advisors in the UK.  But
21 it's -- it's -- you don't go to a school, you have to --
22 there's -- there's different providers that would give
23 courses and -- and -- but it's -- it's a paper exam you
24 sit, but it's -- it's not affiliated with a school as
25 such.

Page 12

1   Q   It's like a qualification --
2   A   Yeah.
3   Q   Like a professional qualification?
4   A   Correct.
5   Q   Sorry.  One more thing I forgot to mention is
6 that it's very important that only one of us talk at a
7 time so our friend, Mr. Reporter over here, doesn't get
8 overwhelmed with crosstalk.
9   A   Okay.
10   Q   So I apologize if I interrupt.  When did you
11 obtain that advanced degree in international tax?
12   A   Probably 2011, 2012.
13   Q   Okay.  Around the time you founded Thomas St
14 John, Inc.?
15   A   Yes.
16   Q   What did you do before you founded Thomas St
17 John, Inc.?
18   A   I lived in the UK and initially we -- we
19 started Thomas St John Limited.
20   Q   Who's "We"?
21   A   Well, actually I founded it, but we brought on
22 subsequent shareholders, the first being Tim Smyth.
23   Q   Okay.  So and that was right when you moved to
24 the United States?
25   A   No.  That was well before.  I set up Thomas St

Page 13

4 (Pages 10 - 13)

1  John Limited in 2007.
2    Q   So you set that up in the UK, and then when
3  you moved here you set up a --
4    A   We had an entity here before I moved here.
5    Q   Okay.  So in preparation for moving here, you
6  formed a U.S. entity because you were going to
7  practice --
8    A   Not necessarily.  We -- we provided U.S., UK
9  tax advice for principally European entertainers coming
10  into the U.S., so we had staff here probably as far back
11  as 2009.
12    Q   So you had staff here, but they were working
13  for the Limited entity, not the U.S. entity that's the
14  debtor now?
15    A   Correct.  And I might have these dates
16  slightly incorrect, but I think we formed the Inc. in
17  2011 and then I moved here in 2013.
18    Q   Okay.  And did any of your other partners move
19  here as well to work for the U.S. entity, or did they
20  stay in the UK?
21    A   None of my partners moved.  We had some UK
22  staff that came back and forth.
23    Q   And as I'm saying "Partners," I mean the
24  additional shareholders, not technical partners.
25    A   No.  None of them.

Page 14

1    Q   Okay.  Do you hold any U.S. professional
2  licenses other than being an enrolled agent?
3    A   No.
4    Q   Have you ever been deposed before?
5    A   Once.
6    Q   And when was that?
7    A   It would've been about this time last year,
8  probably about 12 months ago.
9    Q   Okay.  What case was it in?
10    A   It was in relation to Wayne Kamemoto, who we
11  terminated as an employee.
12    Q   Okay.  Have you ever testified in court
13  before?
14    A   No.
15    Q   So you said there were 19 employees for Thomas
16  St John, Inc.?
17    A   Yes.
18    Q   And what sort of employees work there, what
19  are their positions?
20    A   They vary from trainee accountants to
21  qualified CPAs to -- we have some administrative staff.
22    Q   Okay.  So how many CPAs work there right now?
23    A   Two CPAs.
24    Q   What are their names?
25    A   Marlena Kaplan and Ravi -- I can't remember

Page 15

1  his surname.  I'll have to look up his surname.
2    Q   Okay.  Has he worked there long?
3    A   Yes.  Yeah.
4    Q   Just escaping you right now?
5    A   Yeah.  Yes.
6    Q   It happens.  How long has Marlena Kaplan
7  worked there?
8    A   About four -- three -- close on four years.
9    Q   Around four years?
10    A   Yeah.
11    Q   What about Ravi?
12    A   I would say about the same.
13    Q   Okay.  What about in 2019, which CPAs worked
14  there in 2019, if any?
15    A   I don't recall offhand.  At that point we
16  would've had more CPAs work there.  I don't recall
17  exactly who was there.
18    Q   Do you know approximately how many?
19    A   I don't.  I could look -- I could provide that
20  information, we'd have a record of it; but --
21    Q   More than ten?
22    A   Probably not that number.
23    Q   More than five?
24    A   Yeah.
25    Q   Okay.  Somewhere between five and ten CPAs in

Page 16

1  2019.  What about in 2020?
2    A   About the same.
3    Q   Did you have a specific CPA assigned to each
4  particular client of your firm's?
5    A   No.  That's not how it operates.
6    Q   I should back up.  Would you please describe
7  your business operation -- the debtor's business
8  operations?
9    A   What we do for clients?
10    Q   Sure.
11    A   We provide business management services, bill
12  pay, tax preparation, financial reporting.
13    Q   Okay.  Anything else?
14    A   We have a suite of services that ranges --
15  it's covered by those -- under those headings.
16    Q   Bill pay, tax prep, and financial reporting?
17    A   Correct.
18    Q   And how did you first get into the management
19  industry?
20    A   The debtor or me?
21    Q   You.
22    A   I was working for a firm in London -- an
23  accounting firm in London and -- and they gave me an
24  entertainment client and it just kind of went from
25  there.  That's 2001.

Page 17

1   never know.  Sometimes people are like "Yeah," even
2   though they don't practice.  That was an aside.
3          Do you currently work anywhere else besides
4   TSJ, Inc.?  Thomas St John, Inc. I'm abbreviating to
5   TSJ, Inc.
6   A   No.  I do not.
7   Q   Okay.  Do you currently hold any shares of any
8   corporation aside from Thomas St John, Inc.?
9   A   Yes.  I do.
10  Q   And what are those?
11         MS. GILL:  Wait.  Hold on.
12         Are you asking him as an individual what
13  shares he owns in other companies?
14         MR. ROTHBERG:  Yes.
15         MS. GILL:  Okay.
16         THE WITNESS:  I have shares -- I don't
17  recall where -- exactly how many companies I've got
18  shares in, but one major one would be Dun & Dun.
19  BY MR. ROTHBERG:
20  Q   Okay.  But you own the Dun & Dun shares
21  personally, not through TSJ, Inc.?
22  A   Correct.
23  Q   What about the limited company that's in the
24  UK, do you still own any shares of that?
25  A   So I don't hold shares in Thomas St John, Inc.

Page 22

1   I hold shares through Thomas St John Group, Inc., and
2   that owns the shares then in each of the subs, Sweden,
3   the Netherlands, London, and here in the U.S.
4   Q   Okay.  So you're -- I'm sorry.  Remind me of
5   the name of the top line?
6   A   Thomas St John Group.
7   Q   Group.  So Thomas St John Group owns
8   80 percent of Thomas St John, Inc.?
9   A   No.  Thomas St John Group, Inc. owns
10  100 percent.
11  Q   Thomas St John Group owns 100 percent of
12  Thomas St John, Inc. and you own 80 percent of Thomas St
13  John Group?
14  A   Correct.
15  Q   Okay.  So each one of your other minority
16  shareholders owns the same amount of each one of your
17  international subsidiaries, for lack of a better word?
18  A   They have shares in the group, but the group
19  owns 100 percent of each of the subs.
20  Q   Okay.  So it's all split evenly amongst
21  everybody.
22  A   Yeah.
23  Q   Okay.  And you said that there were -- how
24  many other countries had a Thomas St John subsidiary?
25  A   Sweden, the Netherlands, UK, and the U.S.

Page 23

1   Q   Okay.  So there's four countries?
2   A   Correct.
3   Q   Okay.  Are you -- I know -- so are you an
4   officer of any of those other companies?
5   A   Yes.
6   Q   All of them?
7   A   Certainly the UK.  I'm not sure about the
8   Netherlands and Sweden.  There can be tax -- issues if
9   you -- if you -- for having a U.S. residence.  Being an
10  officer of those countries, you can create tax issues if
11  you're a -- if you're a director.  I may be, but I'd
12  have to check.
13  Q   I didn't mean a director, I meant an officer.
14  A   Same thing.  That's what they call --
15  Q   In those countries it's the same?
16  A   Yeah.  That's what it's called, yeah.
17  Q   Is there any distinction made between
18  "Director" and "Officer" in any of those countries?
19  A   No.
20         MR. ROTHBERG:  Okay.
21         Okay.  All right.  I'm going to just hand
22  over the first of many documents.
23         This one's for the reporter; this one is
24  for you.
25         THE WITNESS:  Thank you.

Page 24

1          MR. ROTHBERG:  We're going to call this
2   one Exhibit 1.
3          (Exhibit 1 was marked for
4          identification.)
5   BY MR. ROTHBERG:
6   Q   Ready?
7   A   I am.
8   Q   Have you seen this document before?
9   A   Yes.
10  Q   This is the Order from the Court approving our
11  stipulation and that the debtor participate in today's
12  exam?
13  A   Yes.
14  Q   Okay.  I'm going to hand you another document.
15         MR. ROTHBERG:  This is going to be
16  Exhibit 2.
17         (Exhibit 2 was marked for
18         identification.)
19  BY MR. ROTHBERG:
20  Q   Have you seen this document before?
21  A   Yes.
22  Q   And this is the stipulation which includes the
23  subpoena to the debtor regarding this examination?
24  A   Yes.
25  Q   Okay.  Would you please flip almost to the

Page 25

7 (Pages 22 - 25)

1    A    We haven't done a full document -- we haven't
2    done a full document search.  We require keywords in
3    order to be able to pull all of those communications
4    from our email server.  I requested a keyword list.
5        Q    I didn't receive any keywords list.  So again,
6    my question is, did you produce any?  Not why you
7    didn't.
8        A    We produced some, I believe, but not all.
9        Q    You produced them to your attorneys or you
10   produced them to my office?
11       A    They were uploaded to a SharePoint file and --
12       Q    So there's a -- in the document production
13   there were no emails or text messages that were included
14   between Thomas St John, Inc. and Lawrence.
15       A    I believe there were -- there were a few
16   emails.
17       Q    A few emails?
18       A    Yes.
19       Q    Do you know which part of the production they
20   were in?
21       A    Not offhand.
22       Q    Do you know who would know that?
23       A    If I looked over the files, I'd find them.
24   But there is -- and we're happy to provide all of the
25   communications, just we need a keyword list.  It's --

1    it's impractical, if not impossible, to produce every
2    communication and -- and what -- there could be millions
3    of documents.
4        Q    There's millions of communications between you
5    and Thomas -- and Lawrence?
6        A    Not me personally, but between the debtor and
7    Philip Lawrence, yeah.
8            MR. ROTHBERG:  Okay.
9            Well, we're going to meet and confer then
10   about that to coordinate a production because obviously
11   those are going to be --
12           THE WITNESS:  We would need a keyword
13   search and hand that over to our I.T. department and let
14   them pull from the server, yeah.
15   BY MR. ROTHBERG:
16       Q    Your attorneys and I are going to discuss this
17   after the exam on a way to move forward with making sure
18   that the debtor produces communications that are
19   sufficient to satisfy this request.  But you understand
20   the debtor is under a court order to produce those
21   documents?  Not to cull them, but to produce them?
22       A    Understood.
23       Q    Yeah.  Okay.  So what about category number 5,
24   that's the "Communications between Urbana and the
25   debtor."  Did you produce any of those?

1    A    No.  We did not.
2        Q    And why not?
3        A    Same reason.
4        Q    But you believe that there's some -- there
5    were some emails with Lawrence -- or communications with
6    Lawrence, but not communications with Urbana produced?
7        A    Correct.
8        Q    And how do you know that?
9        A    I can't recall any.  I've looked over the
10   documents, obviously.  I don't recall any Urbana emails
11   being in there.  And Urbana wasn't the client so the
12   vast, vast majority of communications would've been with
13   Philip Lawrence.
14       Q    Okay.  And did you typically communicate with
15   him vis-a-vis email?
16       A    Typically email, phone calls, and text
17   messages.
18       Q    Was there a lot of text messages between you
19   and Mr. Lawrence?
20       A    I wasn't the day-to-day on -- on Philip
21   Lawrence's account, that would've been Nina Nguyen, so
22   I'm not -- I'm not sure.
23       Q    When did -- well, we'll get to that.  Just a
24   second.  What about category 6, did you -- did the
25   debtor produce "All tax returns filed for Lawrence

1    between 2018 and present"?
2        A    Yes.
3        Q    Were those previously produced in the Urbana
4    lawsuit?
5        A    Yes.
6        Q    Do you know if Mr. Lawrence agreed to those
7    being produced in the Urbana lawsuit?
8        A    I don't recall.  I wasn't involved in the
9    production, so I don't recall.
10       Q    You were not involved in the Urbana
11   production?
12       A    Correct.
13       Q    Who -- do you know if those were joint tax
14   returns?
15       A    We didn't produce -- we didn't prepare all of
16   those tax returns.  I seem to recall her refusing to
17   sign tax returns at one point.  Yeah.  We probably
18   only -- we probably only prepared two years of those tax
19   returns.  They were prepared by his previous accountant.
20       Q    Do you remember who his previous accountant
21   was?
22       A    Yeah.  NKFSB.
23       Q    NKFSB?
24       A    Yeah.
25       Q    Do you remember which years Thomas St John

9 (Pages 30 - 33)

1 the debtor did in terms of tax preparation and maybe
2 what the differences between that and a tax strategy?
3    A    We did tax preparation. The client had
4 significant arrears before he became a client.
5    Q    You mean Mr. Lawrence?
6    A    Mr. Lawrence.
7    Q    Okay.
8    A    His tax records were in a bad state when we
9 took him on as a client. In particular, there were
10 issues around a Dutch partnership that he had invested
11 in with a guy called Marcel Boekhoorn and had -- was in
12 a dispute with Mr. Boekhoorn, and most of our time was
13 spent trying to get books and records together so we
14 could file accurately. The previous accountant hadn't
15 filed -- hadn't filed his returns accurately for
16 those -- for those companies.
17    Q    That was NKFSB?
18    A    Yeah.
19    Q    Do you remember the name of the particular
20 accountant at NKFSB?
21    A    Larry -- I'm having a bad day for surnames
22 today. It'll come back to me.
23    Q    I have those every day. Okay. Somebody named
24 Larry at NKFSB was Mr. Lawrence's accountant before the
25 debtor?

Page 42

1    A    Correct.
2    Q    Do you remember what year, approximately,
3 Mr. Lawrence came over to become a client of the debtor?
4    A    No. But I believe we produced the engagement
5 letter, so I don't remember the exact year.
6    Q    I'm sure it's in there.
7    A    Yeah.
8    Q    Okay. Do you think it was before 2018?
9    A    No.
10    Q    Sometime around the catalog sale?
11    A    Yes. We were hired specifically for the
12 catalog sale.
13    Q    And how was Mr. Lawrence introduced to you?
14    A    Through a UK lawyer called James Sully. James
15 had been living in the U.S., was working for Reed Smith
16 here in the U.S., has subsequently moved back to the UK.
17    Q    Mr. Sully has referred you business before?
18    A    Yes.
19    Q    So presumably Mr. Sully looks at this mess of
20 a tax situation and says --
21    A    No. It was specifically for the -- for the
22 catalog sale originally.
23    Q    Okay. So as just a side effect of
24 Mr. Lawrence moving over from NKFSB, you discovered that
25 there were issues with the tax --

Page 43

1    A    Correct. Amongst many others.
2    Q    And who at your -- at the debtor discovered
3 that?
4    A    I -- it wouldn't have been a person. As -- as
5 information starts to trickle in, you see -- you see
6 that there's issues.
7    Q    Who made you aware of it?
8    A    I don't recall. It would've been Noni or
9 Connor.
10    Q    The group that works on it, one of them
11 reports to you?
12    A    Someone in the tax department would've told
13 me.
14    Q    Okay. Did you get frequent updates about
15 Mr. Lawrence's tax situation?
16    A    Yes.
17    Q    Were those by email or otherwise?
18    A    Various.
19    Q    Okay. But there are some emails presumably
20 about Mr. Lawrence's tax situation between you and
21 Mr. Southwell, Ms. Nwasike, and/or Ms. Gilbert?
22    A    Yes.
23    Q    Okay. What about number 11, did the debtor
24 produce any documents in response to category number 11?
25    A    Yes.

Page 44

1    Q    Okay. What documents were produced?
2    A    I believe a copy of the contract between
3 the -- between Verwest and Lawrence was produced. That
4 would've been some email correspondence.
5    Q    So the contract between Mr. Lawrence and
6 Verwest was by email -- by email correspondence?
7    A    Yes.
8    Q    There was no signed formal agreement?
9    A    There was.
10    Q    Okay. Was it in the form of a note?
11    A    A note? How do you mean?
12    Q    A promissory note?
13    A    Yes. Copy of -- I don't -- I haven't -- I
14 don't have a copy of the signed version, but I've
15 produced a -- I think it was a final draft.
16    Q    Okay. In the production, there's three notes
17 that were produced and we'll get to them. But there was
18 one from Global One Financial and there was one from
19 SunTrust, and then there was one from Higpnosis?
20    A    Correct.
21    Q    I don't know --
22    A    Higpnosis.
23    Q    Higpnosis, with a silent G, but I don't have
24 any with Verwest in the production.
25    A    There's definitely one in there from --

Page 45

12 (Pages 42 - 45)

1  between Verwest and Philip Lawrence.
2      MR. ROTHBERG:  Okay.
3      So we're going to have to speak about
4  that after the exam to make sure that it came over,
5  because I don't think I saw that.
6      MS. GILL:  We sent over everything that
7  was sent so I will --
8      MR. ROTHBERG:  Right.  But in the file
9  called "Notes payable and receivable," there's no note
10  from Verwest, to or from.
11      MS. GILL:  Okay.
12  BY MR. ROTHBERG:
13  Q    Other than the email, were there any other
14  communications that you're aware of that had to do with
15  the loan to Verwest?
16  A    Many.
17  Q    And those were between your firm and
18  Mr. Lawrence -- excuse me, and Verwest?
19  A    No.  Mr. Verwest had two lawyers representing
20  him in negotiating that loan agreement.  I'm struggling
21  to remember the lawyer that Philip had, but it was --
22  but I put the email -- it would've been on that email
23  that I put in the -- in the documents.
24  Q    There's one email?
25  A    At least one.

                                        Page 46

1  Q    Okay.  Okay.  So there were -- and who is
2  Mr. Verwest?
3  A    Tijs Verwest.  He's a DJ.
4  Q    How do you spell that first name?
5  A    T-I-J-S.
6  Q    And what was your understanding of the
7  agreement between Mr. Verwest and Mr. Lawrence?
8  A    Mr. Verwest lent Philip $25 million to settle
9  the loan he had taken with Higpnosis, which had a very
10  punitive clause where Higpnosis had the right to
11  publicly auction Philip Lawrence's catalog at his cost
12  if he was late paying.
13  Q    Okay.  So the Higpnosis loan was for
14  $15 million?
15  A    Correct.
16  Q    But Mr. Verwest loaned Mr. Lawrence
17  $25 million?
18  A    Originally it was supposed to be for
19  $15 million, and Mr. Lawrence requested more.
20  Q    And he just gave him $10 million?
21  A    Yes.
22  Q    Must be nice.
23  A    For a nice piece of -- for nice interest.
24  He made plenty of money on it.
25  Q    Do you remember what the rate was?

                                        Page 47

1  A    I don't.  I remember how much the interest
2  was.  It was $2 million.
3  Q    It was 2 million in interest.  Do you remember
4  how long the loan was?
5  A    It was under a year, I believe about ten
6  months.
7  Q    But it was paid -- his 2 million in interest
8  was paid at the closing of the sale of Mr. Lawrence's
9  catalog?
10  A    Yes.  Yes.  We paid it -- we paid it out of
11  the closing funds.
12  Q    Okay.  We'll get to that.  I just wanted to
13  make sure I'm following.  Okay.  Okay.  Were there any
14  text messages that you have concerning that loan between
15  Mr. Lawrence and Verwest?
16  A    I don't recall, but likely.
17  Q    What advice did you give Mr. Lawrence about
18  the Higpnosis loan?
19  A    Higpnosis loan?
20  Q    Mm-hmm.
21  A    None.
22  Q    What about the Verwest loan?
23  A    I did not advise Mr. Lawrence on the Verwest
24  loan.  He had a lawyer advising him for that.
25  Q    So he shows up and says, "This is what I'm

                                        Page 48

1  doing.  You should be aware of it"?
2  A    Explain.
3  Q    Mr. Lawrence -- you said there are some text
4  messages between you and Mr. Lawrence about those two
5  loans?
6  A    I don't recall, but I would imagine so, yes.
7  Q    So what did you talk about with Mr. Lawrence
8  about those two loans?
9  A    I was surprised by the Higpnosis loan.  I was
10  not happy about the Higpnosis loan, but that was
11  negotiated by James Sully and we were left off any of
12  the communication on that loan.
13  Q    James Sully is the gentleman at Reed Smith --
14  or was at Reed Smith?
15  A    Yes.
16  Q    So James Sully negotiated the loan that
17  allowed Higpnosis to force an auction of the catalog?
18  A    Correct.
19  Q    Okay.  And why did that make you unhappy?
20  A    Because we didn't have -- we didn't have a
21  final date on when this catalog was going to close, we
22  didn't have a deal, so it put a hard deadline on us
23  having to close and the primary buyer at that point was
24  Higpnosis.  It put Philip in a terrible position where
25  he either had to close with Higpnosis on their terms or

                                        Page 49

13 (Pages 46 - 49)

1  suffer this crazy position where they could have taken
2  it to market and sold it at market to repay their $15
3  million loan.  At that point, we were talking about a
4  purchase price -- it was at least 90 million.  It's --
5  it was a crazy position to be in.
6      Q    And when you said there was a deadline, can
7  you explain how that functioned and why there was a
8  deadline?
9      A    It was the -- it was the date in the Higpnosis
10  loan, when -- when the loan matured.  It was -- I don't
11  recall how many months he had to pay it back, but it
12  wasn't -- it wasn't a long time.
13      Q    Yeah.  We'll have that as an exhibit.  But
14  you're saying that your understanding -- and correct me
15  if I'm wrong, your understanding was as the note
16  matured, if it was not paid by that date, Higpnosis
17  could force an auction?
18      A    Correct.
19      Q    And that would be far below market value from
20  your -- in your opinion?
21      A    Higpnosis also had -- I -- I may get this a
22  little bit wrong, like a right of first refusal or a --
23  some -- some term where they could send it to market,
24  get bids from the market, and then they could decide
25  whether to match it or not, and that's not a -- that

Page 50

1  wouldn't have been a fair process.
2      Q    And why do you believe that it wouldn't have
3  been fair?
4      A    Because we spent six months on picking that
5  catalog and -- and analyzing all of the revenue streams.
6  Higpnosis would've sent that to market, given people a
7  week to analyze it, and then they would've been in
8  control of the process.  There's no way someone could
9  have done the due diligence required to give a fair
10  offer.
11      Q    So you think that it -- the process would've
12  just been rushed?
13      A    Yes.
14      Q    When you said "We did the analysis on picking
15  the catalog," what do you mean by that?
16      A    I don't remember the number of songs, but it
17  was probably north of a thousand songs going back at
18  least ten years.  There was three publishing deals, one
19  with Roc Nation, then with, I believe, Universal, and
20  then with Warner.  There are always errors.  We have a
21  joke in our business that says the one thing you can
22  rely on in entertainment is that your royalty statement
23  is wrong.
24          So in order to maximize the value, you have to
25  analyze all of those revenue streams, of which there's

Page 51

1  hundreds, and -- and make sure that you've collected the
2  appropriate amount from every country in the world.
3  Like, he wrote all of the Bruno Mars' songs plus some
4  Adele songs.  Like, it's an incredible catalog.  That
5  was an enormous amount of work.
6      Q    And the debtor performed that analysis?
7      A    Yes.
8      Q    Who at the debtor performed that analysis?
9      A    A guy called Jason Brookbanks.
10      Q    And that was the person -- that was, like, his
11  job, Mr. Brookbanks?
12      A    Correct.
13      Q    For all your clients that had music catalogs?
14      A    His -- he is based in the London office, he's
15  the head of our deal advisory department.  And yeah,
16  that -- he spends most of his time doing valuations
17  and -- and purchase -- acquisitions of catalogs.
18      Q    And that's a service that the debtor provides
19  to all of its clients?
20      A    It's available to all clients, but it's -- we
21  do five to ten transactions a year.
22      Q    When you say "Transactions," do you mean music
23  catalog sales?
24      A    Or acquisitions, yes.
25      Q    Okay.  Just a second.  Are most of the

Page 52

1  debtor's clients musicians?
2      A    Not always.  We represent some large funds who
3  are acquiring assets and -- and musicians.
4      Q    Okay.  But people -- or a fund would come to
5  the debtor because the debtor has experience in music
6  catalog sales?
7      A    Correct.
8      Q    And you said you did five to ten music catalog
9  sales per year?
10      A    Roughly.
11      Q    Okay.  Going back to this document here,
12  number 12, did the debtor produce all of the documents
13  responsive to category number 12?
14      A    I -- all physical documents, yes, not
15  including emails.
16      Q    Right.  Well, we can, for the purposes of
17  today's discussion, differentiate between documents and
18  emails because I did --
19      A    Yes.
20      Q    -- make a distinction in the document
21  requests.  Okay.  So other than email communications,
22  you've -- the debtor has produced all the documents
23  relating or pertaining to loans made to Lawrence?
24      A    Yes.
25      Q    Did the debtor have to produce those in

Page 53

14 (Pages 50 - 53)

1        MS. GILL:  I'm going to object to that.
2    It's calling for a legal conclusion.
3        He's not an attorney.  He doesn't know
4    what rights Lawrence had.
5        MR. ROTHBERG:  Well, he was involved in
6    the sale.
7        MS. GILL:  Which he's already testified
8    about, the sale of the catalog.
9        MR. ROTHBERG:  Right.  But they also said
10    they do five to ten of these sales a year.
11        MS. GILL:  Okay.  You can repeat the
12    question, maybe be a little more specific.
13        MR. ROTHBERG:  Okay.
14    BY MR. ROTHBERG:
15    Q    When one of your clients sells a music
16    catalog, what exactly are they selling?
17    A    They're selling their -- the publisher
18    share -- in this case, it was the publisher share and
19    the artist share.  When an artist typically signs a
20    publishing deal, they assign all of those rights over to
21    the publisher for a period.  After a term, those rights
22    revert back to the individual.  When we went -- when we
23    were selling this catalog, he was signed to
24    Warner/Chappel and the rights hadn't reverted yet.  So
25    we had to do a buyout of -- we had to buy out

Page 58

1    the catalog for Mr. Lawrence?
2    A    Correct.
3    Q    Okay.  Again, I'm not familiar with these
4    things, so I apologize for my ignorance there.
5    A    Any licensing of -- of music or otherwise
6    would've been the exclusive right of the publisher.
7    Q    Got it.  Okay.  Number 20 asks for
8    communications about the licensing.  I presume you have
9    not produced those?
10    A    No.  On the basis, I don't believe we would
11    have any.
12    Q    Got it.  Okay.  So none for number 20.  What
13    about number 21, are you familiar with Tempo Music
14    Investments LLC?
15    A    Absolutely.
16    Q    And what is that?
17    A    Tempo Music is a music fund that ultimately
18    acquired the catalog.
19    Q    Do you own any equity interest in Tempo Music?
20    A    No.
21    Q    Does the debtor?
22    A    No.
23    Q    Does any of the other entities in the Thomas
24    St John Holding Group?
25    A    No.

Page 60

1    Warner/Chappel and then sell all the rights, which
2    happened concurrently.
3    Q    And those rights would entitle whomever owned
4    them to the royalties associated with the songs being
5    played?
6    A    Correct.  He had an advance -- he'd been paid
7    in advance by Warner and that had to be repaid before
8    Lawrence could receive any cash.
9    Q    And that's what a gentleman at your office
10    does to make sure that all the royalties are being
11    properly paid?
12    A    Yes.  Yeah.  That -- that -- Warner are doing
13    their job properly.
14    Q    Right.  Okay.  So your office would double
15    check the statements made by the music publisher?
16    A    Yes.
17    Q    Okay.  All right.  What about category --
18    sorry.  Let me rephrase.  A licensing deal was never
19    part of what you analyzed for Mr. Lawrence?  Want me to
20    rephrase?
21    A    Can you be specific?
22    Q    Yeah.  So you never were involved in obtaining
23    a new licensing deal for Mr. Lawrence?
24    A    No.
25    Q    You were only involved in obtaining a sale of

Page 59

1    Q    Okay.  So it's some third party that buys
2    catalogs?
3    A    Yes.
4    Q    Have you done a deal with Tempo Music
5    Investments LLC before Mr. Lawrence's deal?
6    A    Not prior to that, no.
7    Q    But they were one of the parties that you
8    communicated with to try and sell the catalog?
9    A    Yes.
10    Q    Did they ultimately buy the catalog?
11    A    Yes.
12    Q    Okay.  So there's communications between your
13    office and Tempo Music Investments?
14    A    Yes.
15    Q    Okay.  And they were not produced?
16    A    No.  And I would have to check -- I would have
17    to check on my lawyer what we can produce and can't
18    produce.  There is a -- there was a lawsuit filed by a
19    guy called Mickey Shapiro, who was a lawyer that Philip
20    Lawrence appointed to represent him on one potential
21    buyer called -- it'll come back to me.  Barometer was
22    the name of the fund.
23    Q    So Barometer was one of the potential suitors,
24    for lack of a better term?
25    A    Correct.

Page 61

1    Q    And that -- they just didn't make a good
2    enough offer?
3    A    Yeah.  Not even close.
4    Q    Not even close?  And there was a lawsuit
5    initiated by somebody concerning that offer?
6    A    So then Michael Shapiro then sued Lawrence
7    saying that he introduced Tempo, which was complete
8    fiction.
9    Q    I don't think I understand.
10    A    I don't blame you.
11    Q    So they -- so the other -- the scorned suitor,
12    Barometer, wants to do the deal and then sues Lawrence
13    because Tempo got involved?
14    A    No.  So Michael Shapiro was a lawyer who said
15    he had buyers.  Again, against my advice, Philip signed
16    a contract with -- with Michael Shapiro saying that he
17    could represent Philip for just one buyer, these guys
18    Barometer.  When eventually the deal closed, Michael
19    Shapiro turned around and said -- and claimed that he
20    introduced Tempo Music.
21    Q    Oh.
22    A    And filed a claim in the New York courts, I
23    believe.
24    Q    Okay.  So the lawyer's upset because he thinks
25    he should get some kind of finder's fee for this, you

Page 62

1    know, massive sale of music and then sued Lawrence?
2    A    Yes.
3    Q    Do you know what happened to that lawsuit?
4    A    I understand -- again, I don't have full
5    details, but I believe Phil couldn't keep up the legal
6    bills and that was what instigated his bankruptcy
7    filing.  That and another similar lawsuit relating to
8    the Record Plant.
9    Q    Relating to what?
10    A    The Record Plant.
11    Q    What's that?
12    A    Was a recording studio that Philip Lawrence
13    owned over in West Hollywood.
14    Q    Okay.  But you can presumably offline have a
15    discussion with your attorneys about producing these
16    documents, which I'm not going to advise you, but this
17    is a court order.  And usually there's a exception to
18    confidentiality provisions if you've been court ordered
19    to produce something.
20    A    I'm more than happy to produce them.  I was a
21    witness in that case.  Just need to make sure I'm not
22    breaking any rules.
23    Q    You were a witness, but you weren't deposed in
24    that case?
25    A    No.

Page 63

1    Q    And you didn't testify in court?
2    A    No.
3    Q    Did you make a declaration?
4    A    Yes.
5    Q    Okay.  Okay.  What about category 23, were any
6    of those documents produced by the debtor?
7    A    Yes.
8    Q    Okay.  And I think there was a letter in there
9    about Dun & Dun; is that what you're referring to?
10    A    He had many entities.
11    Q    Right.  But we're talking about what you
12    produced in response to 23 and why you answered "Yes."
13    Right?  So did you -- did the debtor produce all of the
14    documents that would be responsive to 23?
15    A    All the physical documents, yes, not texts and
16    emails.
17    Q    Okay.  So that is something the debtor could
18    produce?
19    A    Yes.
20    Q    Okay.  What about number 24, did the debtor
21    produce all documents in response to category 24?
22    A    No.
23    Q    Okay.  But is that something that the debtor
24    could produce?
25    A    Absolutely.  Yes.

Page 64

1    Q    Okay.  What about number 25, did the debtor
2    produce all documents in response to number 25?
3    A    Yes.  Anything in our possession, yes.
4    Q    Okay.  I actually will ask you to please
5    double check that because the documents that were
6    shared, I don't have a subfolder that says "Insurance
7    policies," and the way these documents were organized
8    were by category with a number.  So that is something
9    we'll have to discuss.
10        At the 341(a), you did testify that the debtor
11    has several active insurance policies?
12    A    Like, general insurance?
13    Q    Yes.
14    A    He -- when we represented him, yes.
15    Q    When you represented Mr. Lawrence you had --
16    the debtor had several different active insurance
17    policies?
18    A    Yes.
19    Q    What about now?
20    A    No idea now.
21    Q    Who would know that?
22    A    His current accountant.
23    Q    No, no, no.  I'm sorry.  I'm talking about the
24    debtor's insurance policies.
25    A    Oh.  Our insurance?  Sorry.  Sorry.  I thought

Page 65

17 (Pages 62 - 65)

1 you were talking about Mr. Lawrence.
2    Q    Number 25 asks for "Insurance policies
3 insuring the debtor."
4    A    Forgive me.  No.  I have not produced that.
5    Q    Okay.  So maybe there was a miscommunication
6 as to -- you thought I was asking for Mr. Lawrence's
7 insurance policy?
8    A    Yes.
9    Q    Does Thomas St John, Inc. usually hold onto
10 copies of insurance policies of its clients?
11    A    We would have insurance certificates on file.
12 You mean in relation to Mr. Lawrence?
13    Q    Yes.
14    A    Yeah.  Yeah.  We'd have a copy of the
15 insurance policy, yeah.
16    Q    So do you think you could produce both the
17 debtor's insurance policies and the ones that you just
18 have a copy for of Mr. Lawrence?
19    A    Yes.
20    Q    Okay.  And I assume then number 26 wasn't
21 produced because you believed that, that was pertaining
22 to Mr. Lawrence and not the debtor?
23    A    Correct.
24    Q    Okay.  But you could produce them?
25    A    Yes.

Page 66

1    A    We did produce.
2    Q    Okay.  What about "Documents representing the
3 accounts"?
4    A    When you say "Accounts," you mean bank
5 accounts?
6    Q    Yes.
7    A    Yes.
8    Q    Were there any other type of accounts?
9    A    No.
10    Q    What about "All documents relating to
11 transfers between -- or for funds held in trust"?
12    A    Yes.  You -- we haven't produced copies of the
13 transfer requests, but you would see all of those
14 transfers on the bank statements.
15    Q    When you say "The transfer requests," do you
16 mean the communication between the debtor and the bank
17 asking for the transfer, or do you mean the request from
18 your client to the debtor?
19    A    Both.
20    Q    Both.  Okay.  But is that something that the
21 debtor has in its possession?
22    A    Yes.  Yes.
23    Q    It's something the debtor can produce?
24    A    Yes.
25    Q    Okay.  That might be helpful because some of

Page 68

1    Q    Okay.  What about number 27, which is
2 "Nonprivileged documents about legal actions against the
3 debtor."  Were all of those produced?
4    A    Again, physical copies, I would need to double
5 check that one.  We -- our involvements in any of that
6 would've been on email typically, right, so there'd be a
7 lawyer involved; right?  Pending lawsuits, arbitration,
8 or the legal action -- oh, "Against the debtor."  Okay.
9    Q    Not against Mr. Lawrence.  So I assume then
10 those were not produced?
11    A    No.  We have not produced that.
12    Q    Because you thought they were for
13 Mr. Lawrence?
14    A    Yes.
15    Q    Okay.  But you could produce them?
16    A    Yes.
17    Q    Okay.  What about number 28, did you produce
18 "All ledgers for Mr. Lawrence between 2018 to present"?
19    A    Yes.  Covering the dates that we were his
20 accountant.
21    Q    Right.  Well, if you didn't have a ledger for
22 2018, you wouldn't be able to produce that.
23    A    Correct.
24    Q    But all the ledgers that you did keep for
25 Mr. Lawrence from then to present you did produce?

Page 67

1 the bank account statements don't make it very clear
2 who, what, when, where, why.  Well, partially who,
3 definitely not why those funds were transferred; right?
4 Okay.  What about number 31, "Any documents relating to
5 joint ventures between the debtor and Lawrence"?
6    A    Physical documents, yes.
7    Q    So there was a joint venture between the
8 debtor and Lawrence?
9    A    No.  There was no joint venture.
10    Q    Okay.  So then what documents are you talking
11 about?
12    A    Any documents we have relating to any joint
13 venture I'm saying we would've produced, but I -- there
14 was no joint venture between the debtor and Lawrence.
15    Q    Okay.  But there was some sort of business
16 venture that the debtor and Mr. Lawrence entered into --
17 that you and Mr. Lawrence entered into?
18         THE WITNESS:  Should I answer that?
19 BY MR. ROTHBERG:
20    Q    Unless it's privileged, you have to answer.
21    A    Yes.  I entered into a joint venture with
22 Philip Lawrence.
23    Q    Okay.  And that's Dun & Dun LLC?
24    A    Correct.
25    Q    All right.  We'll get to that.  But what

Page 69

18 (Pages 66 - 69)

1  you're saying is there's no documents between the debtor
2  and Mr. Lawrence that were produced because those don't
3  exist?
4    A   Correct.
5    Q   Okay.  What about emails about that?
6    A   I haven't produced any emails.
7    Q   Okay.  What about any -- were there any
8  partnerships between the debtor and Mr. Lawrence?
9    A   No.
10   Q   Were there any partnerships between you and
11 Mr. Lawrence other than Dun & Dun LLC?
12   A   No.
13   Q   Okay.  It's LLC; right?
14   A   Yes.
15   Q   Okay.  What about any emails about setting up
16 a partnership between the debtor and Mr. Lawrence?
17   A   There would be many and -- oh, the debtor and
18 Mr. Lawrence?  No.
19   Q   But there's many between you and Mr. Lawrence?
20   A   Correct.
21   Q   Okay.  Could you produce those?
22   A   Yes.
23   Q   Okay.  Around what time was -- were those
24 emails occurring?  I'm sorry.  Let me rephrase.  When
25 was Dun & Dun LLC formed?

Page 70

1    know, the -- the seller has to be -- has to novate all
2  of these agreements, they have to sign them off, so
3  it's -- it's a way of making sure that the seller does
4  their --
5    Q   They actually sign?
6    A   Yeah.
7    Q   Okay.  Musicians.  Okay.  We only have a
8  couple more of these categories left and then we'll take
9  a break, if that sounds okay?
10   A   Yes.
11   Q   All right.  Unless you need one now?
12   A   No.
13   Q   Okay.  So number 36, is that the same answer
14 as the prior questions I was asking about emails
15 concerning partnerships?  This is asking about
16 corporations.  Did you produce any emails about the
17 debtor and Mr. Lawrence jointly forming a corporation?
18   A   No.
19   Q   Are there any emails about that?
20   A   I don't believe we ever contemplated forming a
21 corporation.
22   Q   From the beginning when you and Mr. Lawrence
23 were talking about forming Dun & Dun, it was always an
24 LLC vehicle?
25   A   Yes.  Yes.

Page 72

1    A   COVID makes it very difficult to put a pin on
2  exact dates.  I don't recall off the top of my head, but
3  I could look it up.
4    Q   Right.  And the music catalog sale happened,
5  like, right before COVID?
6    A   I believe so, yeah.
7    Q   It was, like, February 2020-ish?
8    A   Yeah.  That's when it closed.  But that
9  negotiation had gone on a long, long, long time.
10   Q   Right.  But the transfer of funds happened
11 around the time of --
12   A   Correct.
13   Q   I'm sorry.  The first transfer of funds,
14 because I think there was more than one, to close the
15 music catalog sale?
16   A   Yeah.  There would've been a holdback, which
17 is typical.
18   Q   Okay.  And what was the holdback for?
19   A   Typically the buyer wants to see that all of
20 the rights have been novated and that funds from the
21 various collection societies are starting to flow
22 through.  That's typical.
23   Q   Okay.  So if something's, like, not as
24 advertised, they can just take from the holdback -- you
25   A   Correct.  Correct.  Or if there's a -- you

Page 71

1    Q   Okay.  Those were discussions you had directly
2  with Mr. Lawrence?
3    A   And DLA Piper.
4    Q   Okay.  Did you have separate counsel on that
5  deal?
6    A   No.
7    Q   Okay.  Did the debtor form any other corporate
8  entities for Mr. Lawrence while he was your client?
9    A   I don't believe so.
10   Q   Did the debtor form any other sort of trust
11 for Mr. Lawrence while he was a client?
12   A   No.
13   Q   Did the debtor advise Mr. Lawrence on any of
14 those issues while he was a client?
15   A   No.
16   Q   Okay.  What about number 39 -- category 39,
17 were all documents that were -- that appertained to bank
18 accounts being opened by the debtor on behalf of
19 Mr. Lawrence produced?
20   A   Physical documents, yes.  Not emails.
21   Q   Could you walk us through the process of
22 creating a bank account on behalf of one of your
23 clients?
24   A   We would typically contact the bank, they
25 would produce their standard forms, and Mr. Lawrence

Page 73

19 (Pages 70 - 73)

1    Q   Yeah. No. I'm not saying you made that
2  decision yourselves. I'm saying there was some
3  authorization by Mr. Lawrence to do it?
4    A   No. Not only that, he authorized every
5  payment.
6    Q   So there was some sort of communication about
7  every single payment?
8    A   Yes. We have a -- we don't -- in his case, we
9  had to make exceptions and do wires; yeah? But
10  typically we don't do any wires or checks. We have a
11  software platform called Tipalti, and all of the
12  invoices are captured on this software platform and
13  there's an approval process that we go through where he
14  has to approve the invoices and at least two people
15  internally approve those invoices before a payment will
16  go out.
17    Q   Okay. And he gets some sort of notification
18  on his phone about the invoice?
19    A   He would get an email and also can log into
20  the portal and -- see all of the invoices.
21    Q   But he would regularly approve or send an
22  email saying "Yes"?
23    A   We would have to chase him a lot.
24    Q   Okay. I have clients like that.
25    A   But yes.

Page 78

1    Q   Okay. All right. I'm going to just ask then
2  this last one and then we can -- I'll take a break, if
3  that's all right. What about number 41, which is the
4  claim that the debtor in this case filed in
5  Mr. Lawrence's bankruptcy case. Did the debtor produce
6  all documents relating to that proof of claim?
7    A   I believe so. I'm not sure I understand
8  what --
9    Q   So the debtor filed a proof of claim in
10  Mr. Lawrence's bankruptcy, which is how the debtor,
11  Thomas St John, Inc., could be possibly considered a
12  valid creditor in Mr. Lawrence's case.
13    A   It would be invoices; correct?
14    Q   You tell me what other documents there are to
15  support that claim.
16    MS. GILL: Hold on.
17    Can you just clarify what's -- or remind
18  him what's on the proof of claim?
19    THE WITNESS: And understand I didn't
20  file that -- I personally didn't file that proof of
21  claim.
22    MS. GILL: I didn't print it out.
23    MR. ROTHBERG: I have it. We can go --
24  you know what, why don't we save that for the next round
25  because I have it and I can show it to you. Do you want

Page 79

1  to go off the record?
2    MS. GILL: Yeah.
3    MR. ROTHBERG: Okay.
4    THE OFFICER: The time is 11:46 a.m.
5  We're off the record.
6    (Off the record.)
7    THE OFFICER: The time is 11:57 a.m.
8  We're back on the record.
9    MR. ROTHBERG: Okay.
10  BY MR. ROTHBERG:
11    Q   Mr. St John, I think you had some names that
12  you wanted to clarify for the record?
13    A   Yes. The prior accountant was Larry Tyler.
14    Q   Okay.
15    A   And the CPA at the debtor is Ravi Velagaleti,
16  V-E-L-A-G-A-L-E-T-I.
17    MR. ROTHBERG: Thank you very much for
18  that. Okay. The next -- I'm going to hand you another
19  document.
20    We're going to mark this one as number 3.
21    (Exhibit 3 was marked for
22    identification.)
23  BY MR. ROTHBERG:
24    Q   Have you seen this document before?
25    A   Yes.

Page 80

1    Q   And this is the proof of claim that Thomas St
2  John filed in the bankruptcy of -- excuse me, Thomas St
3  John, Inc. filed in the bankruptcy of Mr. Philip
4  Lawrence?
5    A   I believe so, yes.
6    Q   And on the top of the second page, it says the
7  claim value is $2,304,259?
8    A   Yes.
9    Q   And what's the basis for that claim?
10    A   I understand it was invoices that were unpaid.
11    Q   So he owed your firm money?
12    A   Yes.
13    Q   And do you have the backup for those invoices?
14    A   Backup for invoices?
15    Q   So what did the invoices mostly consist of?
16    A   I'm not --
17    Q   Well, you weren't selling him widgets; right?
18    A   Correct.
19    Q   You were doing services?
20    A   I don't have the details. All of that
21  would've been handled by our finance department, so
22  Marlena Kaplan, David Pollard, who would be the CFO.
23    Q   Okay. And how were those invoices typically
24  generated?
25    A   We have -- depending on the service, and the

Page 81

21 (Pages 78 - 81)

1  client in some cases, we have different methods of
2  billing.  Sometimes it's time and materials, sometimes
3  it's a retainer, you know, fixed fees.
4      Q   And how do you decide how you go about billing
5  each client?
6      A   It's a discussion with the clients and -- and
7  kind of the nature of the work.  Typically we try and
8  get everything into a retainer so there's certainty on
9  the client side and certainty on our side but, you know,
10  we get asked to do a lot of different things and often,
11  in that case, time and materials is most appropriate.
12      Q   When you say "Time and materials," what do you
13  mean by that?
14      A   Like, time on a time sheet.  We bill whatever
15  time we've incurred, but it does -- it does vary.  It
16  can be -- it's a mix of fixed fees, retainers, and time
17  and material.
18      Q   And what was your arrangement with
19  Mr. Lawrence?
20      A   I think it varied across the different
21  entities.
22      Q   What do you mean by that?
23      A   He had -- I don't know how many corporate
24  entities he had, or partnerships, single member LLCs.
25  It would be different for each.
Page 82

1      A   Yes.  Sorry.
2      Q   I know it's very unnatural.  Would he be
3  the -- did his engagement letter state that he'd be the
4  ultimate guarantor of any and all work performed by the
5  debtor for any of his various entities?
6      A   Yes.
7      Q   Okay.  And that's why you included that in the
8  $2.3 million claim?
9      A   Yes.
10      MR. ROTHBERG:  Okay.
11      That was marked Exhibit 3.  Just a
12  second.  Okay.  This we're going to mark Exhibit 4.
13      (Exhibit 4 was marked for
14      identification.)
15      Okay.  Here's a copy for you, sir.  I
16  know, it's a lot of paper.
17      Okay.  This will be 4.
18  BY MR. ROTHBERG:
19      Q   Have you seen this document before?
20      A   No.
21      Q   Okay.  But do you believe them to be what was
22  attached to the debtor's proof of claim?  It's stamped
23  at the top that it was filed in the Lawrence bankruptcy.
24      A   Yeah.  They look like our invoices.
25      Q   Okay.  So this is what you contend are all the
Page 84

1      Q   Do you know who prepared the proof of claim?
2      A   Marlena Kaplan.
3      Q   Did you look at it before you signed off on
4  it?
5      A   No.
6      Q   When you said that there were invoices
7  generated, do you know if they were only for
8  Mr. Lawrence included in this proof of claim or were
9  those for all of his entities?
10      A   Our engagement is with Mr. Lawrence and any of
11  his related entities, so it would've been Mr. Lawrence
12  and his entities.
13      Q   But the invoices were directed toward a
14  various entity, not Mr. Lawrence?
15      A   Correct.
16      Q   Okay.  But those are still all included in
17  this proof of claim?
18      A   Because Mr. Lawrence is responsible for them.
19  We -- we invoiced the entities because we can claim
20  those as expenses against his taxes.  They're services
21  for those entities, but Mr. Lawrence is the client.
22      Q   Did he sign a guarantee?
23      A   He signed an engagement letter.
24      Q   Did the engagement letter, to your knowledge,
25  state that he would be the ultimate guarantor of --
Page 83

1  invoices which Mr. Lawrence owes the debtor for time and
2  materials and/or flat fees?
3      A   Correct.
4      Q   And/or retainers?
5      A   Yes.
6      Q   Was there any other method billed besides
7  those three methods?
8      A   On the catalog we did a percentage, which is
9  typical.
10      Q   Okay.  I'm going to flip a couple pages in.
11  At the top you'll see it's invoice number LA9260.  It's,
12  like, five or six pages in.
13      MS. GILL:  Maybe you can refer to the
14  page number --
15      MR. ROTHBERG:  Yeah.  I can.  Thank you.
16  That's a good trick.
17  BY MR. ROTHBERG:
18      Q   It's page 6 at the top right.  So you see this
19  page?
20      A   Yes.
21      Q   And it's billing to 22840 Calvert Holdings
22  LLC?
23      A   Yes.
24      Q   What's 22840 Calvert Holdings LLC?
25      A   It's a single member LLC that Mr. Lawrence
Page 85

22 (Pages 82 - 85)

**Page 94**

1  Q   Did he ever tell you "Stop doing the work, I
2  can't afford this"?
3  A   No.
4  Q   You would know better than he if he could
5  afford it?
6  A   I went to Phil on numerous occasions, said,
7  "You don't need" -- by the time -- by the time he was --
8  I'm trying to recollect.  He -- there was always a
9  conversation around there's a new publishing deal
10 coming, he's going back in the studio with Bruno --
11 Bruno Mars, and that there was -- there was work coming
12 or there was -- there was -- there were funds coming.
13 By the time he went down the bankruptcy route, I
14 explained to Phil -- I went "You don't need -- you don't
15 need us making all of your payments.  You don't need us
16 doing all of the services that we're doing."  And -- and
17 we made that case many times.
18     Eventually he -- he took back his records
19 and then started managing it himself.  He was -- we
20 had -- we had introduced him to multiple people, but I
21 never actually remember him transferring to another
22 accountant.  I don't -- I know we transferred all of the
23 records to his lawyer, but I don't remember another
24 accountant stepping in.
25 Q   Which records are you referring to?

**Page 95**

1  A   All of his accounting records, all of his --
2  all of his documents.
3  Q   Not a music record?
4  A   No.
5  Q   It was -- it was -- we were using those terms
6  interchangeably, so I want to be sure, on the record.
7  We're talking about his accounting records?
8  A   Accounting records, yes.
9  Q   Okay.  So what time, approximately, did
10 your -- did the debtor's business relationship end with
11 Mr. Lawrence?
12 A   I don't recall the exact date.
13 Q   Approximately 2023, 2022?
14 A   Probably 2022.  What date did he file the
15 Chapter 11?
16     MR. ROTHBERG:  Do you remember?  I think
17 it was August --
18     MR. KWONG:  2022.
19     MS. GILL:  No.
20     MR. ROTHBERG:  '23?
21     MS. BRAND:  August '23.
22     THE WITNESS:  Oh, wow.  Okay.  It
23 would've been some point after that.
24 BY MR. ROTHBERG:
25 Q   So you're -- the debtor stayed on as the

**Page 96**

1  business manager through the filing?
2  A   He didn't consult us on the filing.  It was a
3  surprise when he filed.  We tried to support him through
4  his divorce.  That was -- that was the bulk of our work,
5  his -- producing documents for his divorce.
6  Q   Oh.  So the -- his divorce from Urbana?
7  A   Correct.
8  Q   So earlier when we were talking about the
9  documents that you produced to my client, that was in
10 response -- those were documents that you earlier
11 produced in response to the divorce proceedings with
12 Urbana or the lawsuit that Urbana filed against the
13 debtor?
14 A   We have produced these documents multiple
15 times, yeah.
16 Q   Okay.  So when you said "Urbana," you meant
17 the divorce and Urbana's separate civil lawsuit and now
18 this 2004 Exam?
19 A   Correct.
20 Q   Okay.  I just want to make sure we're all
21 understanding the same words here.  Okay.  This next
22 page, it's page number 59.  So the previous page listed
23 you as the business manager.  It was billed to CMNTY
24 Culture.  Here it's listing Nina Nguyen as the business
25 manager.  It's from a little bit earlier, it's from

**Page 97**

1  September 2021 as opposed to when you were listed for
2  the six month retainer listed 2022.  This one has
3  significant more detail on it.  Can you explain why that
4  is?  Page 59 I'm talking about.
5  A   I would -- just from the date, it would appear
6  that they've billed the time and materials up to
7  September '21 and then put a retainer in place
8  thereafter.  So the date on page 58 is 31st of March, so
9  that's six months; so --
10 Q   Okay.  So Ms. Nguyen and all the individuals
11 listed on this invoice were working based on time and
12 materials up till September 2021 and then you stopped
13 billing in that method, the business manager switched,
14 and it became --
15 A   The business manager didn't switch.  It was --
16 I'm the CEO of the business, right, I don't -- I
17 don't -- I'm not involved in the day-to-day.  So the
18 day-to-day is delegated to Nina.  That term is used --
19 it's more of an internal thing where that's -- we know
20 whose -- who -- we can track how much we're making on
21 each business manager, put it that way.  It -- it
22 doesn't really -- it doesn't have any impact on the
23 bill.
24 Q   Right.  But in this bill from September of
25 2021, Mr. Lawrence could review it and say, "Okay.

1  if you imagine a -- if you imagine a music tour, there's
2  a lot of budgetary control that goes into it, there's a
3  lot of -- typically you're in lots of different
4  jurisdictions, there's insurance issues, there's -- live
5  accounting is -- is complicated.
6      Q    Okay.  So that's if there's something
7  happening concurrently with whatever the entity's doing?
8      A    I would imagine -- I don't know for sure, but
9  I would imagine that they were doing a shoot, you know,
10  on the streets or they had rented a -- a venue or
11  something like that.  Different than just, you know,
12  recording receipts and payments.
13     Q    So Lawrence actually got to the point where
14  they were -- this entity was actually hiring camera
15  crews to follow Urbana around?
16     A    Absolutely.  They shot lots of content.
17     Q    Okay.  I'm going to draw your attention --
18  well, first of all, that's the same address also as your
19  office; right?
20     A    Mm-hmm.
21     Q    That's not a typo?
22     A    That's correct.
23     Q    Right.  Halfway -- or two-thirds of the way
24  down the page, there's a "Thank you," which is nice and
25  something I should put on my own invoices.  But there's
Page 106

1      Q    Is that because they were never approved?
2      A    No.  They were approved.  Just not -- there
3  was no funds.
4      Q    Okay.  So you could theoretically produce
5  every single approval by email from Mr. Lawrence for
6  each and every single one of these invoices?
7      A    Typically, because there was so many invoices
8  on Phil, Nina would sit there with Phil on the portal
9  and he would mark them as approved, approved, approved.
10     Q    So Mr. Lawrence would come into your physical
11  offices and sit next to --
12     A    No.  They'd do it over the phone.  He had
13  access.
14     Q    Oh, okay.  So they'd be both looking at the
15  same portal on the phone at the same time and one of the
16  other of them would click approved?
17     A    He would click approved.
18     Q    How do I know that he is clicking approved?
19     A    There's an audit trail.
20     Q    I'm sorry?
21     A    There's an audit trail on these bills.
22     Q    And is that something you'd be able to
23  produce?
24     A    Yeah.
25     Q    Okay.  Remember to wait a second so that the
Page 108

1  wire transfer information; do you see that?
2      A    Yes.
3      Q    Or payment information with the SWIFT number
4  and all that stuff.  The client wouldn't actually have
5  to enter this in because they'd be paid through the
6  Tipalti program?
7      A    Correct.
8      Q    So the order of operations, if I have this
9  correctly, is that this invoice gets generated, it goes
10  in the Tipalti program, it somehow makes its way, either
11  by email or some other electronic means, to the client,
12  in this case Mr. Lawrence, who then says approve?
13     A    Yes.  Yes.
14     Q    And then the funds just get transferred?
15     A    Not immediately.  Nina would typically release
16  the funds as cash flow allowed.
17     Q    Okay.  So they would not be drawn down from
18  one of the other accounts that belonged to Mr. Lawrence?
19     A    Tipalti has these things called "Wallets,"
20  right, and you have to fund the wallet.  Those wallets
21  have to be linked to a specific bank account.  So
22  Tipalti would only receive cash from one bank account
23  per instance.
24     Q    Okay.  But these ones were never paid?
25     A    Correct.
Page 107

1  transcript doesn't get muddled.  Okay.  So once somebody
2  clicks there's some kind of, like, paper trail audit
3  that you can look and see who's clicking approved here
4  and there, and that would reflect that all this giant
5  stack of invoices that we're calling Exhibit 4 were --
6  each and every single one of them were approved by
7  Mr. Lawrence?
8      A    Yes.  And given Mr. Lawrence's cash flow
9  problems, we also produced a -- what we called a 13-week
10  cash flow and every invoice was -- unpaid invoice was
11  listed on that 13-week cash flow.  I -- Nina used to go
12  through this with him, and things started to get so bad
13  I then used to go to Mr. Lawrence's house in person on a
14  Monday night and walk him through the 13-week cash flow.
15     Q    The 13-week cash flow was produced by the
16  Tipalti system?
17     A    No.  We produced that separately to show all
18  of the invoices across all of the entities in one place
19  and -- also show his income and go -- it's a 13-week
20  cash flow, it's -- it's projecting his cash for the next
21  13 weeks, in an attempt to try and get him to focus on
22  his payables and his spending.
23     Q    Yours would be included -- excuse me, the
24  debtor's invoices would be included amongst many other
25  creditors of Mr. Lawrence?
Page 109

28 (Pages 106 - 109)

1    A    Correct.
2    Q    And how many times did you go over to
3    Mr. Lawrence's house on Monday nights to discuss his
4    13-week cash flow?
5    A    Like, I think that went on for about six
6    months.  It didn't happen every week, but most weeks.
7    Q    Okay.  And what were the substance of those
8    conversations?
9    A    Trying to figure out how we're going to get
10   his bills paid, encouraging him to stop spending.  We
11   tried to get Urbana to engage with the process, but she
12   refused.  And also, he was starting to tour with Bruno
13   Mars around that period as well so he was starting to
14   earn -- generate income.
15   Q    Okay.  So there was possibly light at the end
16   of the tunnel for him?
17   A    Correct.
18   Q    And when was this conversation -- or you said
19   it was a six-month period.  When approximately was that
20   six-month period?
21   A    I'd have to -- I don't recall the dates
22   exactly.  I'd have to look.
23   Q    Was it after the catalog sale?
24   A    Yes.  Long -- yeah.  Well after.
25   Q    Well after the catalog sale?  Your testimony

1    earlier was that he kind of blew through the catalog
2    sale proceeds, to the extent there were proceeds?
3    A    This was set up well before our time.  I don't
4    recall exactly.  I believe that was a joint venture he
5    had with -- no.  I don't recall exactly.
6         MS. GILL:  It's okay.
7         THE WITNESS:  Can't remember.  I need to
8    refresh my memory.  I'd have to look at the books.
9    BY MR. ROTHBERG:
10   Q    Which books?
11   A    His accounting records.
12   Q    The ledger?
13   A    Yeah.
14   Q    The ledger has one ledger for all spending for
15   all of his various entities?  Or are there separate
16   ledgers per each entity?
17   A    Separate ledgers per entity.
18   Q    Okay.  The ledgers that I have in the
19   production -- just a second, let me just double check
20   that.  Would it be credit charge accounts?  No.  It
21   would be under financial statements?
22   A    Yes.
23   Q    So I have one PDF financial statement from you
24   that's 9 pages and it says "Philip Lawrence balance
25   sheet as of December 16, 2022."  There's only one

1    document in that folder.
2    A    Gave all of the entities.
3    Q    Okay.  Do you know if it's in the "Additional
4    income" folder?
5    A    I don't know.  I -- if you show me, I could --
6    Q    So your understanding is that you produced a
7    ledger for every single one of the entities that
8    Mr. Lawrence was involved in and that you billed for on
9    these invoices?
10   A    Yes.
11   Q    Okay.  So if it's not there, you could produce
12   them?
13   A    Yes.
14   Q    Okay.  Okay.  Because I saw ledgers for
15   Mr. Lawrence personally, and perhaps even one for
16   Urbana, but I didn't see a ledger for Gum Street Records
17   LLC.  But we can -- your attorney and I will -- the
18   debtor's attorney and I will discuss that afterward.
19   Okay.  But this was not, like, a crazy amount of work,
20   but there was significant work being done.  It says
21   "Year end" at the bottom "10,000."  That's tax
22   preparation work?
23   A    It's -- it's preparing a year end set of
24   financial statements for the tax team, yeah.
25   Q    So there's also financial statements that were

1    created for Gum Street Records LLC?
2    A    Yes.
3    Q    And this was billed though in March of the
4    next year?
5    A    Sounds about right.
6    Q    Is that typical?
7    A    Yes.
8    Q    Is it a 90-day billing lag or --
9    A    It depends when they can finalize those
10   financial statements.
11   Q    Who's "They"?
12   A    The team -- the accounting team.
13   Q    Do you remember who the accounting team was on
14   Gun Streete Records LLC?
15   A    Not specifically.
16   Q    Were they the same people that worked for
17   Mr. Lawrence's personal accounting?
18   A    They would definitely have time on there, but
19   we typically have one or two people who really just
20   focus on year end.  So making -- so management accounts
21   aren't necessarily GAP compliant, they'll be -- we --
22   they're more for management information purposes.  But
23   by the time you get to the year end you need
24   GAP-compliant financials for the tax prep.
25   Q    And they would convert that into GAP-compliant

1    A    I have no doubt there was penalties. I don't
2    know off the top of my head, but I have no doubt there
3    was penalties assessed.
4    Q    And why were those penalties assessed?
5    A    He didn't pay the tax.
6    Q    Which tax did he not pay in 2020?
7    A    If it related to 2020 and we completed in
8    February 2020, he didn't pay the capital gains tax on
9    the catalog sale.
10    Q    Did you tell him to pay the capital gains tax
11    on the catalog sale?
12    A    Yes.
13    Q    You have an email that says, "You need to pay
14    the capital gains tax on the catalog sale"?
15    A    We would have prepared estimates, we would've
16    prepared calculations for him, yes. Yes.
17    Q    But you didn't -- wait. Hold on. Right. So
18    you're preparing the estimates, you're, like, saying,
19    "This is what you owe this quarter." Right? That's,
20    like, how the estimate payments usually work?
21    A    Yes.
22    Q    But you -- your offices did not pay the IRS?
23    A    We have to be instructed to pay anything. We
24    don't -- we don't make payments automatically.
25    Q    So you told Mr. Lawrence "You need to pay

Page 134

1    corpus of money and out of that Urbana says, "There's
2    $10 million and nobody touches this"?
3    A    Yes.
4    Q    Do you remember what the capital gain tax
5    should have been, approximately?
6    A    Not off hand. Not off hand. The 10 million
7    was not enough.
8    Q    Right. Would you think it was around, maybe,
9    $17 million; does that ring a bell?
10    A    It doesn't ring a bell, but I would imagine.
11    Q    Okay. Well, capital gains tax is 15 percent?
12    A    Twenty.
13    Q    Twenty?
14    A    Plus 3 1/2 percent Obamacare or NIIT, plus the
15    state.
16    Q    You're the one -- I don't know. You're the
17    expert here.
18    A    Seventeen sounds like probably the federal
19    tax.
20    Q    Okay. So and what was the final price of that
21    record catalog; do you remember?
22    A    I think the headline number was 90, but
23    between holdbacks and having to pay out Warner, paying
24    back advances, there was various -- but I -- I believe
25    we provided a detailed schedule for this. I believe it

Page 136

1    this," and he didn't approve it?
2    A    In particular --
3        MS. GILL:    Wait, wait, wait.
4        Can you be more specific about "Pay
5    this"? Because you're talking about quarterly payments,
6    you're talking about capital gains tax. They're are two
7    different things.
8        MR. ROTHBERG:    Right. So the issue that
9    we just identified is that Mr. St John testified that
10    Mr. Lawrence did not pay the capital gains tax after the
11    record catalog sale concluded.
12    BY MR. ROTHBERG:
13    Q    Right? You have to answer "Yes" or "No".
14    A    Say -- say it again.
15    Q    So the issue is that Mr. Lawrence did not pay
16    the capital gains tax on the -- after the sale of his
17    record catalog in 2020?
18    A    Correct.
19    Q    Okay. And you told him to pay the capital
20    gains tax on the -- after the record sale?
21    A    Correct. And Urbana insisted that 10 million
22    be put aside for her and the kids, and there will
23    definitely be emails on this forbidding anyone from
24    touching the $10 million.
25    Q    Okay. So the sale concludes and there's a

Page 135

1    ended up about 73.
2    Q    Okay. So the final price that was paid by the
3    purchasing party was approximately 73 million?
4    A    I'd have to review that schedule.
5    Q    Yeah. We'll look at that in just a second. I
6    want to make sure I don't have anything else with this.
7    A    He also had significant arrears from prior
8    years, but we had negotiated with -- a time-to-pay
9    arrangement with the IRS and California and those were
10    also settled. We settled those immediately.
11    Q    With the IRS and the FTB?
12    A    Yes.
13    Q    That was from NKSB -- whatever the prior
14    accountant was called?
15    A    Yes. Correct. So they were -- they were
16    going back to -- they went way back. They went back to
17    2013, '14, '15, every year. He was also taking advice
18    from DLA Piper about investing in an opportunity zone,
19    which would've got him deferral on his capital gains
20    tax.
21    Q    Okay. Looking at page 221 -- and we will get
22    back to the catalog sale later -- this is October '22,
23    invoice number 8685. This one has a lot of stuff on
24    here. There's a couple of -- there's -- first of all,
25    there's 19 different 13-week cash flows, but it doesn't

Page 137

35 (Pages 134 - 137)

1  say who was billing these. Do you know who was billing
2  those?
3    A  No. Not offhand.
4    Q  Was this around the time you were going over
5  to Mr. Lawrence's house once a week to try and right the
6  ship, so to speak, on his budgeting?
7    A  Seems likely, yes.
8    Q  So this was -- these were the 13-week cash
9  flows that you would then take over to his house to talk
10  to him about?
11    A  Yes. And Nina would send them to him.
12    Q  Nina would email them to him, then you'd go
13  over there?
14    A  [No audible response.]
15    Q  Okay. The third line from the bottom, it
16  says -- there's a $158 charge for T-I-P-A-L-T-I. That's
17  the software you use?
18    A  Yes.
19    Q  Okay. Is this prorated per all of your
20  clients -- the debtor's clients?
21    A  Tipalti will charge the account directly.
22    Q  Okay. Why wasn't this on the prior invoices?
23    A  Don't know.
24    Q  Was there a change in policy on how invoices
25  were created around October of 2022?

Page 138

1    Q  And he wanted to do that rather than just go
2  to an ATM?
3    A  That could be as much as $50,000 in cash.
4    Q  So he was withdrawing $50,000 in cash at a
5  time?
6    A  I don't know specifically for those requests,
7  but it wouldn't be -- it's not 200 bucks.
8    Q  I mean, it's not something you can get out of
9  the ATM is what you're saying?
10    A  Not in one day, no.
11    Q  So when -- on the bank statements, was there
12  something in particular that would reflect these cash
13  requests?
14    A  There should be, yeah. There will -- there
15  will be. I just don't know what the narrative would be
16  exactly.
17    Q  Next to the words "Cash request," there's a
18  string of numbers. Are those dates?
19    A  Correct.
20    Q  Okay. So if we look at some of the statements
21  from that time, there should be some kind of cash
22  request, but it won't be the number next to it, it will
23  be whatever the cash actually was withdrawn. This is
24  just what you're charging him for the service?
25    A  I would imagine that's -- that's the --

Page 140

1    A  No.
2    Q  Do you have any recollection as to the
3  preparation of this particular invoice?
4    A  No.
5    Q  Who would know about the preparation of this
6  particular invoice?
7    A  Nina.
8    Q  Even though it says "Business manager, Thomas
9  St John" below the "Invoice" line?
10    A  Yes.
11    Q  Okay. On the next page, there's a couple of
12  items toward the top called "Cash request." What's
13  that?
14    A  Where Phil has asked for cash to be picked up.
15    Q  What do you mean "To be picked up"?
16    A  Either he would pick it up at our office, but
17  more typically we'd have the bank send a courier to his
18  house.
19    Q  Okay. So you were charging -- your firm was
20  charging Mr. Lawrence to deliver cash to Mr. Lawrence?
21    A  Yes. That's not a simple process.
22    Q  And why is that?
23    A  You have to get a bank mandate form signed.
24  It's just -- arranging the pickup is -- takes time.
25  Like, it takes time.

Page 139

1  like, the 25th of July 2022, $178. There should be an
2  entry on the bank, if not on that day certainly the
3  day -- day after.
4    Q  The next day?
5    A  Yeah.
6    Q  Okay. What about two lines below that little
7  block, this is now page 222 of the debtor's claim on the
8  Lawrence bankruptcy estate., it says "Dun & Dun LLC
9  wire." Do you see that?
10    A  Yes.
11    Q  Was this prorated between you and
12  Mr. Lawrence?
13    A  No.
14    Q  But you owned -- you had a pecuniary interest
15  in Dun & Dun LLC?
16    A  That's a payment from him to Dun & Dun.
17    Q  Okay. So your firm was charging him to
18  process payments into the entity that you owned with
19  him?
20    A  Yes.
21    Q  Okay. Did you do that for any other of your
22  clients?
23    A  I don't think I own an entity with any other
24  client.
25    Q  How did you come to own an entity with

Page 141

36 (Pages 138 - 141)

1  Mr. Lawrence?
2     A   He was -- brought this property, there's a --
3  there's four parcels of land in Hollywood.  He was --
4  his lawyer, Jerry Neuman -- Jerold Neuman at DLA Piper
5  introduced him to this piece of land, told him he had --
6  he had, had dealings with the seller previously, it was
7  an opportunity zone, and initially Phil was going to buy
8  the land and -- and develop some recording studios
9  there.  I don't quite recall where the conversation
10  cropped up and I said I'd be willing to invest as a
11  minority investor, and I made a proposal that I would do
12  up to 40 percent.
13     Q   Okay.  And how much percent do you own?
14     A   Painfully, I am now 100 percent general
15  partner.  There are other LP investors.
16     Q   Okay.  Can you -- I'm not sure I understand
17  that.  So it's an LLC, so there are members; right?
18     A   It's an --
19     Q   Dun & Dun LLC?
20     A   Yeah.  But there's -- there's various entities
21  that own each of the different plots.
22     Q   Oh.  So you're -- okay.  So you own
23  100 percent of Dun & Dun LLC now?
24     A   No.  I wouldn't own 100 percent of it.  Well,
25  maybe actually.  Yeah.  Sorry.  I do.

Page 142

1     Q   Right.  So you own 100 percent of Dun & Dun
2  LLC, but it does not own 100 percent of each of those
3  parcels?
4     A   Correct.
5     Q   You own it with other limited partners?
6     A   Correct.
7     Q   Okay.  The various four parcels?
8     A   Yes.
9     Q   Are they abutting each other in Hollywood?
10     A   Yes.
11     Q   Okay.  What are the tax implications of that
12  project being in an opportunity zone?
13     A   I only know high level -- opportunity zones
14  allow you to defer capital gains tax.  If you hold the
15  investment I think for seven years you get a 10 percent
16  reduction in your tax rate, and if you hold it for ten
17  you get a complete -- there is no capital gains.
18     Q   So if you hold your investment in an economic
19  opportunity zone, you don't owe any capital gains tax if
20  you sell it after that?
21     A   After ten years, yes.
22     Q   But you have to realize the gain before it
23  gets taxed?
24     A   If you -- so if you have a capital gain, you
25  can take those funds and invest them in an opportunity

Page 143

1  zone development or some portion of those.  Yeah.  You
2  then get deferral for as long as you hold the
3  investment.  If you hold it for seven years, there's a
4  10 percent reduction in your rate.  If you hold it for
5  ten years, there's a -- there's no capital gains.
6     Q   You'd have to sell something after ten years
7  though for that to ever matter?
8     A   Correct.
9     Q   That's what I meant by "Realize it."  Was that
10  part of the strategy to defer the capital gain on the
11  music catalog sale belonging to Mr. Lawrence?
12     A   Yes.
13     Q   So that investment in the Hollywood
14  opportunity zone, that was effectuated through Dun & Dun
15  LLC?
16     A   No.  DLA Piper set up a whole other structure
17  for just the qualified opportunity zone.
18     Q   Okay.  So then how does Dun & Dun LLC fit into
19  that?
20     A   Again, I wasn't party to the planning, I
21  wasn't a member of the QOZ companies.  That was
22  something Phil did directly with them.
23     Q   When you say "QOZ," you mean qualified
24  opportunity zone?
25     A   Yes.

Page 144

1     Q   Okay.  So I'm just not following then, and I
2  apologize if you explained this already.  But you said
3  that Dun & Dun LLC, you became involved in that because
4  there was an investment opportunity to buy parcels in
5  Hollywood?
6     A   Yes.
7     Q   And that, that was part of the QOZ?
8     A   Again, I'm -- there's a document that we
9  shared from DLA Piper that details this, but Dun & Dun
10  would've had to have taken the cash, put it into this
11  qualified opportunity zone structure, and then that
12  would've spent the money on the development.
13     Q   And the cash that was coming into Dun & Dun
14  came from where?
15     A   I put in cash and Phil put in cash.
16     Q   How much did you put in?
17     A   Initially I put in $3 million.  No.  Initially
18  I put in $2.4 million and Phil put in 3.  Then on
19  subsequent capital calls, Phil couldn't match the
20  capital calls so I invested.
21     Q   Who decided when there was a capital call?
22     A   It's -- it was as cash was required in the
23  entity.
24     Q   You decided after looking at the books that it
25  needed cash?

Page 145

37 (Pages 142 - 145)

1    A    Actually, Marlena Kaplan was originally hired
2    as the CFO of Dun & Dun before she ever came to work for
3    TSJ.
4    Q    Oh.
5    A    So she spent two years just as a CFO there, so
6    she would've decided.
7    Q    Okay.  So in 2020 you have the catalog sale,
8    and then as part of that you and Mr. Lawrence decide to
9    form Dun & Dun, in part because there was an opportunity
10    to defer some of his capital gains by using that to
11    invest in the QOZ?
12    A    No.  That's -- he wanted to -- he wanted to
13    take the funds and he wanted to -- the -- the
14    conversation started with he wanted to invest more money
15    in the Record Plant.
16    Q    The place called the Record Plant?
17    A    Yeah.
18    Q    Right.  Okay.
19    A    And he wanted to go and raise money to --
20    to -- actually, they were currently renting their
21    building, you know, so he wanted to raise capital from
22    investors and buy out the property.  And I remember the
23    conversation with Phil saying, "Look, nobody's going to
24    invest in a record -- in a recording studio."  And then
25    that morphed into "Well, what if you bought out the
Page 146

1    office buildings around the studio and created this sort
2    of campus?"  Yeah?  This is completely all Phil, this
3    has nothing to do with me.  And -- and DLA Piper was
4    handling all of the transaction and doing all of the
5    advisory work.  They had -- their property practice were
6    the ones advising.
7        Then this piece of land in Hollywood came up
8    that was brought to Phil by DLA Piper and -- and Phil
9    was going to buy these -- these -- it was actually, I
10    think, six parcels of the land at that point and it
11    was -- it was only after that -- it was only after he'd
12    engaged in negotiations with buying that Hollywood
13    property that, that piqued my interest and I thought it
14    felt like a good time to diversify.
15    Q    That was in 2020?
16    A    I can't recall the dates exactly, but I could
17    look them up.
18    Q    Okay.  So at this point in time though, you'd
19    been representing Mr. Lawrence for at least a year?
20    A    Yes.
21    Q    And you had known that he was having budgetary
22    issues?
23    A    Look, at that point, he wasn't.  He was going
24    back in the studio with Bruno, James Sully was
25    apparently negotiating a new publishing agreement, he
Page 147

1    had settled all of his historic debts.
2    Q    Including the tax?
3    A    Including the historic taxes.  There was good
4    reason to believe at that point okay, he's -- we've
5    righted the ship and now it's into the future.
6    Q    Even though he was then audited by the IRS
7    almost immediately after the sale of the record catalog?
8    A    I thought that would've been probably two
9    years after, but I can't remember the dates.  We could
10    look it up.
11    Q    Well, I don't know how fast they respond.  But
12    do you --
13    A    Look, the IRS are going to -- are going to pay
14    attention to a transaction that large.  We obviously
15    reported it timely, so the IRS going to take a look,
16    yes.
17    Q    Right.  My question though is more related to
18    why you decided to go into business with Mr. Lawrence,
19    knowing all that you did about his finances?
20    A    At the time I decided to do it there was no
21    reason to believe that he was going to spend all of his
22    cash and not go to work.  With hindsight, it was a bad
23    decision.
24    Q    Just one second.  I apologize.  Just one
25    moment.  Where was Dun & Dun LLC formed?
Page 148

1    A    I imagine Delaware.
2    Q    Why would it have been formed in Delaware?
3    A    Typical thing corporate lawyers do, they form
4    every entity in Delaware and then register for business
5    in the local state.
6    Q    Well, sometimes.  But this was supposed to own
7    real property in Los Angeles; right?
8    A    It's got more advantageous corporate legal
9    structure.  I'm not sure exactly.
10        MR. ROTHBERG:  Okay.  I have some more
11    questions about that.
12        So is it all right with you if we all
13    take a five-minute break so I can pull up the right
14    documents so we're not just speaking in the thin air?
15        MS. GILL:  Mm-hmm.
16        THE OFFICER:  All right.
17        The time is 2:05 p.m.  We're off the
18    record.
19        (Off the record.)
20        THE OFFICER:  The time is 2:14 p.m.
21    We're back on the record.
22        MR. ROTHBERG:  I'm going to -- don't
23    touch that dial on this exhibit, but I'm going to hand
24    you another document.
25        And I think we're on --
Page 149

38 (Pages 146 - 149)

**Page 150**

1    THE OFFICER: Five.

2    MR. ROTHBERG: Exhibit 5. Thank you.

3    (Exhibit 5 was marked for

4    identification.)

5    BY MR. ROTHBERG:

6    Q    Okay. So this appears to be a "Membership

7    Interest Option Agreement" between you personally and

8    Mr. Lawrence concerning Dun & Dun LLC, Dun with one "N"

9    each; is that right?

10    A    Yes.

11    Q    Okay. Does this reflect your -- does this

12    refresh your recollection at all as to when Dun & Dun

13    was formed?

14    A    No. Does it say the formation date?

15    Q    No. But I was wondering if it would help jog

16    your memory. Because this document's dated April 1,

17    2022, so some time before then; right?

18    A    Yes. But it doesn't refresh my memory what

19    date.

20    Q    Okay. Was Dun & Dun LLC formed before or

21    after the catalog sale?

22    A    I don't recall, but we could look it up.

23    Q    Okay. This reflects that you owned

24    100 percent of Dun & Dun prior to Mr. Lawrence

25    exercising an offer to purchase it; right?

**Page 151**

1    A    No. Are you talking about the Membership

2    Interest Option Agreement?

3    Q    Yes.

4    A    Okay. So this came about -- so Phil

5    couldn't -- he couldn't keep up with his capital calls

6    and -- let me go back a little bit. Let me go back for

7    context.

8    Q    Go ahead.

9    A    So Jerry Neuman had told Phil and myself that

10    the most we would need to invest in this property would

11    be 5 percent and that he had commercial property lenders

12    lined up that would invest the other 95 percent, that we

13    would just have to get the transaction on the land to

14    close. That did not happen, to the point where I'm now

15    into this for maybe -- a lot, a lot, a lot of money.

16    And Phil couldn't keep up with the legal bills, his

17    lawyer, or just the cost of acquiring this land.

18    As an interim solution, I went to 50 percent.

19    I can't remember what date I took an additional

20    10 percent, but I was investing all the cash now, Phil

21    hadn't put in anything further than his first 3 million.

22    By that point -- I don't know what the number was but it

23    was probably north of 10 million that had been invested

24    in that entity, and it got to the point where it -- we

25    couldn't -- we -- I couldn't keep investing cash in this

**Page 152**

1    without him at least matching. Yeah? And he had

2    promised and promised and it was coming and it was

3    coming, but it -- it never did.

4    So I -- we netted off the 3 million, I

5    believe. This is against money he owed me. And -- and

6    as a gesture of goodwill and of trying to be fair to

7    Phil and understanding that he had -- he was in

8    financial trouble again, I went "Look, here's an option

9    agreement where you can buy back in at your original 3

10    million and the full 50 percent" regardless of what the

11    land would've been worth. And we had added a lot, a lot

12    of value to the land at that point. Just acquiring

13    those four different parcels and putting them together

14    as one construction created value.

15    And I believe at that point we'd also had a

16    Hollywood ruling where they were guaranteeing what's

17    called a -- a four to one F-A-R so we could build four

18    times the floor area. That was automatic. So there was

19    already an -- an uplift in the value. So I thought to

20    be fair to Phil, gave him an option to buy back in.

21    Q    You were saying that he was promising and

22    promising and promising that he would match your capital

23    calls and that "Money would come," I think was the words

24    that you used; right? But didn't you already know where

25    all of his money was?

**Page 153**

1    A    He was supposed to go back in the studio with

2    Bruno. And again, please don't hold me to dates here,

3    but I can check them. At that point he may have already

4    been touring with -- with Bruno. I think they'd already

5    agreed a Vegas residency. So after having split from --

6    Urbana forbade him from working or even speaking to

7    Bruno. They'd had a bit of a wild past and things had

8    come to light in his marriage and Urbana did not want

9    him working with Bruno, but that was his source of

10    income. It was -- like, he -- he was starting to work

11    with other artists, but it was -- it was few and far

12    between.

13    You know, one album with Bruno would've

14    created -- any publisher would've bit their hand off to

15    do another deal, but they would've wanted to see that

16    he's back with Bruno and the two of them are -- are back

17    together and working together again. He was -- he was

18    banking on that happening and we had no reason to

19    believe it wouldn't happen. Right? He was clearly

20    having negotiations with Bruno, he was going back on

21    tour with Bruno, and I believe they're back in the

22    studio now, so it's --

23    Q    Okay. When you said and you netted off

24    3 million previously --

25    A    Yes.

1    Q    -- what did you mean by that?
2    A    I can't remember exactly what it was netted
3    off against. I can't remember if it was -- like, I had
4    lent him some money for a significant period of time. I
5    can't -- Marlena would have the detail on what was
6    netted off against.
7    Q    Did you sign -- or did he sign a note to the
8    debtor or did you lend it to him personally? Let me ask
9    one question at a time. Who lent Lawrence the money
10   that you were just referring to?
11   A    I don't remember offhand, but Marlena would
12   have chapter and verse on that.
13   Q    You don't remember if it was the debtor or you
14   that lent him the money?
15   A    No.
16   Q    Okay. Would there be a note that was signed
17   in favor of you or the debtor for that money?
18   A    I don't recall.
19   Q    Have you loaned money to other clients of the
20   debtor before?
21   A    No.
22   Q    So this is the only person you've ever gone
23   into business with and it's the only person you've ever
24   loaned money to?
25   A    There was one other client I've lent money to.

Page 154

1    couldn't pay, so you took bigger equity stakes in the
2    company?
3    A    No. I just funded his piece for at least a
4    year, probably more, until it did start getting
5    uncomfortable and just not practical.
6    Q    Eventually you did own 100 percent of Dun &
7    Dun though?
8    A    Yes.
9    Q    And then you gave him the option to try and
10   buy back in?
11   A    At the same time. They were done
12   concurrently.
13   Q    Okay. This agreement, in Recital A, says that
14   "TSJ owns all the Class A membership effective as of
15   January 1, 2022." And the option at the very top says
16   that "This agreement is entered into as of April 1,
17   2022." So do you still believe that your prior
18   testimony was accurate?
19   A    Perhaps not. In my mind they were certainly
20   around the same time.
21   Q    Okay. But there was a point when you owned --
22   you took ownership in Dun & Dun 100 percent and that was
23   before you granted him the option to try and buy back
24   in?
25   A    I don't recall.

Page 156

1    Q    Okay. Were you concerned about a potential
2    conflict of interest because of these business dealings
3    with the client outside of your management duties?
4    A    No. Because I wasn't involved in the
5    day-to-day in any of these. Yes, I spoke to Phil
6    regularly, but Marlena was the CFO. He had Miles Cooley
7    who was -- who originally was his lawyer at DLA Piper
8    who then moved over. He was more than adequately
9    advised. And -- and it -- it was very clear, it was --
10   there was no -- we were trying to help Phil out. Yeah?
11   He was in a bad place and we were trying to get him
12   through it.
13   Q    Okay. But you were the one who could decide
14   when the capital call was needed from Phil?
15   A    No. I wasn't, Marlena. Marlena would.
16   Q    But here it says --
17   A    Marlena and Miles would've decided when the
18   capital calls were needed up to that point.
19   Q    Who's Miles?
20   A    Miles Cooley.
21   Q    Okay. That's the lawyer?
22   A    Yeah. But he came on as an employee of Dun &
23   Dun. He was -- he was the COO and Marlena was the CFO
24   and Miles ran the day-to-day on Dun & Dun.
25   Q    So eventually they had capital calls and he

Page 155

1    Q    Okay. But as of also April 20th -- April
2    2022, he also owed your business significant amounts of
3    money per these invoices that we've been looking at.
4    One of them's just -- the one that we were just looking
5    at is for $146,000. Okay. When -- and you currently
6    still own 100 percent of Dun & Dun LLC?
7    A    Yes.
8    Q    And that entity still owns a portion of the
9    four parcels in Hollywood?
10   A    Yes.
11   Q    Do you remember what portion Dun & Dun LLC
12   owns?
13   A    I don't.
14   Q    Do you remember the addresses?
15   A    There's one -- one of the addresses is 6767
16   West Sunset Boulevard. I don't know the other ones.
17   Q    But they're all abutting each other?
18   A    Yeah. They're all connected, yeah.
19   Q    So somewhere on Sunset Boulevard there's four
20   parcels that have been more or less combined near the
21   Record Plant?
22   A    You can look this up, there's a website,
23   Sunset and Highland.
24   Q    Okay. So I think I know that area. And the
25   Record Plant's still there?

Page 157

40 (Pages 154 - 157)

1    A    No. The Record Plant was never there.
2    Q    Okay. That's where they were going to put it?
3    A    That's -- yeah. They were going to do Record
4 Plant kind of number two.
5    Q    Okay. So where was Record Plant number one?
6    A    It's --
7    Q    Or is it still there?
8    A    It's -- here's more brain damage. It used to
9 be, I think, just off Fairfax, again, West Hollywood
10 area. He got into a legal dispute with -- I can't
11 remember his name. Anyway, Phil lost that entity --
12 that -- that business, I believe.
13    Q    Okay. Was that while you were his manager?
14    A    No.
15    Q    That was before or after?
16    A    That was after. But he got into a legal
17 dispute with him prior to me being appointed. I
18 implored him just to walk away from it. Like, it was
19 losing money. It's killing me though, I can't remember
20 his name. Like, Boekhoorn had put in probably three,
21 three and a half million dollars.
22    Q    Is that the person he had the dispute with,
23 Boekhoorn?
24    A    Phil did, yes. But the -- no. There's
25 another.

Page 158

1 escalate. Then Patrizio went to meet Phil in New York
2 at some point and somehow convinced Phil to sign over
3 ownership of the Record Plant. This is after investing
4 God only knows how much money. I'm not sure how we got
5 onto that, but -- but that was --
6    Q    We're asking him about where the Record Plant
7 was in relation to the four parcels in Hollywood on
8 Sunset Boulevard.
9    A    That was -- that was the property on -- just
10 off Fairfax. I can't remember the exact street. It's,
11 like, one street over from Fairfax.
12    Q    And you still decided to go into business with
13 this person?
14    A    Don't always make good decisions, do I?
15    Q    But you said that the parcels actually made a
16 lot of money.
17    A    They did for awhile.
18    Q    What do you think they're worth now?
19    A    Not what we've invested.
20    Q    How much have you invested?
21        THE WITNESS:  Do I have to say?
22        MR. ROTHBERG:  This is a 2004 Exam.
23        MS. GILL:  I think he already said.
24        THE WITNESS:  About 70 million bucks.
25        MS. GILL:  Oh.

Page 160

1        THE WITNESS: No hint? What's his name.
2 It's an Italian name. I can't remember it.
3        MR. KWONG: Oh. Patrizio Moi?
4        THE WITNESS: Thank you. Thank you.
5 BY MR. ROTHBERG:
6    Q    How do you spell that? I'm asking you, not
7 him.
8    A    Don't ask me about Patrizio, but Moi is M-O-I.
9    Q    M-O-I. Okay.
10    A    So this guy Patrizio Moi apparently rented the
11 studio in the Record Plant. Phil had promised him
12 10 percent or something to this effect. Again, all of
13 this was handled by DLA Piper. Patrizio sued Phil for
14 his equity interest. When Phil got the catalog money,
15 he said he felt obliged to pay back Marcel Boekhoorn the
16 three or three and a half million dollars he invested.
17        I tried to explain to him time and time again
18 it was an equity investment, there's no reason to pay
19 back the 3 1/2 million. He decided to do it regardless,
20 even though the Record Plant never made money, it was
21 always losing money. Boekhoorn still didn't transfer
22 his interest, I understand. We were still chasing
23 Boekhoorn for financial statements, never received
24 everything.
25        And then Patrizio Moi's claim just seemed to

Page 159

1 BY MR. ROTHBERG:
2    Q    You personally invested $70 million?
3    A    Not all $70 million.
4    Q    So all the partners that own the parcels and
5 Hollywood collectively have invested $70 million?
6    A    Including about $35 million of debt.
7    Q    Okay. So there's a construction project there
8 right now?
9    A    Not yet. We're about six months away from
10 getting entitlements.
11    Q    Okay. So this has been part of the
12 architectural entitlement planning process and at some
13 point, hopefully, the construction will occur?
14    A    And it was supposed to be creative offices.
15 Creative -- creative office market imploded so then it's
16 now multifamily and it's just one set of bad news after
17 another.
18    Q    Well, that's development for you in L.A. But
19 at some point these buildings hopefully will be built,
20 right, fingers crossed?
21    A    Yes.
22    Q    And how many units are being built?
23    A    746.
24    Q    On those four parcels?
25    A    [No audible response.]

Page 161

41 (Pages 158 - 161)

1       MS. GILL: -- state of mind.
2       THE WITNESS: I -- I don't know what he
3   was thinking.
4   BY MR. ROTHBERG:
5   Q   Did you have a discussion about "Well, you're
6   paying these debts but you're not paying tax debts"?
7   A   Yes.
8   Q   And what did he say?
9   A   I recall one particular conversation where he
10  got very angry and -- and told us "Just pay what I tell
11  you to pay."
12  Q   And that was over the phone?
13  A   Yes.
14  Q   So you call him up or he calls you and you
15  say, "You have to pay these taxes," and he says, "Just
16  pay what I tell you to pay"?
17  A   Yes. I'm probably -- I'm paraphrasing, but
18  yes, to that effect.
19  Q   Okay. When you advised him to pay the taxes,
20  did you advise him to pay this amount to the FTB?
21  A   I don't recall.
22  Q   When --
23  A   He would've -- he would've been sent the
24  notices by Noni or Connor or Nina or all of the above.
25  I wouldn't have sent him the number.

Page 166

1   These songs belong to that entity, these songs belong to
2   these, and these songs belong to Phil." And having to
3   work out the capital gain and all of the adjustments to
4   get to that number was a -- I remember it was a
5   complicated calculation.
6   Q   But your recollection is it was more than what
7   this final notice was for?
8   A   We normally build in a buffer. We normally
9   build in a bit of comfort.
10  Q   Okay. And he just refused to pay it?
11  A   I'm almost certain he didn't have the cash to
12  pay that and the federal by the time he closed. By the
13  time he paid back Tijs Verwest and he'd paid -- like, I
14  can't remember what the exact distributions were, but I
15  know we've put that schedule in there. I'm not sure he
16  had enough cash to pay all the taxes at that point. He
17  closed on two houses against our advice before he closed
18  the catalog. We pleaded with him, "Stop."
19      MR. ROTHBERG: Okay.
20      This is a little buried in there. Just a
21  second. Okay. Okay. We're going to skip 7 for a
22  second and mark this one 8, because 7 is going to be a
23  different tax lien.
24      I'm going to get you a copy. Just one
25  second. They didn't print it in that one. This is 8.

Page 168

1   Q   Let me back up. That's the notice after the
2   fact, after the tax return's filed, is what you're
3   talking about; right?
4   A   We would've known -- we would've prepared an
5   estimate at -- at closing.
6   Q   At the closing of the record sale catalog you
7   would've prepared an estimate that would've possibly
8   said, "This amount of money is what you owe"?
9   A   Probably said more, yeah.
10  Q   Okay. Do you know if you produced that
11  document?
12  A   I imagine it would be there, yes. I can
13  double check.
14  Q   Could you produce that document?
15  A   Yeah. Absolutely.
16  Q   Okay.
17  A   There was multiple versions of that document,
18  so yes.
19  Q   What do you mean there were multiple versions?
20  A   As in the -- the payment schedule and the
21  allocation of -- so the songs were owned in -- in two or
22  three different entities.
23  Q   Okay.
24  A   I seem to recall ZZR was one of the entities,
25  so it was a complicated calculation trying to go "Okay.

Page 167

1       (Exhibit 8 was marked for
2       identification.)
3   BY MR. ROTHBERG:
4   Q   Have you seen this document before?
5   A   Yes.
6   Q   Okay. What is this?
7   A   "Cash sources and uses, net proceeds from the
8   sale of the catalog."
9   Q   Okay. So did your -- did the debtor prepare
10  this?
11  A   Yes.
12  Q   Okay. And this is a summary of where the
13  money's going to go after the sale closes?
14  A   I think this is where the money went.
15  Q   Okay. So this is prepared after the fact, and
16  we know that because at the top it says "December 31,
17  2021." First page at the top.
18  A   Yeah.
19  Q   Do you know when this document was prepared?
20  A   Well, it would've been after 2021; right?
21  Q   I don't know.
22  A   It would've been after December 31, 2021.
23  Q   So this is after the tax return would've been
24  filed for 2020?
25  A   Yes.

Page 169

43 (Pages 166 - 169)

**Page 170**

1  Q   Okay.  So in the second little group down
2  here, it says "Total cash uses."  Right?  And it says
3  "Total federal taxes paid," 6 million something.  Right?
4  And it says "Payment received on February 7, 2020" in
5  the little footnote there?  Or sorry --
6  A   Yes.
7  Q   Sorry.  No.  That was for when the cash was
8  received.  It says "A $4,679,800 federal tax payments
9  were made within 15 days of receiving the first payment
10  stemming from the catalog sale."  So some of the -- some
11  tax was paid?
12  A   The taxes that he also refused to pay for the
13  five years prior.  That's what that tax is.
14  Q   Okay.  So that was applied to back taxes?
15  A   Yes.
16  Q   Not to capital gains?
17  A   Correct.
18  Q   How do we know that?
19  A   Because I know.
20  Q   I know you know, but how am I supposed to know
21  that?
22  A   There would be the -- I'd be able to find a --
23  a voucher that would -- or we'd get a -- we'd get a
24  transcript from the IRS that would show how they applied
25  it.

**Page 171**

1  Q   Why was it applied to the back taxes and not
2  the current capital gain tax?
3  A   Because you wouldn't have been able to close
4  the catalog without paying the taxes.
5  Q   The back taxes?
6  A   Yeah.
7  Q   And is that because of a concern of IRS tax
8  liens on the catalog?
9  A   Correct.  Which there was.
10  Q   So there was already a tax lien?
11  A   Yes.
12  Q   So that was just to clear out what he needed
13  to clear out to just get the money in the door?
14  A   Correct.
15  Q   Okay.  And here it says "State taxes paid,"
16  one line lower -- then below that, it says "$422,017."
17  A   Same.
18  Q   It's the exact same issue?
19  A   Yes.
20  Q   And then $68 million was used for other stuff?
21  A   Yes.
22  Q   Okay.  And then there was a net of $14,000?
23  A   Yes.
24  Q   Okay.  So on page 2 we start going through the
25  various, I guess, uses of the cash.  And this occurred

**Page 172**

1  over time, this was not right at closing?
2  A   Some of it would be, some -- some not.  Yes.
3  Q   Well --
4  A   It's -- the bulk of it would be -- I can go
5  through every line and tell you what would've been at
6  closing and whatnot.
7  Q   Why was this document prepared?
8  A   We prepared it for Phil to show him where he'd
9  spent his money.
10  Q   Okay.  So at some point after December 2021,
11  he goes "Where's all that money I made from my giant
12  record catalog sale"?
13  A   No.
14  Q   Okay.
15  A   We were trying to impress on him "This is
16  where you've spent all your money."
17  Q   Right.  So he didn't even think about it.
18  He's, like "Just pay it out of my catalog sale."  And
19  you're, like "There is no more money"?
20  A   This conversation was going on daily for two
21  years.  It wasn't "Oh, oh, I have no money."  It was --
22  this was ongoing.
23  Q   Okay.  And then the Dun & Dun capital
24  contributions listed on there, that's the $3 million
25  contribution?

**Page 173**

1  A   Mm-hmm.
2  Q   And that was then -- it says from the catalog
3  net sale proceeds; right?
4  A   [No audible response.]
5  Q   Okay.  Did he have any other income coming in
6  around this time, Lawrence -- Mr. Lawrence?
7  A   Some.  But nothing -- nothing that would
8  justify that.
9  Q   Right.  So he sold his rights to get more
10  royalties from that catalog, so there was no more money
11  really coming in on a regular basis between February
12  2020 and December 31, 2021?
13  A   He still had his neighboring rights.  He still
14  had money coming from GMR, which was a collection
15  society he also had equity in.
16  Q   What are the "Neighboring rights"?
17  A   It's just another type of right.  It's --
18  it's -- you know, you've got -- you've got recording
19  royalties, neighboring rights, publishing.
20  Q   What is it?
21  A   It's -- like, it's -- it's where you've
22  performed on a track but you're not the -- the lead
23  singer.
24  Q   Okay.  So you get a little cut of something?
25  A   Yeah.

| | |
|---|---|
| 1  Q   What's the GMR that you just referred to? | 1   the Roc Nation deal. |
| 2   A   GMR was -- they -- was a collection company. | 2   Q   Okay.  So it's some sort of contingent |
| 3  It's -- but specifically did their -- did their | 3  agreement? |
| 4  neighboring rights, as in their performance royalties. | 4   A   Yeah.  But the headline number was 90 million. |
| 5  Yeah. | 5   Q   What was the debtor eventually paid out of the |
| 6   Q   Okay.  So GMR was just collecting the | 6  closing of this deal? |
| 7  neighboring rights, performance -- | 7   A   Us?  Four and a half percent. |
| 8   A   Yeah. | 8   Q   So 4 1/2 percent of 60 -- 74 million? |
| 9   Q   Okay.  Okay.  So let's look at this now. | 9   A   Yes.  And I believe Phil then gave me and the |
| 10   A   So artists, as much as we advise the -- to the | 10  lawyer a bonus. |
| 11  contrary, they live on their advances.  So they will | 11   Q   Okay.  On the next page, the second page of |
| 12  sign a deal with a record label or a publisher and they | 12  this longer list -- |
| 13  will get an advance of royalties, and then the royalties | 13   A   Actually, no.  Correction.  I remember what |
| 14  pay down the advances.  That's how he had lived for ten | 14  happened. |
| 15  years prior, before meeting me.  He was -- he was | 15   Q   Okay. |
| 16  banking on doing another publishing deal so he'd cleared | 16   A   He had -- he had -- the lawyer's deal was |
| 17  all the historic, now do another publishing deal, get | 17  5 percent and he had negotiated down my percentage to, I |
| 18  another advance, go write a load of music, and away he | 18  think, 4.25 or 4 1/2 percent, which I was happy to |
| 19  goes again.  And that is -- that is, unfortunately, the | 19  accept.  And on closing, he bumped that up to 5 percent. |
| 20  way the industry works. | 20   Q   Mr. Lawrence bumped that up to 5 percent? |
| 21   Q   Do you believe that, had he not entered into | 21   A   Yeah. |
| 22  that Higpnosis loan, he wouldn't have even started the | 22   Q   Okay.  Do you have -- was that a conversation |
| 23  process to sell that back catalog, for lack of a better | 23  that you had with him? |
| 24  word? | 24   A   Can't remember off the top of my head.  But |
| 25   A   No.  He had -- he had tax liens.  He -- he had | 25  the lawyer was -- James Sulley was party to that.  Yeah. |
| Page 174 | Page 176 |

| | |
|---|---|
| 1  to sell that catalog.  The reason he came to us, NKFSB | 1   It was well documented actually because James Sulley was |
| 2  valued it at, I think, $20 million.  He came to us and | 2  part of it. |
| 3  then we worked for six months unpaid and cleaned up all | 3   Q   Okay.  And what documents would that be |
| 4  of the rights, cleaned up the whole catalog, and | 4  reflected in? |
| 5  ultimately got the number we got.  But that was six | 5   A   It'd be emails. |
| 6  months of -- | 6   Q   Okay.  And you can produce this? |
| 7   Q   Toil? | 7   A   Yes. |
| 8   A   I mean, flat out.  It -- it was a huge | 8   Q   Okay.  So that "TSJ accounting and business |
| 9  catalog. | 9  management fees," is that the 4 to 5 percent that you're |
| 10   Q   And it's -- the final price was 74 million? | 10  talking about?  It's the third line from the total on |
| 11   A   There was some -- there was some back ends | 11  the second page of this. |
| 12  that -- he could have received up to $90 million, but he | 12   A   Yes.  It should have been the same as the |
| 13  had signed a terrible deal with Roc Nation very early in | 13  legal fees.  See the 4.6 above? |
| 14  his career.  They had stopped reporting -- I -- the | 14   Q   Yes. |
| 15  details of this are -- are less well known to me.  We -- | 15   A   It should have been the same as that. |
| 16  we had a lawyer out of New York try to unpick that Roc | 16   Q   This was a separate payment from the regular |
| 17  Nation deal.  In the end, they didn't really get any | 17  invoicing that you were doing? |
| 18  money out of it so Tempo didn't -- didn't get access to | 18   A   Correct.  Yeah.  This is just a -- this is |
| 19  those royalties like we'd -- we'd expected.  I don't | 19  just an invoice for negotiating the sale of the catalog. |
| 20  have the details of that, but there was a lawyer | 20   Q   This is the workup for the catalog? |
| 21  appointed in New York who was negotiating a deal with | 21   A   Yes. |
| 22  Roc Nation. | 22   Q   Which, I mean, $74 million is $74 million, |
| 23   Q   Tempo's the purchasing party? | 23  it's a good sale; right? |
| 24   A   Yeah.  So Tempo had -- Tempo would've been due | 24   A   Getting it up from 20 is a fantastic sale. |
| 25  to release more cash if there was a favorable result on | 25   Q   Right.  On a shortened timeline? |
| Page 175 | Page 177 |

45 (Pages 174 - 177)

1    Q    Right.  But we would know possibly where the
2  money was being sent based on the ledger?
3    A    Yes.
4    Q    Unless it just says "Cash"?
5    A    Yes.
6    Q    And in that case, there's just cash coming out
7  of these various entities and we don't know what it's
8  used for?
9    A    No.  But it would've been delivered by the
10  bank to his house.
11    Q    Well, I presume he got the cash?
12    A    Yes.
13    Q    I'm just saying we don't know what it was
14  spent on?
15    A    No.
16    Q    And we don't know if it was related to
17  whatever it says on this report?
18    A    Is there a "Cash" -- there should be a "Cash"
19  line in here, I would imagine.
20    Q    "Cash withdrawals" is lower down.
21    A    Seems small --
22    Q    Yeah.  You were saying there was, like,
23  $50,000 withdrawals happening now and then, and this
24  cash line only says $112,000 on there.  So presumably
25  the cash was coming from somewhere else?

Page 186

1  Urbana," or whatever that is, what's that?
2    A    That was Urbana's company.  She sold -- she
3  bought and sold, like, expensive designer shoes and then
4  put -- she stuck, like, shiny beads on them and resold
5  them.
6    Q    She would, like, bedazzle her shoes and then
7  sell them?
8    A    Thank you very much.  I didn't want to say
9  that word.
10    Q    There's nothing wrong with bedazzling.  Okay.
11  So she would buy shoes, bedazzle them, and then resell
12  them under the name Maison de Urbana?
13    A    I believe so, yes.  I think she had a -- a
14  Instagram account as well for --
15    Q    Okay.  And the investment into that was
16  $607,000?  Okay.  Do you know if that company's still
17  operational?
18    A    No idea.
19    Q    Going back to the cash for a second.  It
20  was -- you said it was Urbana that said that she wanted
21  the regular cash?
22    A    I'd have to look.  Again, I'm not in the
23  day-to-day on this; right?  This would've been handled
24  by Nina and the team and -- yeah.  But yeah, I have -- I
25  have a vague recollection of her wanting a -- a cash

Page 188

1    A    This is refreshing my memory.  I believe
2  Urbana wanted cash dropped off at the house every week
3  or every -- again, it'll be on -- it'll be on the
4  statement.  She wanted a regular cash amount dropped off
5  at the house.
6    Q    Urbana wanted it?
7    A    Yeah.
8    Q    Not Philip?
9    A    Correct.  He would ask for cash from time to
10  time.  But yeah, I -- I seem to recall that she wanted a
11  regular amount dropped off.
12    Q    But you think it was more than this 112,000?
13    A    I'm surprised it's so small.  I would -- I
14  expected it to be bigger.
15    Q    Well --
16    A    It's -- if it's -- if it says 112, it'll be
17  correct.
18    Q    Okay.  I mean, because that would've been a
19  lot of money to start charging for -- I mean, if you
20  were doing $50,000 withdrawals at a time, I could
21  understand $500 service fee; right?  But if that only
22  happened twice, that wouldn't make a lot of sense; would
23  it?
24    A    We'd have to look.
25    Q    Okay.  What about "Maison de Urbana," or "de

Page 187

1  amount dropped off.
2    Q    Did Lawrence have to approve that too through
3  the system?
4    A    Yes.  Yes.  Oh, no, not -- actually, I believe
5  he did.  Again, if -- I believe we eventually got it
6  going through the system, right, where we could raise --
7  we could raise, like, a purchase order in the system and
8  have him sign off the purchase order.  But he still had
9  to sign the cash request that went to the bank.  We --
10  we were -- like, we were never able to just issue cash
11  like that.
12    Q    He had a wet ink signature on the cash?
13    A    Yeah.
14    Q    Receipt?
15    A    Yeah.  Or a DocuSign or one or the other.
16    Q    They could do it by --
17    A    Not on the cash receipt, on the cash
18  withdrawal.
19    Q    Withdrawal receipt or whatever the --
20    A    The instruction to the bank, yeah.
21    Q    It's, like, the little square that's, like --
22  it fits in your hand almost?  Like a deposit slip?
23    A    No.  There's, like -- City National have a
24  form for withdrawing cash.
25    Q    Okay.  Is that in your files?

Page 189

48 (Pages 186 - 189)

**Page 194**

1    A    Yes.  Again, I'm not in the day-to-day, but
2    yes, it seems familiar.
3    Q    Okay.  And those were above and beyond tuition
4    payments?
5    A    Yes.  There was definitely a $30,000 payment
6    made for some computers.
7    Q    Okay.  Do you know when that happened?
8    A    Be in the ledgers.  I don't remember the date.
9    Q    Sometime between February 7, 2020, and
10    December 31, 2021?
11    A    Correct.
12    Q    Okay.  I see "School tuition" on the back page
13    is 117,722; does that sound right?
14    A    Yes.
15    Q    So that is separate from the charitable
16    contributions?
17    A    Yes.
18    Q    Do you know if he made any charitable
19    contributions to any other companies or entities?
20    A    None that spring to mind.
21    Q    Did your office effectuate the transfer of the
22    funds for that charitable contribution?
23    A    Yes.
24    Q    Okay.  "Clothes, hairdressing, and beauty,"
25    $2.1 million.  Does that sound right to you?

**Page 195**

1    A    Yes.
2    Q    Okay.  Is that just for Mr. Lawrence?
3    A    No.
4    Q    That's for Urbana as well?
5    A    Mainly Urbana.
6    Q    Okay.  "CNB revolving note payoff."  He had a
7    line of credit with City National Bank?
8    A    Yes.
9    Q    And that's what this is?
10    A    Yes.
11    Q    Was it fully paid off?
12    A    I seem to recall he had some -- he owed them
13    something, but I think it might have been a mortgage he
14    owned.  I -- I believe it was paid off.
15    Q    Well, the next line is "CNB term note payoff."
16    You think that's the mortgage?
17    A    So -- so we managed to get him to put the
18    10 million into an investment.
19    Q    I'm sorry.  Which 10 million?
20    A    The 10 million that Urbana said, "You cannot
21    spend the 10 million."  We managed to get that into a --
22    a portfolio with City National.  Almost immediately he
23    borrowed against it.  So one of those is going to be
24    that borrowing.  We would've provided the agreements for
25    this, so I'm not sure which is which, or -- or the

**Page 196**

1    timing of either of them, but we have -- we would've
2    provided the documents.
3    Q    He had, like, a margin account in the -- on
4    the investment side?
5    A    Yes.
6    Q    You think that's what that was?
7    A    One of them is, I think.
8    Q    So I'm a little confused now though.  You said
9    the 10 million that Urbana said, "Don't touch anything,"
10    and that's why he didn't pay the taxes?
11    A    He then spent very quickly within -- it lasted
12    about six months.
13    Q    Right.  But then you also said he had a -- you
14    had a conversation with him then he said, "Don't pay the
15    taxes"?
16    A    Yes.
17    Q    So they both said, "Don't pay the taxes"?
18    A    She never said, "Don't pay the taxes."  She
19    said, "Don't touch the 10 million."
20    Q    Okay.
21    A    But I can't take her instruction, she's not my
22    client.
23    Q    Okay.  But then after that he said, "Don't pay
24    the taxes"?  Mr. Lawrence said, "Don't pay" --
25    A    At the time -- at the time she said, "Don't

**Page 197**

1    spend the 10 million."
2    Q    Urbana?
3    A    Yeah.  He would've said, "Don't pay the
4    taxes."  But then -- again, I'm -- I'm -- about six
5    months after, and I could verify this from the records,
6    he started drawing down on that 10 million.
7    Q    That was put in an investment account?
8    A    Yes.
9    Q    Did you ever make any investments in that
10    account on his behalf?
11    A    No.
12    Q    So it just sat there liquid in an investment
13    account?
14    A    No.  I -- I -- he had the banker at City
15    National dealt directly with Phil.
16    Q    So there was --
17    A    We don't give investment advice.
18    Q    Okay.  Well, except when we were buying
19    parcels in Hollywood, I guess?
20    A    I didn't give investment advice.
21    Q    But you were part of that deal?
22    A    After the fact.
23    Q    Okay.  So after somebody else said, "This is a
24    good deal," you were, like "I want to be in on the deal,
25    too"?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    A    Yes.

2    Q    Okay.  But that's not investment advice?

3    A    That's not --

4         MS. GILL:  Okay.  You're being a little
5    argumentative, Counsel.

6         THE WITNESS:  That's not investment
7    advice.

8         MS. GILL:  He's asked and answered it a
9    few times.

10        THE WITNESS:  He'd -- he'd already
11   committed to the investment and I was -- I was getting
12   pulled into it and spending a lot of time and I went
13   "Look, I'm never going to be able to justify these
14   fees."  I went "Look, I'll come in as an investor -- as
15   a minority investor."  That's not giving investment
16   advice.

17   BY MR. ROTHBERG:

18   Q    Well, that's how it started?

19   A    No.  DLA Piper gave the investment advice.

20   Q    No.  I mean, you started as the minority
21   investor?

22   A    Yes.

23   Q    Okay.  Going back to the brokerage account
24   though, you weren't telling him to buy stocks or
25   anything?

1    A    Yeah.

2    Q    Well, you were loaning him money during that
3    time though?

4    A    I don't recall the date that Comerica --
5    Comerica locked his accounts at one point, so that was
6    right at the beginning.

7    Q    What other accounts did he have at Comerica?

8    A    He had a checking account, I think, and -- I'd
9    have to -- they had given -- they'd given him a letter
10   of credit.  So this life insurance -- this $50 million
11   life insurance policy that he had that -- after he
12   signed on as a client, then we got a notice from the
13   insurer saying he was -- he owed a large sum.  He had
14   financed the premiums on this life insurance policy.

15   Q    Okay.  It was a whole-life policy?

16   A    Yeah.  I think there was 50 on him, 10 on
17   Urbana, and then some on the kids.  And -- and he had
18   stopped paying Comerica.  I think they -- I think they
19   pulled the credit -- the note or the -- and then that's
20   why we got the bill for the premium.  And it was -- it
21   was close to $1 million, I believe, annually.

22   Q    Well, because it was whole life, you're
23   saying?

24   A    Yeah.  Right.  So but he had -- up -- up to
25   that point he had financed the premiums, but because

1    A    No.

2    Q    Somebody at City National Bank was telling him
3    "Buy X, Y, and Z"?

4    A    Yes.

5    Q    Okay.  Did you review those with him
6    periodically?

7    A    No.

8    Q    You completely stayed separate from whatever
9    was going on in the brokerage account?

10   A    Didn't last long enough.

11   Q    Okay.  Okay.  We were at the "CNB term."
12   Okay.  Now we're on "Comerica HELOC, $38,000."  What was
13   that?

14   A    He had a HELOC -- when -- when he first came
15   over to -- from NKFSB, he had a -- he had a mortgage
16   with Comerica and had a HELOC with Comerica.  He just
17   paid it off.

18   Q    So that was a full payment, he closed that
19   account?

20   A    Yes.  He did.

21   Q    Okay.  Do you remember if it was a lump sum?

22   A    I think he's paid off more prior to the
23   February 7th date.  I think that was a higher amount and
24   that's probably just the tail end.

25   Q    What was left?

1    he'd run out of money he couldn't pay Comerica, they
2    froze all of the accounts.  So I'm sure that HELOC --
3    oh, it would've been settled out of -- he sold that
4    property.

5    Q    Oh, okay.  Which property was it?

6    A    I don't remember the address.  It was
7    somewhere in Encino.

8    Q    Okay.  So he had some property in Encino and
9    that's why --

10   A    Yeah.  He had a mortgage and a HELOC against
11   it.

12   Q    Okay.  But I thought this was the net proceeds
13   from the catalog sale?

14   A    Yeah.  The -- the 38,000 was, but I'm sure
15   there was a higher balance on that HELOC.

16   Q    Oh.  So you think that property was underwater
17   when he sold it and that's why he had to take some money
18   out of this proceeds, to finish off the HELOC?

19   A    Yeah.  I imagine so.  Just a $38,000 HELOC
20   doesn't seem like a lot; right?  I'm sure it was for a
21   higher balance.

22   Q    Maybe not for Mr. Lawrence.  These are big
23   numbers.  Okay.  The "Diskint settlement," what is that?

24   A    An additional settlement.

25   Q    Right.  But earlier we were talking about --

**Page 218**

1  capitalize and is -- you can set that against basis when
2  you sell the property. Repairs and maintenance is just
3  ongoing repairs, that's an expense as opposed to a
4  capital item.
5      Q   Why wasn't it in "Household expenses"?
6      A   Because it's -- "Household expenses" would be
7  laundry, detergent, cleaning products, toiletries, that
8  kind of thing.
9      Q   Yeah. But here it's $335,000?
10     A   Mm-hmm.
11     Q   Okay. "School tuition" we talked about.
12  "Secured credit card debt." He had a secured credit
13  card?
14     A   Urbana had a --
15     Q   Urbana had a secured credit card?
16     A   Yeah.
17     Q   And was this account closed by this payment?
18     A   Yes. Yeah. That was City National.
19     Q   That was CNB also?
20     A   Yeah.
21     Q   "Social events," what's that?
22     A   I could look at the detail and see.
23     Q   That's different from "Travel" or "Leisure"?
24     A   Again, I'd have to look at the detail.
25     Q   Okay. Do your other clients have these

**Page 219**

1  categories split apart?
2      A   Yes.
3      Q   Is there some sort of standing instruction to
4  your accounting teams how to categorize one as "Leisure"
5  versus "Travel" versus "Social events"?
6      A   We have a -- we have a template chart of
7  accounts with all of these categories.
8      Q   Okay. Can you give me an example of what --
9  something that is "Leisure" but not "Social events"?
10     A   The "Leisure" one has got me. "Social events"
11  would be -- there was a school end-of-year party,
12  something like that.
13     Q   "Travel" is travel. Is that for business and
14  personal?
15     A   There was very little business travel.
16     Q   Okay. This was not a period when he was
17  touring?
18     A   No.
19     Q   Okay. "Utilities and home security." So
20  that's different than "Household expenses"?
21     A   Yeah.
22     Q   Okay. $211,000. Do you have a -- he had a --
23     A   Home security, he had full time -- he has --
24  not full time. He had security guards stationed outside
25  of the house.

**Page 220**

1      Q   Okay. Full time?
2      A   No. Not full time. I think just in the -- at
3  night.
4      Q   Okay. Do you know why?
5      A   No.
6      Q   Was he ever a victim of a crime?
7      A   Not that I'm aware of. I think it was Urbana
8  who wanted it more than him.
9      Q   Okay. What about the "Verwest loan
10  repayment." So here's the extra $2 million in interest
11  on Verwest because the principal was $25 million?
12     A   Correct.
13     Q   And that's how you knew off the top of your
14  head that it was a $2 million interest payment?
15     A   Yes.
16     Q   How long did that loan last?
17     A   From recollection, probably ten months.
18     Q   Did you advise Mr. Lawrence that, that was
19  potentially serious?
20     A   I didn't, but his lawyer did.
21     Q   Okay. Did you have any discussions about the
22  terms of that loan with Mr. Lawrence before he entered
23  into it?
24     A   No.
25     Q   He just said, "Okay. The way we're going to

**Page 221**

1  handle the Higpnosis loan is I've got my buddy Verwest
2  and he's going to loan me the cash to get by"?
3      A   I made the introduction.
4      Q   Okay.
5      A   I made the introduction to -- between Tijs
6  and -- and Phil, and then I stepped right out of it.
7      Q   Okay. So he -- Mr. Lawrence did not know
8  Tijs -- T-I-G-S?
9      A   T-I-J-S.
10     Q   T-I-J-S. You introduced them?
11     A   Yes.
12     Q   When did you introduce them?
13     A   Don't recall the date.
14     Q   Why did you introduce them?
15     A   Because Phil was about to lose his catalog.
16     Q   Why did you choose Tijs to be -- to introduce
17  because of that?
18     A   Because Tijs, he's -- he likes a deal like
19  this. He has done not just with me, but he does -- he
20  likes opportunities like this.
21     Q   So you know Tijs likes to possibly make a
22  little bit of interest when he can, where he can?
23     A   He's -- he's a very astute investor.
24     Q   Right. Okay. And did you obtain a finder's
25  fee for that?

1   A   No.  I did not charge any fees whatsoever for
2  this, hourly or otherwise.
3   Q   Okay.  You ensured that he was paid out of the
4  closing proceeds?
5   A   Yes.  There was an -- there was an
6  instruction, I believe.  I think there was a letter of
7  direction or something to that effect.
8   Q   So the funds went right to Tijs before they
9  even hit the account of Mr. Lawrence?
10   A   Correct.
11   Q   And you ensured that, that would happen?
12   A   Yes.
13   Q   So the drafts of the loan agreement, they were
14  circulated in January 2020?
15   A   They -- they went around and around.  That
16  went on for months.
17   Q   The loan agreement or the record closing
18  agreement?
19   A   The loan agreement.
20   Q   Okay.  And it was finally signed when?
21   A   Don't recall the date.
22   Q   Was it close to the closing on the record
23  catalog sale?
24   A   It was signed before the usury point was --
25  was going back and forth a lot, both with Tyson's lawyer

1  and with Phil's.
2   Q   Okay.  And how did you know that?
3   A   Because I could see the emails.  I was -- I
4  was copied on all of these emails; but --
5   Q   So you were still copied on the emails even
6  though you said you stepped away from the internal
7  workings between the two?
8   A   Yeah.
9   Q   So you --
10   A   I left -- they had -- I made sure that Phil
11  had his lawyer and Tijs had his lawyer.
12   Q   Who represented Tijs?
13   A   I will have to look it up.  I can remember
14  there was two law firms.  They got -- they brought in --
15  it was his regular entertainment attorney who started
16  it, and the name will come back to me in a second, and
17  then I believe they brought in Kramer Levin for a kind
18  of second opinion about the usury issue and -- and just
19  some of the finer points.  They're entertainment lawyers
20  and not --
21   Q   Loan lawyers?
22   A   Correct.  Thank you.  And I don't recall who
23  represented Phil on it but, again, I'd have emails to
24  that effect.
25   Q   Okay.  And you can produce them?

1   A   Yeah.  I believe I did.  I believe there's
2  some emails --
3   Q   There's -- we have one email about it, which
4  we'll get to.  So I want to make sure I understand.  You
5  said they were circulating the documents for the loans
6  for months?
7   A   It was a -- it was a significant amount of
8  time.  I remember it was -- it got very complicated.
9   Q   But the funds were disbursed well in advance
10  of the closing; right?
11   A   Correct.
12   Q   So Tijs disbursed the funds for the loan
13  before there was any deal actually inked about what the
14  terms of the loan would be?
15   A   No.  The terms were agreed very early.  The --
16  the terms were agreed right at the beginning of the
17  conversation.  It was trying to get documents that
18  everyone was comfortable with, trying to get final
19  documents was -- proved very difficult.
20   Q   Okay.  So the basic outline of the deal had
21  been agreed to and the funds disbursed, but there was no
22  final agreement between the lawyers that was inked
23  before the funds were disbursed?
24   A   Correct.
25   Q   And it took many months of the lawyers

1  lawyering before that happened?
2   A   Yes.
3   Q   But in the meantime, those funds had already
4  been disbursed from Verwest to Mr. Lawrence and then to
5  Hignposis?
6   A   Yeah.  The 15 would've gone to Hignosis.
7   Q   Right away?
8   A   Right away, yeah.
9   Q   To stop them from trying to essentially
10  foreclose upon the record catalog?
11   A   Correct.
12       MR. ROTHBERG:  Okay.
13       I have multiple -- all right.  Let me go
14  back to this document.  Did I hand this one out to
15  everybody?  I don't think so.  Hang on a second.
16       MS. GILL:  Is that Exhibit 7 you were
17  going to go back to?
18       MR. ROTHBERG:  Yes.
19       MS. GILL:  Okay.
20       MR. ROTHBERG:  Did I give that to you?
21       MS. GILL:  No.  Not yet.
22       MR. ROTHBERG:  Why don't we take a
23  ten-minute break.  It's been two hours.  Does that sound
24  okay?
25       MS. GILL:  Yeah.

1 and nothing was ever transferred into them, so they were
2 subsequently shut down.
3     Q    Okay. So you guys are negotiating the sale of
4 the record company -- excuse me, the record catalog.
5 The names are on the next page. Oh. It says "Hollywood
6 Campus QOF." So do you know if they were talking about
7 the development that Dun & Dun ended up investing in?
8     A    Yes. They were.
9     Q    Okay. So originally, or at some point, DLA
10 suggested "Here's the structure where there's maybe five
11 different entities to take your catalog sale proceeds
12 and invest into the qualified opportunity zone." Right?
13    A    Correct.
14    Q    And do you know why they did it like this or
15 proposed doing it like this?
16    A    No.
17    Q    Was there some sort of tax advantage to doing
18 this like this?
19    A    Yes. It qualified for -- that was the
20 structure they proposed for the -- to qualify for
21 qualified opportunity zone.
22    Q    Okay. I don't understand then, because here
23 there's five different entities. That was required to
24 qualify for a qualified opportunity zone investment?
25    A    You'll have to ask them. I really don't know.
Page 254

1     Q    Right. But this was never done; right? No
2 pun intended. This structure was never effectuated?
3     A    It was. These entities were set up, just Phil
4 didn't transfer anything into them.
5     Q    Right. But the entity that ended up buying
6 something in Hollywood was Dun & Dun LLC?
7     A    Yes.
8     Q    And at the time Dun & Dun LLC was set up,
9 Mr. Lawrence did have capital gains tax that he might
10 have wanted to defer?
11    A    Yes.
12    Q    Then why didn't Dun & Dun LLC ever apply for
13 the QOZ tax deferment?
14    A    Because Dun & Don wouldn't apply for the QOZ.
15 Those entities would apply for the QOZ.
16    Q    Maybe I'm not understanding. Why --
17    A    These are the QOZ entities.
18    Q    Okay.
19    A    They apply for the qualified opportunity zone
20 qualification. Phil would -- again, I don't know the
21 mechanics of this. This is a DLA Piper structure.
22 You'd have to ask them.
23    Q    Right. But you could understand what the tax
24 implications of setting something up like this would be;
25 right?
Page 256

1     Q    Well, did Dun & Dun LLC qualify for a QOZ
2 investment?
3     A    We never pursued a QOZ status.
4     Q    You have to make some sort of separate filing?
5     A    Yes. You have to qualify. You have to apply
6 and get qualified.
7     Q    Why didn't Dun & Dun ever do that?
8     A    We weren't trying to defer capital gains tax.
9     Q    Why not?
10    A    I didn't have any capital gains tax to defer.
11    Q    But Mr. Lawrence did?
12    A    Yes.
13    Q    Okay. But at the time Dun & Dun was set up,
14 he still had -- he was the majority owner. Mr. Lawrence
15 was the majority owner and he did have capital gains tax
16 to defer?
17    A    Yes. I believe so.
18    Q    So why didn't Dun & Dun immediately apply for
19 the QOZ -- qualified opportunity zone -- what is
20 it called? A tax deferment?
21    A    You'll have to ask -- you'll have to ask DLA
22 Piper. I wasn't party to any of this.
23    Q    No, no, no. I'm talking about Dun & Dun. I'm
24 not talking about these orgs. I understand --
25    A    That's not Dun & Dun.
Page 255

1     A    I think that looks very convoluted, if you ask
2 me. It's my -- my basic knowledge of QOZ. I don't
3 understand that structure.
4     Q    Okay. Well, that makes two of us. Did Dun &
5 Dun LLC -- did Mr. Lawrence own his membership shares in
6 his own name when he did own ownership shares?
7     A    I believe so, yes.
8     Q    Okay. So none of this was ever used to invest
9 in Dun & Dun LLC. But 67 West Sunset --
10        MS. GILL: Wait. Let the record reflect
11 he nodded his head "No."
12        THE WITNESS: No. I said "No." Sorry.
13 I said "No."
14        MR. ROTHBERG: I apologize. He nodded
15 his head.
16        MS. GILL: Yeah.
17        THE WITNESS: I said "No."
18 BY MR. ROTHBERG:
19    Q    No?
20    A    He -- this was -- no. Phil never used these
21 entities to invest in Hollywood.
22    Q    Right. This -- at the bottom it says "6767
23 West Sunset Boulevard LLC." Does that address of 6767
24 West Sunset Boulevard mean anything to you?
25    A    That is the Hollywood investment, yes.
Page 257

1    Q    Okay.  So there was a point in time when it
2    was possible that Phil Lawrence was going to buy the
3    exact same property that Dun & Dun bought -- ended up
4    buying or investing in through this structure, but it
5    never happened?
6    A    Yes.  But you'll have to ask DA Piper.  I
7    don't know.
8    Q    Well, did you have any discussion with
9    Mr. Lawrence about pursuing this type of structure
10   versus buying through the Dun & Dun LLC vehicle?
11   A    No.  There's no -- that's not a -- that's not
12   a discussion.  That's -- there is no -- that's not a
13   question; right?  That's -- like, there's -- you have
14   Dun & Dun, which is the entity that he and I own -- own
15   together.  I don't know how DLA Piper were going to
16   install this structure under Dun & Dun.  I wasn't party
17   to those conversations, I wasn't part of the planning.
18   It was described to me at a high level by Jerry Neuman,
19   and I believe Afshin -- can't remember his surname, but
20   another tax lawyer at DLA Piper, but this was
21   specifically for Phil.  This didn't relate to me or Dun
22   & Dun.  This was for Phil.
23   Q    Do you think Dun & Dun would've been one of
24   the entities in this structure?
25   A    No.

Page 258

1    Q    As it was discussed with -- between the
2    various parties preparing this possible QOZ structure?
3    A    No.  Because they set up the entities.  They
4    just never used them.
5    Q    Did you have any discussion with Mr. Lawrence
6    about how complicated this structure was?
7    A    Perhaps.  The fact that I don't understand it,
8    perhaps.
9    Q    Did you advise him one way or the other as to
10   making his investment in 6767 Sunset Boulevard through
11   this structure?
12   A    No.
13   Q    How did he come to determine that he would
14   prefer -- or let me -- let's strike that.  How did it
15   come then that he decided to invest in that property
16   through Dun & Dun and not this structure?
17   A    You'll have to ask him and DLA Piper.
18   Q    So you never had any discussions about
19   Mr. Lawrence investing through this vehicle versus doing
20   it in Dun & Dun LLC?
21   A    The question doesn't make sense.  They're
22   not -- they're not separate options.  He could still
23   invest through Dun & Dun.  How DLA Piper were going to
24   invoke that structure, I don't know.
25   Q    Mr. Lawrence never spoke with you about

Page 259

1    investing in a qualified opportunity zone?
2    A    We obviously spoke about this, yes.
3    Q    So what did you guys talk about?
4         MS. GILL:  I think it's been asked and
5    answered.
6         MR. ROTHBERG:  I'm not -- but I'm frankly
7    just not understanding what the difference is here.
8         MS. GILL:  Well, I think he's already
9    said he doesn't understand the structure.  You keep
10   asking him the same question in a different way.
11        MR. ROTHBERG:  Maybe I'm asking
12   unartfully and I'll try to rephrase.
13        THE WITNESS:  If DLA Piper had rolled out
14   this structure and it came into fruition, I would've had
15   to put that into a tax return at some point.
16   BY MR. ROTHBERG:
17   Q    Sure.
18   A    So there was obviously conversations around
19   this, but this is a tax structure recommended by DLA
20   Piper, specifically Jerry Neuman.  And I remember having
21   lots of conversations with Jerry Neuman going "Okay.
22   But what qualifies as expenditure under a QOZ?"  I don't
23   ever remember getting a full answer on that.  That
24   was -- but we definitely tried to get our head around
25   it.

Page 260

1    Q    Okay.  Were -- do any of the invoices -- and I
2    think that's Exhibit 3 -- reflect your discussions or
3    work on pursuing a qualified opportunity zone investment
4    for Mr. Lawrence post-closing of the record catalog
5    sale?
6    A    I haven't looked.  If there was, I would
7    imagine Connor Southwell would've been the one looking
8    at this.
9    Q    Okay.  And he was the tax attorney?
10   A    Yes.
11   Q    Has he done other qualified opportunity zone
12   work before?
13   A    Never.
14   Q    Have you ever done any qualified opportunity
15   zone work before?
16   A    Never.
17   Q    But you understand in concept how the
18   opportunity zone deferment works?
19   A    Yes.
20   Q    Do you have to apply based on where the
21   investments occur or are there other qualifications that
22   an entity must meet?
23   A    There's a lot of qualifications.  Not all of
24   them I -- I'm aware of.  It has to be at a designated
25   zone, which that property in Hollywood is.

Page 261

66 (Pages 258 - 261)

1    Q    Do you know any of the other qualifications
2  off the top of your head for a QOZ investment deferment?
3    A    There's -- there's an -- you have to have
4  spent the money within a certain period of time.  I
5  think it's, like -- I think it's 59 months you have to
6  have spent the cash.
7    Q    The cash that's going to have the capital
8  gains deferred on?
9    A    Yes.
10    Q    Okay.  So in a way, it's almost like a 1031
11  where you have this pot of money that comes to you and
12  you want to defer the capital gains on that, so that's
13  the money that you have to spend within a certain amount
14  of time to qualify?
15    A    Yes.  You've got 59 months, I understand it.
16    Q    Okay.  So Mr. Lawrence would've had 59 months,
17  which is just a shad under five years, to take whatever
18  proceeds he could out of the catalog record sale and put
19  them in the correct way of a qualified opportunity zone
20  to defer the taxes; right?
21    A    Yes.
22    Q    But he didn't do that?
23    A    Correct.
24    Q    Did you ever talk to him about why he didn't
25  do that?

Page 262

1  this PowerPoint presentation in Exhibit --
2    A    I don't even think you have to buy -- and
3  again, I don't understand how they wanted to roll this
4  out.  I -- I don't think you have to buy the property in
5  this structure.  I think you can just transfer it in.
6  Don't hold -- that's -- this is their structure.  I
7  don't know the details.
8    Q    You could -- one could transfer that in later,
9  you're saying?
10    A    I believe so, yeah.
11    Q    Okay.  Lo and behold, Mr. Lawrence decided not
12  to pursue the QOZ deferment and --
13    A    I don't know that.
14    Q    Okay.  But nobody ever told your office to
15  file the documents with the taxing authorities to pursue
16  that?
17    A    We wouldn't file any documents with the taxing
18  authority.  We would -- DLA Piper would say, "It's a
19  qualified opportunity zone."  And whatever the
20  investment was, we would then back out of any capital
21  gains tax calculation.
22    Q    Okay.  So that's done on the front-end
23  accounting, not on the final tax return?  Or there's no
24  other form that must be filed?
25    A    I'm sure there is a lot on DLA Piper's side,

Page 264

1    A    He didn't have the cash.
2    Q    Well, there was some cash that came out of the
3  record catalog sale; right?  There was $3 million that
4  went to Dun & Dun as the initial capital contribution?
5    A    Correct.
6    Q    So why was that amount not deferred?
7    A    You'll have to ask DLA.
8    Q    But DLA didn't have anything to do with the
9  setup and purchase that was made by Dun & Dun.
10    A    Absolutely did.
11    Q    Okay.  What involvement did DLA Piper have
12  with setting up Dun & Dun LLC?
13    A    They set up Dun & Dun LLC, they introduced us
14  to the sellers of those properties.  They were the
15  entitlement lawyers.  They were -- they negotiated the
16  sale and purchase.  They negotiated the finance
17  agreements.  They were front and center in every element
18  of this.
19    Q    And who was representing you in the Dun &
20  Dun LLC --
21    A    Nobody.
22    Q    You did not have a lawyer for that?
23    A    No.
24    Q    Okay.  But it was the same property that ended
25  up being bought, just not the way that's described in

Page 263

1  but nothing for the accountant to file.  It's -- it's --
2    Q    Okay.  But suffice to say, the debtor was not
3  instructed to pursue that?
4    A    Correct.  Yes.  Correct.
5        MR. ROTHBERG:  Okay.  I think that's all
6  I'm going to go through with you today.
7        With the caveat that there's a lot of
8  documents that we've discussed on the record, and some
9  off, in terms of producing and then reconvening at a
10  date sometime in the next 30 days, I think it must be,
11  both because we don't want it to draw it out and because
12  you said there's a status conference hearing at the end
13  of July, I believe you said?
14        MS. GILL:  July 29th, yeah.
15        MR. ROTHBERG:  Right.  So we'll suspend
16  the 2004 Exam for now, and counsel and I will discuss
17  off the record a further production of documents and a
18  follow-up exam, if necessary; okay?
19        Okay.  Anything else?
20        Off the record.
21        THE OFFICER:  And then will you be
22  needing a copy of the transcript?
23        MS. GILL:  Yes.
24        THE OFFICER:  Yes?  Okay.  And then for
25  the read and sign, would you like to go to your office

Page 265

67 (Pages 262 - 265)

### Phil Lawrence
### Cash Sources & Uses - Net Proceeds from the Sale of Catalogue
February 7, 2020 through December 31, 2021

| Cash Sources & Uses Summary Statement: | Amount (USD) |
|---|---|
| | |
| | |
| **Cash Sources - Proceeds from the Sale of Catalogue:** | |
| DEPOSIT - Proceeds from Sale (1 of 2) [A]: | $ 65,861,221.60 |
| DEPOSIT - Proceeds from Sale (2of 2) [B]: | 9,000,000.00 |
| **Total Proceeds from Sale of Catalogue:** | **74,861,221.60** |
| | |
| **Total Cash Uses:** | |
| Federal Taxes Paid [C] | 6,076,315.00 |
| State Taxes Paid | 442,017.00 |
| Property Taxes Paid: | 20,707.58 |
| Other Cash Uses (See Page 2): | 68,307,932.96 |
| **Total Cash Uses:** | **74,846,972.54** |
| **Net Cash Remaining:** | $ 14,249.06 |

[A] Payment received on February 7th, 2020

[B] Payment received on June 30th, 2020

[C] $4,679,800 in federal tax payments made within 15 days of receiving the first payment stemming from the catalogue sale


EXHIBIT
8
St John  6-10
-25
PENGAD 800-631-6989

## Phil Lawrence
## Itemized List of Purchases from Catalogue Net Sale Proceeds
### February 7, 2020 through December 31, 2021

| Category | Total |
|---|---|
| Amazon/Venmo/Paypal | $ 310,910.85 |
| Audio Equipment | 129,138.40 |
| Auto Expenses | 6,983.83 |
| Bank Services | 37,751.20 |
| Boekhoorn Settlement | 2,090,928.00 |
| Business Related:Advertising & Marketing | 24,419.50 |
| Business Related:Dues/Subscriptions | 1,687.16 |
| Business Related:Office Supplies & Software | 135,831.36 |
| Business Related:Film Movie | 1,508.24 |
| Business Related:Music | 6,709.54 |
| Business Related:Postage | 9,149.51 |
| Capital Contribution - 9639 Amigo | 103.00 |
| Capital Contribution - Calvert | 547,606.81 |
| Capital Contribution - CMNTY Culture | 3,289,221.76 |
| Capital Contribution - CMNTY Culture Publishing | 82,000.00 |
| Capital Contribution - Dela Zquad | 89,200.00 |
| Capital Contribution - Dun & Dun | 3,000,000.00 |
| Capital Contribution - Lawrence Publishing | 221,200.00 |
| Capital Contribution - Maison De Urbana | 607,079.00 |
| Capital Contribution - Philmar Group | 40,500.00 |
| Capital Contribution - PML Productions | 99,041.60 |
| Capital Contribution - Poesta Creek | 200.00 |
| Capital Contribution - ZZR Music | 15,000.00 |
| Car Payment | 376,452.57 |
| Cash Withdrawals | 112,869.95 |
| Charitable Contributions | 74,823.00 |
| Clothes, Hairdressing, and Beauty (Including Business/Performance Related) | 2,169,798.66 |
| CNB Revolving Note Payoff | 2,503,333.34 |
| CNB Term Note Payoff | 2,701,781.25 |
| Comerica HELOC | 38,830.31 |
| Diskint Settlement | 300,000.00 |
| Family Living Support | 442,725.47 |
| Food & Groceries | 282,440.03 |
| Furniture | 104,383.76 |
| Gifts | 8,766.55 |
| Global Financial Loan | 2,363,787.52 |
| HOA Fees | 46,267.38 |
| Home Improvements | 4,350,745.24 |
| Household Expenses | 335,403.50 |
| Insurance | 152,893.98 |
| Jewelry | 215,278.26 |

| | |
|---|---:|
| Legal Fees | 4,610,380.70 |
| Leisure | 81,008.17 |
| Medical Costs | 233,825.60 |
| Memberships | 432.30 |
| Mortgage Payment | 102,685.20 |
| Non-Refundable Security Deposits | 185,000.00 |
| Production | 24,000.00 |
| Professional Fees | 98,766.99 |
| Property Purchase- Calvert | 1,178,364.03 |
| Property Purchase- New Mexico | 1,499,627.18 |
| Property Purchase- Amigo | 962,847.01 |
| Reimbursements | 12,312.14 |
| Repairs & Maintenance | 64,749.19 |
| School Tuition | 117,722.58 |
| Secured Credit Card Deposit | 60,000.00 |
| Social Events | 46,690.86 |
| Travel | 266,268.06 |
| TSJ Accounting and Business Management Fees | 4,225,458.06 |
| Utilities & Home Security | 211,044.36 |
| Verwest Loan Repayment | 27,000,000.00 |
| **Total** | **$  68,307,932.96** |

**Phil Lawrence**
**Cash Uses - Taxes Paid**
February 7, 2020 through December 31, 2021

| Cash Sources & Uses Summary Statement: | | Amount (USD) |
|---|---|---|
| | | |
| | | |
| **Cash Uses- Taxes Paid:** | | |
| Taxes: Federal [A] | $ | 6,076,315.00 |
| Taxes: State [B] | | 442,017.00 |
| Taxes: Property[C] | | 20,707.58 |
| **Total Taxes Paid** | $ | **6,539,039.58** |
| | | |
| | | |
| | | |
| [A] Payments were made for prior year taxes along with 2019 extension and filing | | |
| [B] All payments made to California Franchise Tax Board | | |
| [C] Payments were for California and New York properties | | |
| | | |

**EXHIBIT E**



BUSINESS MANAGEMENT ● INTERNATIONAL TAX ● ACCOUNTING
Thomas St John Inc., a California Corporation

**Sent via Email**

June 24, 2019

Philip Lawrence

Philip@ziast.com

**Re:  Sale of Publishing Catalogue**

Dear Mr. Lawrence,

The purpose of this letter (the 'Engagement Letter' or the 'Letter') is to set forth the terms under which Thomas St. John, Inc., and any or all of its subsidiaries or affiliated companies, ('TSJ', 'we' or 'us') will act for you in relation to the sale of your entire publishing catalogue, including writer share.  While we have issued this Engagement Letter to you personally, we understand that the catalogue which you intend to sell may be held by various entities controlled by you, including but not limited to ZZR LLC and Lawrence Publishing LLC.  As such, our representation in this matter shall extend to any entity to which you are connected, provided that such entity owns or has specific rights in relation to your publishing catalogue.  By signing this Engagement Letter, you hereby appoint us to exclusively broker the sale of your publishing catalogue without limitation.

For the avoidance of doubt, your publishing catalogue includes all tracks giving rise to royalties currently administered and/or collected by Warner Chappell, Universal, ASCAP, GMR or any other publisher, CMO, or PRO such as they may be receiving royalties on your behalf or on behalf of any entity connected to you.  Your publishing catalogue is comprised of any track currently listed on GMR that you have a writer share on and any track that you have writer credits on that should have been listed but presently is not.

We will endeavour to maximize the valuation of the publishing catalogue and ultimate consideration received by you in relation to the sale of your publishing catalogue.  We will accomplish this goal through analytics, the provision of sales documentation to include, but not necessarily limited to a sales memorandum, and undertake such other tasks as we deem necessary to identify and demonstrate to potential acquirers the value in the publishing catalogue that may not be readily apparent without the work we will undertake.

Furthermore, along with James Sully from Reed Smith LLP, we will identify potential purchasers and, in all circumstances, along with James Sully from Reed Smith LLP, will be the lead negotiators on your behalf in the sale of the publishing catalogue to such potential purchasers.

In exchange for our services as described above, you agree to pay TSJ on the completion of the sale of the publishing catalogue a fee of 4% of the gross value of the publishing catalogue as ultimately agreed between you and the purchaser.  You agree that the full proceeds of the sale, without diminution or reduction of any kind whatsoever for any purpose, will be paid into a mutually

**LONDON**
30 MARKET PLACE
LONDON
W1W 8AP

T +44 (0) 20 3388 0288
F +44 (0) 20 3388 0299

**LOS ANGELES**
10877 WILSHIRE BLVD
SUITE 1550
LOS ANGELES CA 90024

T +1 (424) 273 1172
F +1 (424) 273 1174

**AMSTERDAM**
THE BELL
SARPHATISTRAAT 37C B2
1018 GW AMSTERDAM
THE NETHERLANDS

T +31 (0) 20 520 6909

thomasstjohn.com   |   info@thomasstjohn.com



BUSINESS MANAGEMENT • INTERNATIONAL TAX • ACCOUNTING
Thomas St John Inc., a California Corporation

agreeable law firm's trust account in escrow within 30 days of the completion of any sale, and thereafter for the payment of 95% of such amount to you or a previously agreed entity controlled by you, and 4% of the full proceeds of the sale to us.

You agree that if you decide to borrow against the value of your publishing catalogue rather than selling it outright to a potential purchaser, we will represent you in connection with negotiating the terms of the loan and receipt of funds.  In that case, you agree to pay TSJ 2% of the value of any royalty stream collateralized to secure such a loan or used to repay the principal and/or interest on the loan, whichever is greater.

You further agree that if you terminate this agreement you will be liable to us for the value of our time and disbursements properly incurred in undertaking this work.  However, in the event that we are terminated after a purchaser has been identified by any party willing to buy the catalogue and you sell to such purchaser or any entity controlled by or related to such purchaser, then you shall remain liable to us for 4% of the proceeds of the sale as described above.

You warrant that in the event we are able to achieve a multiple of the yearly earnings of your publishing catalogue, prior to any omissions or adjustments we make or find, of 15x or above, you will use your best endeavours to complete all necessary documentation for the sale of the publishing catalogue and that you will not delay, defer, or otherwise terminate a potential sale at this level.

We acknowledge that you have appointed James Sully as the lawyer of your choice to assist in the legalities of the sale.

You agree to provide us in a timely manner with any and all access we may require to information and data related to your publishing catalogue.  In the event that any such information and data is unreasonably withheld, you expressly disclaim any claim against us related to lost sales opportunities or the reduction in value of any eventual sale.

Any such information and data that you provide to us shall remain your property and will be returned to you immediately upon request.  However, any work product that we create from this information and data for use in our representation of you in connection with the sale of your publishing catalogue, including but not limited to investor decks, presentations, valuations, and projections, shall remain the exclusive property of TSJ and cannot be used by you or any other party without our express prior written consent.

For the avoidance of doubt, provided that we are able to provide the day-to-day supervisory services of Thomas St. John personally, we shall be your exclusive representative with respect to the work described above for a period of no less than 18 months from the date that you sign this Engagement Letter, but will continue beyond that period unless you specifically terminate our representation of you in writing.  Subject to the caveat described above, if this agreement is terminated after the initial 18-month period, you will be liable to us for the value of our time and disbursements prior to such date of termination.

The terms of this Engagement Letter should be read in conjunction with the Standard Terms which you have already been provided.  Together, these documents will govern our representation of you.  Absent an express written agreement to the contrary, the terms of our engagement set forth in this Engagement Letter will apply to this matter but not to other matters for which we have already been

LONDON
30 MARKET PLACE
LONDON
W1W 8AP

T +44 (0) 20 3388 0288
F +44 (0) 20 3388 0299

LOS ANGELES
10877 WILSHIRE BLVD
SUITE 1550
LOS ANGELES CA 90024

T +1 (424) 273 1172
F +1 (424) 273 1174

AMSTERDAM
THE BELL
SARPHATISTRAAT 37C B2
1018 GW AMSTERDAM
THE NETHERLANDS

T +31 (0) 20 520 6909

thomasstjohn.com  |  info@thomasstjohn.com



engaged or matters for which we may be engaged in the future.  Notwithstanding the limited scope of this Engagement Letter, if our representation of you in this matter results in the sale of your publishing catalogue, and if you otherwise abide by the specific terms and conditions contained herein, TSJ shall provide US accounting and tax services to you and any entity in which you have a 50% or greater equity interest without charge for a period of one year from the date of this Letter.

The terms of our engagement as provided in this Engagement Letter and the Standard Terms may only be modified in writing signed by a Director of our firm.

In addition to our fees, we will be entitled to payment for disbursements and other charges incurred in performing services as more particularly described in the Standard Terms.

Please review the terms of this Engagement Letter carefully, as well as the written terms and conditions set forth in the Standard Terms.  If you have any questions about them, please give us a call promptly.

On behalf of Thomas St. John, Inc., I thank you for the privilege of representing you and look forward to serving your interests.  We would appreciate if you would sign the letter in the space provided below and return it to me via email.


Yours sincerely,


**Thomas St. John**
Founder



I acknowledge receipt of this letter dated June 24, 2019 and agree to the standard terms of business contained herein and in our Standard Terms of Engagement separately provided.

Signed:

Dated:


**LONDON**
30 MARKET PLACE
LONDON
W1W 8AP
T +44 (0) 20 3388 0288
F +44 (0) 20 3388 0299

**LOS ANGELES**
10877 WILSHIRE BLVD
SUITE 1550
LOS ANGELES CA 90024
T +1 (424) 273 1172
F +1 (424) 273 1174

**AMSTERDAM**
THE BELL
SARPHATISTRAAT 370 B2
1018 GW AMSTERDAM
THE NETHERLANDS
T +31 (0) 20 520 6909

thomasstjohn.com   |   info@thomasstjohn.com

**EXHIBIT F**



**This page is part of your document - DO NOT DISCARD**



## 20220695705



**Pages:
0005**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**07/06/22 AT 08:00AM**

| | |
|---|---|
| FEES: | 43.00 |
| TAXES: | 85,643.60 |
| OTHER: | 0.00 |
| PAID: | 85,686.60 |



**L E A D S H E E T**



**202207060110030**

**00022526941**



**013520501**

**SEQ:
07**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

*E442318*

**1034472-A3**

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE CO.
NATIONAL COMMERCIAL SERVICES

NCD·1034472-A3·3M1

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL
DEED AND TAX STATEMENTS TO:**

6767 W Sunset Blvd LLC
c/o Thomas St. John, Inc.
Attn: Philip Lawrence & Thomas St. John
10877 Wilshire Boulevard, Suite 1550
Los Angeles, CA 90024

---

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

### GRANT DEED

A.P.N. 5547-020-041

The undersigned grantor(s) declare(s):
Documentary transfer tax is $16,822.85.   City transfer tax is $68,820.75.
(X) computed on full value of property conveyed, or
(  ) computed on full value less value of liens and encumbrances remaining at time of sale.
(  ) Unincorporated area: (X) City of Los Angeles, and

    **FOR VALUABLE CONSIDERATION**, receipt and sufficiency of which is hereby acknowledged, ESP Gakuen, a Japanese educational corporation ("**Grantor**"), hereby GRANTS to 6767 W Sunset Blvd LLC, a Delaware limited liability company ("**Grantee**"), the following described real property sometimes commonly referred to as 6767 West Sunset Boulevard, in the City of Los Angeles, County of Los Angeles, State of California and more particularly described in Exhibit A attached hereto and by this reference incorporated herein (the "**Property**"), together with (i) all improvements owned by Grantor and located thereon, (ii) all rights, privileges, easements and appurtenances owned by Grantor appertaining to the Property, and (iii) all right, title and interest of Grantor (if any) in, to and under adjoining streets, rights of way and easements.

    This conveyance is subject to all Permitted Exceptions (as defined in the Purchase Agreement between Grantor and Grantee).

*[Remainder of page intentionally blank; signature page follows]*

**IN WITNESS WHEREOF**, this Grant Deed has been executed by Grantor as of the
12th day of _____May_____, 2021.

**GRANTOR:**

ESP GAKUEN,
a Japanese educational corporation

By: _Taeko Shibuya_

Name: Taeko Shibuya
Title: President

---

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the truthfulness,
accuracy, or validity of that document.

---

~~State of~~ JAPAN CITY OF TOKYO )ss: )
~~County of~~ EMBASSY OF THE UNITED STATES OF AMERICA ) )

Ingrid C. Perkins
Consular Associate

On __MAY 1 2 2021__, before me, _____, ~~a Notary Public~~,
personally appeared __TAEKO SHIBUYA__, who proved to me on the basis
of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

~~I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.~~

WITNESS my hand and official seal.

Signature _____

# TRUE COPY CERTIFICATION

(Government Code 27361.7)

_____Irvine_____, California
Place of Execution (City and State)

I certify under penalty of perjury that this material is a true copy of the original material contained in the document.

The illegible seal reads as follows:

CONSULAR SERVICE OF THE UNITED STATES OF AMERICA
TOKYO

eRecording Partners Network

____7/1/2022_____
Date

By: _____Eric Pham_____
Signature of Declarant

_____Eric Pham _____
Type or Print Name

## EXHIBIT A TO GRANT DEED

## LEGAL DESCRIPTION OF PROPERTY

The Land referred to herein is situated in the City of LOS ANGELES, County of LOS ANGELES, State of California, and is described as follows:

LOTS 9, 10 AND 11 IN BLOCK "A" OF DAVIDSON TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 5 PAGE 153 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, AS RESERVED IN A DEED RECORDED MAY 20, 1987 AS INSTRUMENT NO. 1987-799769, OF OFFICIAL RECORDS.

For conveyancing purposes only: APN 5547-020-041

**Exhibit G**

BA20242115755



## STATE OF CALIFORNIA
*Office of the Secretary of State*
### STATEMENT OF INFORMATION
### LIMITED LIABILITY COMPANY

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**

## -FILED-

File No.: BA20242115755

Date Filed: 12/2/2024

| Entity Details | |
|---|---|
| Limited Liability Company Name | 6767 W SUNSET BLVD LLC |
| Entity No. | 202100610019 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| ■ HOLLYWOOD CAMPUS LLC | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | PARACORP INCORPORATED Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Property Holding |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*JENNIFER SHIELDS-PERKINS*          *12/02/2024*

Signature                                              Date

B3233-4703  12/02/2024  4:03 PM Received by California Secretary of State

**Exhibit H**




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20250723772

Date Filed: 4/7/2025

| Entity Details | |
|---|---|
| Limited Liability Company Name | Hollywood Campus LLC |
| Entity No. | 202356419585 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| CMNTY Culture Holdings LLC | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |
| Investor Members (7) | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |
| Dun & Dun LLC | 10877 WILSHIRE BLVD STE 1550 LOS ANGELES, CA 90024 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | PARACORP INCORPORATED Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Commercial Real Estate and Development |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Jennifer Shields-Perkins*
_____
Signature

*04/07/2025*
_____
Date

B3586-2443 04/07/2025 11:26 AM Received by California Secretary of State

**Exhibit I**

DocuSign Envelope ID: 77FD746D 8CB9 4G0B A919 135125A10C79

## ASSIGNMENT OF MEMBERSHIP INTEREST ("Assignment")
## (DUN & DUN LLC)

For the sum of three million dollars ($3,000,000) ("**Consideration**") paid or to be paid hereinafter by Thomas St. John ("**Assignee**") to Philip Lawrence ("**Assignor**"), Assignor hereby assigns, transfers, sets over and conveys to Assignee all of Assignor's fifty percent (50%) membership interest (**"Transferred Interest"**), in and to Dun & Dun LLC, a Delaware limited liability company ("**Company**") as of December 31, 2021 ("**Effective Date**").  Assignor represents and warrants that all of his rights, title and interest in and to the Transferred Interest assigned hereby are free and clear of any and all claims, liens and encumbrances as of the Effective Date.  This Assignment and the consideration given are final and binding on Assignor regardless of any change in the percentages referenced above.

As of the Effective Date, Assignor for and on behalf of himself and his trustees, agents, trustors, beneficiaries, representatives, agents, predecessors, successors and assigns, acknowledges that Assignor shall have no further interest in Company of any type or kind and shall have no right to further payments, distributions or compensation; provided nothing herein shall limit Assignor's right to acquire a separate interest in Company at a later date.

As of the Effective Date, Assignee hereby agrees to accept assignment of Assignor's Transferred Interest.  In addition, Assignee expressly assumes and agrees to keep, perform and fulfill all of the terms, covenants, obligations and conditions to be kept, performed and fulfilled by Assignor under the limited liability agreement of Company as of the Effective Date, with respect to the subject matter hereof.

The parties acknowledge that (i) this Assignment was drafted and prepared by Russ August & Kabat LLP as counsel to Dun & Dun LLC, and not as counsel to any other party and (ii) they have been advised to seek independent legal counsel with respect to this Assignment and represent to each other that they have sought the advice of independent counsel of their own choosing or have knowingly and voluntarily declined the opportunity to obtain such counsel.  In signing this Assignment, each party represents that he or she has carefully read and fully understands this Assignment and its final and binding effect, and signs this Assignment knowingly, freely and voluntarily.  Should it become necessary to bring legal action to enforce this Assignment, or any portion thereof, or to declare the effect of any provisions of this Assignment, the prevailing party shall be entitled to recover its costs, including reasonable attorney's fees, in addition to whatever other relief the prevailing party may be entitled.  This Assignment is the final, entire and exclusive agreement between the parties with respect to the subject matter hereof and supersedes any and all discussions, negotiations, representations, communications and understandings of the parties, oral or written.  Each party has made such investigation of the facts and all matters pertaining hereto as it has determined necessary.

*[Remainder of page intentionally left blank]*

1

IN WITNESS WHEREOF, the parties hereto have executed this Assignment as of the Effective Date.

**ASSIGNOR**

DocuSigned by:

Philip Lawrence

**ASSIGNEE**

DocuSigned by:

Thomas St. John

**CONSENTED TO BY THE MANAGER OF DUN & DUN LLC:**

DocuSigned by:

Thomas St. John

220331 Assignment of Membership Interest (Dun & Dun) v3 (RAK).docx